

# LITE DEPALMA GREENBERG, LLC

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

May 3, 2011

**VIA ECF & FACSIMILE**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 6052
Trenton, NJ 08608

Re:  AstraZeneca AB; Aktiebolaget Hässle; AstraZeneca LP; KBI Inc.; and KBI-E Inc. vs. Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd, and Hanmi Holdings Co., Ltd.
<u>Civil Action No.: 11-0760(JAP)(TJB)</u>

Dear Judge Bongiovanni:

This firm, along with Sughrue Mion, PLLC, represents the Hanmi Defendants in the above-captioned matter. We write to clarify my earlier letter of today about the Rule 16 Conference held last Thursday, April 28, 2011.

In that letter we refer to Hanmi's proposed schedule on the Joint Discovery Plan. That proposed schedule accelerated the time for certain disclosures ahead of what the amended Local Patent Rules requires, *e.g.*, requiring Plaintiffs' asserted claims on May 5, 2011. In fact, under the amended Patent Rules, which the Court has made applicable to this case, disclosure of Plaintiffs' asserted claims will be on May 12, 2011. The Hanmi Defendants will be prepared to make their required reciprocal disclosures pursuant to the schedule set forth in the amended Local Patent Rules.

I regret any confusion which my earlier letter may have caused.

Respectfully,

Allyn Z. Lite

AZL:emp

cc:  All Counsel of Record (via ECF)

276911 v1