UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

May 11, 2011

**LETTER ORDER**

Re:   AstraZeneca AB, et al. v. Hanmi USA, Inc., et al.
      Civil Action No. 11-760 (JAP)

Dear Counsel:

After fully reviewing the different proposals submitted by the parties, as well as considering the parties' arguments made during the Initial Conference that was held on April 28, 2011, the Court enters the following schedule in this matter:

| ACTION | DEADLINE |
|---|---|
| Plaintiffs' Disclosure of Asserted Claims and Related Document Production (L.Pat.R. 3.6(b) & (h)) | **May 18, 2011** |
| Defendants' Service of Invalidity Contentions and Related Document Production ( L.Pat.R. 3.6(c) & (d)) | **May 25, 2011** |
| Defendants' Service of Non-infringement Contentions and Related Document Production (L.Pat.R. 3.6(e) & (f)) | **May 25, 2011** |
| Parties' Submission of Consent Discovery Confidentiality Order (L.Pat.R. 2.2) | **June 10, 2011** |
| Plaintiffs' Service of Infringement Contentions and Related Document Production (L.Pat.R. 3.6(g) & (h)) | **July 11, 2011** |

| ACTION | DEADLINE |
|---|---|
| Plaintiffs' Responses to Defendants' Invalidity Contentions (L.Pat.R. 3.6(i)) | **July 11, 2011** |
| Parties' Exchange of Proposed Terms for Construction (L.Pat.R. 4.1(a)) | **July 25, 2011** |
| Parties' Exchange of Preliminary Claim Constructions and Extrinsic Evidence (L.Pat.R. 4.2(a) & (b)) | **August 15, 2011** |
| Parties' Exchange of Evidence They Intend to Rely on to Oppose Other Party's Construction (L.Pat.R. 4.2(c)) | **August 29, 2011** |
| Parties' Submission of Joint Claim Construction and Prehearing Statement (L.Pat.R. 4.3) | **September 14, 2011** |
| Parties' Completion of Claim Construction Discovery (L.Pat.R. 4.4) | **October 14, 2011** |
| Parties' Opening *Markman* Submissions (L.Pat.R. 4.5(a)) | **October 31, 2011** |
| Parties' Completion of Expert Discovery Related to Opening *Markman* Submissions (L.Pat.R. 4.5(b)) | **November 30, 2011** |
| Parties' Responding *Markman* Submissions (L.Pat.R. 4.5(c)) | **December 30, 2011** |
| Parties' Proposed Schedule for Claim Construction Hearing (L.Pat.R. 4.6) | **January 13, 2012** |
| Claim Construction Order | **TBD by Court** |
| Parties' Disclosure of Reliance on Advice of Counsel | **Not later than 30 days after the Court's entry of the Claim Construction Order** |

The remaining schedule shall be set after claim construction has been completed. The parties are reminded that correspondence that is emailed or faxed to Chambers does not need to be mailed to Chambers unless otherwise instructed by the Court.

Further, the parties are instructed to follow the following procedure with respect to substantive discovery disputes that arise in this matter: (1) counsel shall meet and confer in good faith either in-person or telephonically in an attempt to resolve any discovery dispute before bringing the dispute to the attention of the Court; and (2) if, after meeting and conferring in good faith, counsel is unable to fully resolve a substantive discovery dispute, then they shall file a **formal** motion regarding same. Contrary to Local Civil Rules 16.1(f)(1) and 37.1(a)(1), counsel shall **not** present a substantive discovery dispute to the undersigned via conference call or letter before filing a formal motion.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT A STATUS TELEPHONE CONFERENCE SHALL TAKE PLACE ON <u>AUGUST 9, 2011 AT 11:00 A.M.</u> PLAINTIFFS SHALL INITIATE THE CALL.**

s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**