**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

Two Gateway Center, 12th Floor
Newark, NJ 07102

Tel: 973.623.3000
Fax: 973.623.0858
www.litedepalma.com

May 18, 2011

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Re:   AstraZeneca AB, et al. v. Hanmi USA, Inc., et al.
      Civil Action No. 11-0760 (JAP)(TJB)

Dear Judge Bongiovanni:

We along with our co-counsel Sughrue Mion, PLLC, representing the Hanmi Defendants in the above-captioned matter, write regarding Plaintiffs' request for modification of the Court's May 11, 2011 Scheduling Order (D.I. 56).

We wish to clarify that consent to Plaintiffs' letter of May 17, 2011 could not be provided as Plaintiffs' letter presumes the Court to have erroneously read and applied the Local Patent Rules while overlooking the Court's discretion to apply the Rules in the interests of efficiency and judicial economy as appropriate on a case-by-case basis. If in fact the Court did not intend to require production of documents on May 18, 2011, Hanmi of course consents to correction of the Order.

Respectfully,

Allyn Z. Lite

cc:  Counsel of Record (via ECF & email)

278330 v1