John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs/Counterclaim-Defendants*
*AstraZeneca AB, Aktiebolaget Hässle,*
*AstraZeneca LP, KBI Inc. and KBI-E Inc.*

Of Counsel:
Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY
  & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB; AKTIEBOLAGET HÄSSLE; ASTRAZENECA LP; KBI INC.; and KBI-E INC., <br><br> Plaintiffs and Counterclaim-Defendants <br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD. <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB <br><br> Judge Joel A. Pisano <br> Magistrate Judge Tonianne J. Bongiovanni |

**ASTRAZENECA'S DISCLOSURE OF ASSERTED CLAIMS PURSUANT TO N.J. LOC. PAT. R. 3.6(B)**

Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc. (collectively, "AstraZeneca") assert pursuant to N.J. Loc. Pat. R. 3.6(b) that Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd, and Hanmi Holdings Co., Ltd. (collectively, "Hanmi") has infringed, continues to infringe and/or will infringe the following claims of the patents-in-suit (U.S. Patent No. 5,714,504 (the "'504 Patent") and U.S. Patent No. 5,877,192 (the "'192 Patent"):

Under 35 U.S.C. § 271(e)(2):

- '504 Patent claims 1-2, 4, and 6-7;
- '192 Patent claims 1-7, 10-19, and 21-23;

Under 35 U.S.C. § 271(a):

- '504 Patent claims 1-2, 4, and 6-7;
- '192 Patent claims 1-7, 10-19, and 21-23;

Under 35 U.S.C. § 271(b):

- '504 Patent claims 1-2, 4, and 6-7;
- '192 Patent claims 1-7, 10-19 and 21-23

Under 35 U.S.C. § 271(c):

- '504 Patent claims 1-2, 4, and 6-7;

- '192 Patent claims 1-7, 10-19, and 21-23.

Under 35 U.S.C. § 271(g):

- '192 Patent claims 12-19 and 21-22;

AstraZeneca reserves the right to modify the patent claims asserted in this case if circumstances warrant such modification, including but not limited to if the Court denies AstraZeneca's pending motion to strike and/or dismiss certain Hanmi defenses and counterclaims, (D.I. 16), if AstraZeneca learns additional facts during discovery indicating assertion of additional claims is warranted, and/or if new parties are added to the litigation.

                                                  Respectfully submitted,

Dated:  May 18, 2011         By:   s/John E. Flaherty
                                                  John E. Flaherty
                                                  Jonathan M.H. Short
                                                  McCARTER & ENGLISH, LLP
                                                  Four Gateway Center
                                                  100 Mulberry Street
                                                  Newark, New Jersey 07102
                                                  (973) 622-4444

                                                  Attorneys for Plaintiffs
                                                  ASTRAZENECA AB,
                                                  AKTIEBOLAGET HÄSSLE,
                                                  ASTRAZENECA LP, KBI INC.
                                                  and KBI-E INC.

                                                  Of Counsel:
                                                  Errol B. Taylor
                                                  Fredrick M. Zullow

3

                               MILBANK, TWEED, HADLEY
                                  & McCLOY LLP
                               1 Chase Manhattan Plaza
                               New York, New York 10005-1413
                               (212) 530-5000

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2011, I caused a copy of the foregoing **ASTRAZENECA'S CONTINGENT DISCLOSURE OF ASSERTED CLAIMS PURSUANT TO N.J. LOC. PAT. R. 3.6(b)** to be served upon the following counsel by Federal Express and electronic mail:

Allyn Z. Lite, Esq.
Lite DePalma Greenberg, LLC
Two Gateway Center, 12th Floor
Newark, NJ  07102

Renita S. Rathinam, Esq.
Sughrue Mion PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, District of Columbia  20037-3213

By:   s/John E. Flaherty
         John E. Flaherty