John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs/Counterclaim-Defendants
   AstraZeneca AB, Aktiebolaget Hässle,
   AstraZeneca LP, KBI Inc. and KBI-E Inc.*

| | |
|---|---|
| Of Counsel:<br>Henry J. Renk<br>Bruce C. Haas<br>Colleen Tracy<br>Joshua I. Rothman<br>FITZPATRICK, CELLA, HARPER<br>   & SCINTO<br>1290 Avenue of the Americas<br>New York, New York  10104-3800<br>(212) 218-2100 | Errol B. Taylor<br>Fredrick M. Zullow<br>MILBANK, TWEED, HADLEY<br>   & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York  10005-1413<br>(212) 530-5000<br><br>Einar Stole<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401<br>(202) 662-6000 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB; AKTIEBOLAGET HÄSSLE; ASTRAZENECA LP; KBI INC.; and KBI-E INC.,<br><br>                            Plaintiffs and<br>                Counterclaim-Defendants,<br><br>          v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>                            Defendants and<br>                Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**Motion Day:  September 6, 2011**<br><br>**PLAINTIFFS' NOTICE OF MOTION TO AMEND THEIR DISCLOSURE OF ASSERTED CLAIMS** |

TO HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs-Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "Plaintiffs"), will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on September 6, 2011 at 10 a.m. for entry of an Order granting Plaintiffs leave to amend their Disclosure of Asserted Claims, to allege infringement of three additional claims of one of the two patents-in-suit (namely, claims 3, 5, and 10 of the '504 patent).

PLEASE TAKE FURTHER NOTICE that in compliance with Local Patent Rule 3.7, movant states that Defendants have not consented to the relief sought by this motion.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely upon the Memorandum submitted with this Notice of Motion, and upon all pleadings and proceedings on file herein.

PLEASE TAKE FURTHER NOTICE that a Proposed Order granting Plaintiffs' motion is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 8, 2011 | By:  John E. Flaherty<br>John E. Flaherty<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br><br>*Attorneys for Plaintiffs*<br>*ASTRAZENECA AB,*<br>*AKTIEBOLAGET HÄSSLE,*<br>*ASTRAZENECA LP, KBI INC.*<br>*and KBI-E INC.* |

Of Counsel:

Henry J. Renk
Bruce C. Haas
Colleen Tracy
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
    & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY
    & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I caused a copy of the foregoing **PLAINTIFFS' NOTICE OF MOTION TO AMEND THEIR DISCLOSURE OF ASSERTED CLAIMS** and supporting documents to be served upon the following counsel by operation of the Court's electronic filing system and/or electronic mail:

Allyn Z. Lite (alite@litedepalma.com)
Michael E. Patunas (mpatunas@litedepalma.com)
Mayra V. Tarantino (mtarantino@litedepalma.com)
LITE DEPALMA GREENBERG
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
T: (973) 623-3000

Mark Boland (mboland@sughrue.com)
Michael R. Dzwonczyk (mdzwonczyk@sughrue.com)
Renita Rathinam (rrathinam@sughrue.com)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, D.C. 20037-3213
T: (202) 293-7060

John B. Scherling (jscherling@sughrue.com)
SUGHRUE MION, PLLC
4250 Executive Square, Suite 900
La Jolla, California  92037
T: (858) 795-1180

By:   *s/ John E. Flaherty*
       John E. Flaherty