

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

RECEIVED
AUG - 9 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

July 19, 2011

VIA ECF

Hon. Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re: *AstraZeneca v. Hanmi*, Civ. Action No. 11-0760 (JAP)(TJB)

Dear Judge Bongiovanni:

We, along with our co-counsel Milbank, Tweed, Hadley & McCloy and Fitzpatrick, Cella, Harper & Scinto, represent plaintiffs in this action. We write to respectfully request a brief extension of certain deadlines referenced in Your Honor's Letter Order dated May 11. 2011 (D.I. 56), as follows:

- Plaintiffs' Service of Infringement Contentions and Related Document Production currently due July 11, 2011 would be due July 25, 2011;

- Plaintiffs' Responses to Defendants' Invalidity Contentions currently due July 11, 2011 would be due July 25, 2011; and

- Parties' Exchange of Proposed Terms for Construction currently due July 25, 2011 would be due August 1, 2011.

Defendants do not oppose this request for these limited changes to the schedule based on Plaintiffs' agreement to withdraw Plaintiffs' pending Motion To Strike Defendants Second, Fourth, Fifth And Sixth Affirmative Defenses And Dismiss Counterclaim Counts II And IV (D.I. 16).

Accordingly, Plaintiffs respectfully request that Your Honor "So Order" the brief extension of certain deadlines and Plaintiffs' withdrawal of their pending Motion to Strike.

Thank you for your consideration.

Respectfully,

s/John E. Flaherty

John E. Flaherty

cc: All counsel of record (via e-mail)

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON
HARTFORD
NEW YORK
NEWARK
PHILADELPHIA
STAMFORD
WILMINGTON

So Ordered this ___9___ day of ___August___, 20_11_

_[signature]_

The Clerk of the Court is directed to terminate Docket Entry No. 16 accordingly.

ME1 12006062v.1