**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtaratino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB |

**DECLARATION OF RENITA S. RATHINAM IN SUPPORT OF DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THEIR DISCLOSURE OF ASSERTED CLAIMS OF U.S. PATENT NO. 5,714,504**

I, Renita S. Rathinam, state and declare as follows:

1. I am an attorney at law in the District of Columbia and a member of Sughrue Mion, PLLC, attorneys for Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").

2. I submit this declaration in support of Hanmi's Brief in Opposition to Plaintiffs' Motion to Amend Their Disclosure of Asserted Claims of U.S. Patent No. 5,714,504.

3. True and accurate copies of the exhibits listed in the following table are being filed in support of Hanmi's Brief in Opposition to Plaintiffs' Motion to Amend Their Disclosure of Asserted Claims of U.S. Patent 5,714,504.

| Exhibit No. | Description |
| --- | --- |
| 1 | U.S. Patent No. 5,714,504 (HAN0038817-HAN0038825) |
| 2 | December 29, 2010 Notice of Paragraph IV Certification (HAN0026234-HAN0026278) (filed under seal) |
| 3 | Defendant's April 1, 2011 Letter Producing NDA 202342 (HAN0000001-HAN0022677) |
| 4 | Hanmi's May 25, 2011 Initial Non-Infringement and Invalidity Contentions (filed under seal) |
| 5 | Email chain re AstraZeneca's request to add claims 3, 5, and 10 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of August, 2011.



Renita S. Rathinam