**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., <br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. 11-00760 (JAP)(TJB) <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT NO. 3: INVALIDITY OF U.S. PATENT NO. 5,714,504 - CLAIMS 1-2, 4, 6 AND 7 BASED ON "SOLID STATE"** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on Monday, November 7, 2011, at 10:00 a.m., or as soon

thereafter as counsel may be heard, the undersigned attorneys for Defendants Hanmi USA, Inc.,

Hanmi Fine Chemical Co., Ltd., and Hanmi Holdings Co., Ltd. (collectively "Hanmi") will move

293409 v1

before the Honorable Joel A. Pisano, U.S.D.J., at the United States District Court, Clarkson S. Fisher Federal Bldg. & U.S. Courthouse, 402 E. State Street,, Trenton, New Jersey, for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure that claims 1-2, 4, 6 and 7 of U.S. Patent No. 5,714,504 are invalid based on "solid state."

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon the Memorandum of Law, Local Rule 56.1 Statement of Undisputed Material Facts, Declaration of Kyu Chan Kwon, Declaration of Wayne J. Genck, Ph.D. and Declaration of Renita S. Rathinam submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b) oral argument is requested in the event opposition to this motion is submitted.

Dated:  October 11, 2011                    **LITE DEPALMA GREENBERG, LLC**

                         _/s/ Mayra V. Tarantino_
                         Allyn Z. Lite
                         Michael E. Patunas
                         Mayra V. Tarantino
                         Two Gateway Center, Suite 1201
                         Newark, New Jersey 07102
                         (973) 623-3000
                         alite@litedepalma.com
                         mpatunas@litedepalma.com
                         mtarantino@litedepalma.com

>Mark Boland
>Michael R. Dzwonczyk
>Renita S. Rathinam
>SUGHRUE MION, PLLC
>2100 Pennsylvania Ave. NW
>Washington, DC 20037
>(202) 293-7060
>mboland@sughrue.com
>mdzwonczyk@sughrue.com
>rrathinam@sughrue.com
>
>John B. Scherling
>SUGHRUE MION, PLLC
>4250 Executive Square, Suite 900
>La Jolla, California 92037
>(858) 795.1180
>jscherling@sughrue.com
>
>*Attorneys for Defendants and Counterclaim Plaintiffs*