**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and <br> Counterclaim Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB |

## DECLARATION OF RENITA S. RATHINAM IN SUPPORT OF
## DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

I, Renita S. Rathinam, state and declare as follows:

1.      I am an attorney at law in the District of Columbia and an associate of Sughrue Mion, PLLC, attorneys for Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").

2.      I submit this declaration in support of Hanmi's Motions for Summary Judgment.

3.      True and accurate copies of the exhibits listed in the following table are being filed in support of Hanmi's Motions for Summary Judgment.

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts from NDA No. 202342 (HAN0000129-000510) (filed under seal) |
| 2 | Certified copy of U.S. 5,877,192 File History (HAN0038839-39503) |
| 3 | Certified copy of U.S. 5,714,504 File History (HAN0039508-40299) |
| 4 | Certified copy of U.S. 5,693,818 File History (HAN0040300-40634) |
| 5 | Certified copy of U.S. 5,877,192 (HAN0038826-38838) |
| 6 | U.S. 7,576,219 (HAN0023513-23521) |
| 7 | U.S. 7,411,070 (HAN0026626-26636) |
| 8 | U.S. 7,411,070 File History (HAN0052675-53038) |
| 9 | U.S. 6,369,085 (HAN0026578-26590) |
| 10 | U.S. 6,369,085 File History (HAN0051690-51927) |
| 11 | Nexium® Package Insert (HAN0060357-60367) |
| 12 | AstraZeneca's July 25, 2011 Infringement Contentions (filed under seal) |
| 13 | AstraZeneca's July 25, 2011 Responses to Hanmi's Invalidity Contentions (filed under seal) |
| 14 | AstraZeneca's August 1, 2011 Proposed Terms for Construction |
| 15 | Hanmi's August 1, 2011 Proposed Terms for Construction |
| 16 | July 2011 email correspondence re: covenant not to sue (HAN0062054-62060) (filed under seal) |
| 17 | Curriculum vitae of Wayne Genck, Ph.D., MBA (HAN0062061-62067) |
| 18 | Berge et al - "Pharmaceutical Salts" (1977) (HAN0053854-53872) |

| Exhibit No. | Description |
|---|---|
| 19 | Bighley L.D., Berge S.M., Monkhouse, D.C., "Salt Forms of Drug and Absorption" in Swarbrick J. and Boylan J.C. (Eds.), *Encyclopedia of Pharmaceutical Technology Volume 13*, Marcel Dekker, 1995 (HAN0062005-62053) |
| 20 | Rubino et al - "Influence of solvent composition on the solubilities and solid-state properties of the sodium salts of some drugs" (1989) (HAN0053939-53943) |
| 21 | Morris et al - "An integrated approach to the selection of optimal salt form for a new drug candidate" (1994) (HAN0053930-53938) |
| 22 | Byrn et al - "Pharmaceutical Solids: A Strategic Approach to Regulatory Considerations" (1995) (HAN0053873-53882) |
| 23 | Huang et al - "Impact of solid state properties on development assessment of drug candidates" (2003) (HAN0053916-53929) |
| 24 | Gould - "Salt selection for basic drugs" (1986) (HAN0053889-53905) |
| 25 | Gavezzotti - "Are Crystal Structures Predictable?" (1994) (HAN0053883-53888) |
| 26 | Nangia, A. et al. "'Pseudopolymorphism: occurrences of hydrogen bonding organic solvents in molecular crystals" (1999) (HAN0062068-62069) |
| 27 | Desiraju, R., "Hydration in Organic Crystals. Prediction from Molecular Structure" (1991) (HAN0062070-62072) |
| 28 | Haleblian - "Characterization of Habits and Crystalline Modification of Solids and Their Pharmaceutical Applications" (1975) (HAN0062073-62092) |
| 29 | Sections from the Manual of Patent Examining Procedure (MPEP) - 201.08, 608.01(p)(I)(A), and 608.04(a)) (HAN0062093-62101) _ |
| 30 | Orange Book Listing - NDA 21153 (AstraZeneca) - Listing for Nexium® (HAN0035284, HAN0062102-62104) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of October, 2011.

Renita S. Rathinam

3