

October 19, 2011

VIA ECF AND HAND DELIVERY

Honorable Joel A. Pisano, U.S.D.J
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

Re:   *AstraZeneca AB, et al. v. Hanmi USA, Inc., et al.*
      **Civil Action No. 11-cv-0760 (JAP)(TJB)**

Dear Judge Pisano:

We represent Plaintiffs in this matter, and write concerning Defendants' five summary judgment motions filed on October 11.  D.I. 97–117.  We have copied Magistrate Judge Bongiovanni on this letter.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Defendants' motions are premature, and we believe it would be prudent to adjourn them until the completion of relevant discovery.  These motions also raise claim construction issues that we believe would be best addressed during the ongoing *Markman* process.

We respectfully request a conference with Your Honor or Magistrate Judge Bongiovanni in order to discuss these issues and to arrive at a suitable schedule for the disposition of Defendants' motions.

BOSTON

Counsel for Plaintiffs are available for a conference on these issues at the Court's convenience.

HARTFORD

Respectfully,

NEW YORK

*s/John E. Flaherty*

NEWARK

John E. Flaherty

PHILADELPHIA

cc:   Hon. Tonianne J. Bongiovanni (via ECF and email)
      Counsel of record (via email)

STAMFORD

WILMINGTON

ME1 12409917v.1