**LITE DEPALMA GREENBERG, LLC**

Newark • Chicago

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

November 2, 2011

**VIA ECF**
Honorable Joel A. Pisano, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Room 6052
Trenton, NJ  08608

> Re: **AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. vs. Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd., and Hanmi Holdings Co., Ltd.**
> **Civil Action No.: 11-0760(JAP)(TJB)**

Dear Judge Pisano:

    This firm, along with Sughrue Mion, PLLC, represents the Hanmi Defendants ("Hanmi") in the referenced matter.  We enclose, for the Court's consideration, the parties' stipulated scheduling order amending the current schedule for the completion of *Markman* briefing and briefing on Hanmi's five pending summary judgment motions consistent with what was discussed with the Court during the November 1, 2011 teleconference, save for the date for submission of Hanmi's reply briefs in further support of its five summary judgment motions.  With respect to Hanmi's reply briefs, plaintiffs have consented to an extension until December 19, 2011 for their submission to the Court.

    If the enclosed stipulated scheduling order meets with the Court's approval, the parties respectfully request that Your Honor so order same and have it entered on the docket.

Respectfully,

*Mayra V. Tarantino*

Mayra V. Tarantino

Enclosure
cc: Counsel of Record (via ECF, w/encl.)

295595 v1