**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,
Hanmi Pharmaceutical Co., Ltd., Hanmi Fine
Chemical Co., Ltd., and Hanmi Holdings Co.,
Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., <br> Plaintiffs and <br> Counterclaim Defendants, <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and <br> Counterclaim Plaintiffs. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 3:11-CV-00760-JAP-TJB |

## <u>DECLARATION OF JERRY L. ATWOOD, Ph.D.</u>

I, Jerry L. Atwood, state and declare as follows:

**Background**

1.      I reside at 5704 Short Line Dr., Columbia, Missouri  65203.  I hold a B.S. degree in Chemistry and Mathematics from Southwest Missouri State University (1964) and a Ph.D. in Chemistry from the University of Illinois (1968).

2.      I am Chairman of the Department of Chemistry at the University of Missouri-Columbia.  In 1999, I became Curators' Professor at the University of Missouri-Columbia.  I have been Chairman since 1994, when I came to the University as Professor.  Before that, I was employed by the University of Alabama, where I successively held the titles of Assistant Professor, Associate Professor, Professor, and University Research Professor.

3.      I have been Co-Editor-in-Chief of the *New Journal of Chemistry* since 2005. From 1985 to 1998, I was Editor of the *Journal of Chemical Crystallography*.  In 1999, I was named Consulting Editor for the *Journal of Chemical Crystallography*.  I was Associate Editor of *Chemical Communications* from 1996 to 2005.  From 1992 until 2000, I was Editor of *Supramolecular Chemistry*.  From 1985 to 1993, I was Regional Editor for the *Journal of Coordination Chemistry*.  I am co-Editor of the Inclusion Compounds book series (five volumes), Comprehensive Supramolecular Chemistry (ten volumes), and the Encyclopedia of Supramolecular Chemistry (2 volumes).  I currently serve on the Editorial Boards of *Crystal Growth & Design*, *Chemical Communications*, the *Journal of Coordination Chemistry*, and *Supramolecular Chemistry*.  I have published more than 660 articles in refereed journals.

4.      I have authored thirteen patents.  I have taught more than 10,000 students in undergraduate University chemistry courses and I have taught and supervised graduate students (at both the Masters and Ph.D. level) with a primary emphasis on materials testing, organic synthesis, X-ray crystallography, and crystallization.  I am an expert in the fields of materials testing, crystal growth, crystal engineering, X-ray crystallography, organic chemistry, and

polymer chemistry.  I have consulted widely for industry, particularly in the fields of

pharmaceutical chemistry and polymer chemistry. A copy of my curriculum vitae is provided as

Exhibit "A".

**Scope of Review**

5.    I have reviewed U.S. Patent No. 5,714,504 ("the '504 patent") and U.S. Patent No.

5,877,192 ("the '192 patent").  I have reviewed the prosecution histories for these patents.  I

have also reviewed relevant portions of the Court's prior claim construction decision in *AZ v.*

*DRL*, as discussed below.  I have reviewed a portion of a Declaration of Wayne Genck, Ph.D. in

this case, dated October 7, 2011, as discussed below.  I have reviewed portions of the Joint

Claim Construction and Prehearing Statement filed in this case.  I have also reviewed a few

other specific items mentioned in my comments below.

6.    I have been asked to provide comments on the meaning to a person of ordinary skill

in the art of certain claim terms of the '504 and '192 patents, pertaining to salt scope and optical

purity issues, and have provided those comments below.  I have not considered any claim

construction issues other than those discussed below, and have not been asked to consider any

other issues in this case.

**Credentials of One of Ordinary Skill in the Art**

7.    I have reviewed paragraph 32 of Dr. Genck's Declaration mentioned above, in which

he stated:

> 32.  I have reviewed U.S. Patent No. 5,714,504 ("the '504 Patent" ( D.I. 86-2))
> which is based on U.S. Patent Application No. 376,512 filed January 23, 1995
> ("the '512 application"), which references two prior applications filed in 1994 and
> 1993.  I have also reviewed the Patent Office prosecution history of the '504
> patent.  It is my opinion that, at the time of these filings in the 1993-1995 time
> frame, one of ordinary skill in the art to which the patent pertains would have a
> Ph.D. in Chemistry, Chemical Engineering, Pharmaceutical Sciences or
> Pharmaceutical Engineering, or a B.S. and 2 – 5 years of experience with organic

synthesis, separation, purification, and crystallization techniques in the pharmaceutical industry.  This experience should also include testing and analytical techniques such as differential scanning calorimetry, thermogravimetric analysis and X-ray powder diffraction analysis.

8.    Based on my background, education and experience over the past 40+ years, I am able to comment on the knowledge of such a person at the relevant time.  In short, Dr. Genck's view is reasonable, and I agree with it.  I would also apply it to the '192 patent, which was filed April 11, 1997 and is related to the '504 patent.  The qualifications and skill set of a person of ordinary skill in the art in 1993, 1995 or 1997 would have been the same.

**Issues Regarding "Salt" Scope In Both Patents**

**"alkaline salt" -- '504 patent**

9.    Each of claims 1, 6 and 7 of the '504 patent calls for an "alkaline salt" of (-)-omeprazole.  I am informed that Hanmi submits that this term should be construed as follows:

"$Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salt"

I agree that a person of ordinary skill in the art reading the '504 patent's application as filed on January 23, 1995 (Application No. 376,512) would interpret "alkaline salt" as Hanmi has proposed.  A number of reasons support this conclusion.

10.   The term "alkaline salt" is not defined in independent claims 1, 6 or 7.  However, the specification is clear as to its meaning and expressly defines the term as the $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salts.  The '504 patent specification clearly and consistently states that the compounds of the invention are the five inorganic salts and one organic genus of salts of an enantiomer of omeprazole.  First, the Abstract on the cover page of the patent states that "[t]he novel optically pure compounds $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salts of [the enantiomers of omeprazole]" as well as processes for the making and using them, as well as intermediates, are the subject matter of the '504 patent.  This statement limits the patent right out of the box.

4

11.   Next, the "Detailed Description of the Invention" portion of the specification expressly defines salt scope as follows:

> *The present invention refers to the new $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$ salts of the single enantiomers of omeprazole,* where R is an alkyl with 1-4 carbon atoms, i.e. $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$ salts of (+)-5-methoxy-2-[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H- benzimidazole and (-)-5-methoxy-2-[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole, where R is an alkyl with 1-4 carbon atoms."

Col. 2, lines 42-49 (emphasis added).  A person of ordinary skill in the art would take these statements at face value, and conclude that no other salt forms were contemplated at the time of filing.  Clearly, in my judgment, because AstraZeneca defined the six named salt species as *the present invention,* and not simply examples of permissible salt species, the claim would be understood to match this express definition.

12.   The specification further identifies the $Na^+$, $Ca^{2+}$ and $Mg^{2+}$ salts as "[p]articularly preferred" salts, and the $Na^+$ and $Mg^{2+}$ salts of omeprazole (according to compounds Ia and Ib) as the "[m]ost preferred salts according to the invention." (col. 2, line 50 – col. 3, line 15).  Beyond the most preferred $Na^+$ and $Mg^{2+}$ salts, the '504 patent states that the alkaline salts are limited to the six species disclosed: "alkaline salts of the single enantiomers of the invention are, as mentioned above, beside the sodium salts (compounds Ia and Ib) and the magnesium salts (compounds IIa and IIb) exemplified by their salts with  $Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$, where R is an alkyl with 1-4 C-atoms." (col. 5, lines 7-11).  Because none of these other salts ($Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$ ) were actually "exemplified" in the sense of having been prepared and disclosed, the '504 patent clearly defined alkaline salts as the six species -- two that were made (see Examples 1-7) and four that were not.  In light of the way the '504 patent specification was drafted, one of ordinary skill in the art would clearly understand that the term "alkaline salt" of claims 1, 6 and 7 of the '504 patent would be limited to the $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$

salt species.  No hint of any broader disclosure would have been recognized by the skilled

artisan.

13.  The prosecution history of the '504 patent confirms that the construction of "alkaline

salt" is limited to the $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salts.  According to the cover page of

the '504 patent, the '504 patent was filed as Application No. 376,512 ("the '512 application")

on January 23, 1995 as a continuation-in-part of Ser. No. 08/256,174.  There were 34 claims in

the '512 application as originally filed.  ('512 application, pp. 26-32.)  Consistent with the scope

of the original specification filed on January 23, 1995, most of the original claims of the '512

application were directed to the six particular salt compounds of omeprazole's enantiomers.

(Claims to a heterocyclic intermediate and processes of preparing particular compounds were

also present, but I do not consider them relevant to my analysis.)  Original claim 1 of the '512

application is representative:

> 1.  An optically pure enantiomeric compound comprising a $Na^+$, $Mg^{2+}$,
> $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salt of (+)-5-methoxy-2-[[(4-methoxy-3,5-
> dimethyl-2-pyridinyl)methyl]sulfinyl]-1H- benzimidazole or (-)-5-
> methoxy-2-[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-
> 1H- benzimidazole, wherein R is an alkyl with 1-4 carbon atoms.

'512 application, p. 26.  None of claims 1-34 of the '512 application as originally filed

generically claimed an "alkaline salt" of (-)-omeprazole; instead, all original claims on the

enantiomeric compounds were directed to only these six salt species, or a subset of them (e.g.,

claim 30). '512 application at pages 26-32.  This further supports my conclusions that the skilled

artisan would not give broad play to the claim term "alkaline salt."

14.  On August 12, 1996, claim 1 and other original enantiomer claims were rejected

based on prior art and for obviousness-type double patenting (based on the parent application,

No. 256,174, which was pending at that time).  August 12, 1996 Office Action.  In a January 21,

1997 Examiner interview summary record, the Examiner suggested that not all alkaline salt

forms of (-)-omeprazole would be encompassed within the scope of the claims, stating: "A pharmaceutical formulation for oral administration of pure solid state (-) enantiomer of omeprazole Na-salt may be allowable *after reviewing the data in affidavit form. . . . The scope of the claim will depend on the data submitted.*"  (emphasis added).

15.   In a February 12, 1997 Amendment, AstraZenenca cancelled all of original claims 1-34 and added new claims 35-44, which later issued as claims 1-10 of the '504 patent.  These new claims introduced the term "alkaline salt" for the first time, in contrast to the original claims discussed above which were limited to the six salts.  February 12, 1997 Amendment. When it presented the new claim set in that Amendment, AstraZeneca did not point out where in the specification support existed to claim a broader genus of alkaline salts as opposed to the six salts defined in the specification as "the present invention."  As I have pointed out above, the specification does not describe any broader genus of "alkaline salts," but only describes the six salt species.

16.   When it filed the February 12, 1997 Amendment, AstraZeneca also submitted a Declaration of Dr. Andersson.  The Andersson Declaration reported on two clinical studies involving both the sodium salt and the magnesium salt of (-)-omeprazole.  Based on the clinical studies reported in the Andersson Declaration, AstraZeneca argued that the sodium and magnesium salts of (-)-omeprazole unexpectedly exhibited a different and more advantageous pharmacokinetic profile than racemic omeprazole.  These results were specifically attributed to the sodium and magnesium salts used in the clinical studies.  The Examiner then allowed the pending claims on April 25, 1997.

17.   From the prosecution history, it is clear that AstraZeneca never made any arguments rebutting the Examiner's statement in the interview summary that "[t]*he scope of the claim will*

*depend on the data submitted*." Thus, the prosecution history as a whole confirms a claim scope that is no broader than the named species (based on "*the data submitted*" by the applicants), and is consistent with a straightforward reading of the '512 application as originally filed, which included not only a precise definition of salt scope, but also no hint that other salts were contemplated at the time of filing in 1995.

18.   I am aware of the fact that the new claim set presented during prosecution included dependent claims, now issued as claims 3 and 10 of the '504 patent, which were directed to the six salt species discussed above.  I am also generally familiar with the doctrine of claim differentiation, as meaning that independent claims are usually broader in scope than the dependent claims.  However, I am informed that, legally, claim differentiation is a rebuttable presumption.  Here, I have no trouble concluding that the '512 application as filed in January 1995 would "trump" the new claim set added later during prosecution.  I note again in this regard that when it filed its replacement claim set, AstraZeneca never pointed out to the Patent Office precisely where in the '512 specification a concept of "alkaline salt" broader than the express definition of six salt species is disclosed.  As I stated above, a person of ordinary skill in the art in the mid-1990's would find no basis in the as-filed '512 application for any concept broader than the six salt species originally disclosed, which were expressly defined as "the present invention".

19.   AstraZeneca's proposed construction of alkaline salt as a "basic salt (here, a salt in which (-)-omeprazole is negatively charged) that is suitable for use in a pharmaceutical formulation" is unsupported.  First, "suitable for use in a pharmaceutical formulation" does not relate to the scope of the salts.  Neither the specification nor the prosecution history hints at such a definition.

20.   Second, there is no support in the specification or prosecution history for "alkaline salt" being defined as any "basic salt."  The '512 patent application refers to six particular salt forms, and no others.

**"pharmaceutically acceptable salt" – '192 patent**

21.   Independent claims 1, 2 and 12 call for (-)-omeprazole or a "pharmaceutically acceptable salt" thereof.  I am informed that Hanmi submitted two claim constructions as follows:

"Main" Construction based on "incorporated" '512 Spec'n: "$Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salt",

"Alternative" Construction based on '192 Spec'n:  "an acid or alkaline pharmaceutically acceptable non-toxic salt."

Joint Claim Construction Statement, Appendix D.

22.   "Pharmaceutically acceptable salt" is not *per se* defined in the '192 patent claims. The '192 patent specification, however, first refers to the parent '512 application's disclosure of the salt forms of (-)-omeprazole: "[t]he description of the salt forms of the single enantiomers of omeprazole and the process of making the same is herein incorporated by reference to copending Ser. No. 08/376,512."  ('192 patent, col. 1, lines 10-13 -- I note that the '512 application issued as the '504 patent).  While I am informed there may be a legal issue as to whether this was a sufficient "incorporation by reference" of the entire prior application or specific portions of it, in the following comments I have been asked to assume that the entire '512 application was incorporated by reference into the '192 patent.

23.   Based on that assumption, an unusual situation is presented because the '192 patent would contain two distinct definitions of suitable salt scope.  On the one hand, the particular "salt forms" of the '512 application, if incorporated into the '192 patent, would be understood to

be limited to the expressly described salt species (*e.g.*, $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$), for the reasons I have provided above.

24.   On the other hand, despite the incorporation by reference of the parent '512 application (which is restricted to six particular salts), the '192 specification went on to include an explicit definition of "pharmaceutically acceptable salt:"

> The term "pharmaceutically acceptable salt" refers to both acid and alkaline pharmaceutically acceptable non-toxic salts.

'192 patent, col. 4, lines 13-16.  Thus, based on this explicit definition, one of ordinary skill in the art would understand the term should be construed as meaning "an acid or alkaline pharmaceutically acceptable non-toxic salt" in the '192 independent claims.  Because AstraZeneca expressly defined "pharmaceutically acceptable salt" as "an acid or alkaline pharmaceutically acceptable non-toxic salt" in the '192 specification, in my view that definition would be considered dominant and controlling by a person of ordinary skill in the art.

25.   Thus, while the '192 patent's specification (with reference to the parent '504 patent) is confusing, in my judgment the broader definition of "an acid or alkaline pharmaceutically acceptable non-toxic salt" in the '192 patent at col. 4, lines 13-16 cannot be ignored.  Although I have never seen this type of situation, one of ordinary skill in the art would at least attempt to reconcile the apparent contradiction in the incorporated '512 application's salt scope ("***The present invention refers to the new $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ and $N^+(R)_4$ salts of the single enantiomers of omeprazole…***") with the '192 patent's broader definition ("***an acid or alkaline pharmaceutically acceptable non-toxic salt***"), by combining them.  On the assumption that the entire parent '512 application's disclosure is incorporated by reference into the '192 patent, that disclosure pertains solely to the six species of alkaline  salts, as discussed above.  The "pharmaceutically acceptable salts" as defined in the '192 patent include both acid and alkaline

salts, and so the incorporated disclosure would be understood to pertain only to alkaline

pharmaceutically acceptable salts, and not acidic species.  Under a "combined" construction, the

acid component would be broadly defined and the alkaline component would be restricted per

the '504 patent's definition.  In my view, such a "combined" approach would be the only

rational solution from the standpoint of one of ordinary skill in the art.

26.   My views that the acid component should not be ignored are supported by the

Court's statements in *AZ v. DRL*, where AstraZeneca previously asserted that "pharmaceutically

acceptable salt" in the '192 claims encompassed both acid and alkaline species.  The Court's

decision states:

> 13. "pharmaceutically acceptable salt
>
> This term appears in claims 1, 2, 7–9 and 12. Astra contends that this term should
> be construed to mean "both acid and alkaline nontoxic ionic compound." DRL
> contends that this term need not be construed and the ordinary meaning as
> understood by those of ordinary skill in the art should apply. However, if
> construction is required, DRL proposes that the phrase be construed as "a salt that
> is suitable for use in a pharmaceutical formulation."
>
> Once again, Astra's basis for its proposed construction of this term is nowhere
> addressed in Astra's claim construction papers. The Court, therefore, accepts
> DRL's argument that this term need not be construed.

Page *62.  Although it is unclear why AstraZeneca could not point the Court to the specific

definition at column 4, lines 13-16 of the '192 patent, AstraZeneca clearly urged a position then

that is contradictory to what I am informed is its position here -- the "acid" part of the definition

can simply be ignored.

**Issues Regarding Optical Purity In Both Patents**

**"(-)-enantiomer of 5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-
pyridinyl)methyl]sulfinyl]-1H-benzimidazole" – '504 patent independent claims 1, 6
and 7 and "optically pure" – dependent claim 2**

27.   Each of independent claims 1, 6 and 7 of the '504 patent expressly recites a salt of the "(-)-enantiomer of 5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole."  I am informed that Hanmi asserts that the quoted term should be construed as follows:

> "(-)-omeprazole" or the "(-)-enantiomer of omeprazole" ["(-)-omeprazole" is also known as "(S)-omeprazole"].

I agree that a person of ordinary skill in the art reading the '504 patent's application as filed on January 23, 1995 would interpret this claim term as Hanmi has proposed.  Again, a number of reasons support this conclusion.  Below, I address what I understand to be AstraZeneca's contentions seeking to have specific, numerical optical purity limitations included as part of the construction.  I also address here the claim term "optically pure" in claim 2 of the '504 patent because they are intertwined.

28.   In *AZ v. DRL*, the Court noted that:

> The claims at issue expressly require the alkaline salts of the (-)-enantiomer of omeprazole.  '504 patent, col. 14, lines 6-10.  By focusing a person skilled in the art on the enantiomer, Astra asserts that the claims obviously require some level of optical purity.  Indeed, a person of ordinary skill in the art would know that "[t]he '(-)' denotes that the compound has some level of optical purity."

Pages *18-19.  The Court's recognition of the well known '(-)' symbol in the compound's name, as denoting one of the enantiomers as opposed to the racemate or the other enantiomer, is consistent with Hanmi's proposed construction – "(-)-omeprazole or the (-)-enantiomer of omeprazole."

29.   The Court went on to construe compounds of the '504 patent independent claims 1, 6 and 7 as having "high optical purity" of "at least 94% enantiomeric excess" (e.e.), basically agreeing with AstraZeneca's position (pages *19-21).  The Court then considered the term "optically pure" in dependent claim 2, and also adopted AstraZeneca's position:  "essentially

free of the (+)-enantiomer of omeprazole" and "at least 98% enantiomeric excess (e.e.)" (pages *21-23).

30.   With due respect, the '504 patent's specification and prosecution history do not support adding numerical limitations to any of the '504 claims (or the '192 claims, as discussed below), despite AstraZeneca's apparent prior arguments which appeared to persuade the Court's constructions.

31.   The '504 patent expressly defines two levels of optical purity -- "optically pure" and "very high optical purity:"

> With the expression "***optically pure*** Na$^+$ salts of omeprazole" ***is meant*** the (+)-enantiomer of omeprazole Na-salt essentially free of the (-)-enantiomer of omeprazole Na-salt and the (-)-enantiomer essentially free of the (+)-enantiomer, respectively.
>
> * * *
>
> Because it is possible to purify optically impure or partially pure salts of the enantiomers of omeprazole by crystallization, they can be obtained in ***very high optical purity, namely*** ≥99.8% enantiomeric excess (e.e.) even from an optically contaminated preparation.

Col. 3, lines 31-36 and 43-48 (emphasis added).  The '504 specification makes clear that the term "optically pure" means "the (-)-enantiomer essentially free of the (+)-enantiomer."  Col. 3, lines 31-36 .  It also makes clear that "very high optical purity" means ≥99.8% e.e."  Col. 3, lines 43-48.  AstraZeneca chose to limit the highest level of optical purity numerically and, while the '504 specification *disclosed* certain Examples as preferred embodiments, no *claim* of the '504 patent recites or requires "very high optical purity."

32.   On the other hand, AstraZeneca could have, but did not, limit the definition of "optically pure" in the '504 claims numerically.  (I refer to AstraZeneca's U.S. Patent 6,875,872, which has the same specification as the '504 patent.)  Instead, the '504 patent's express definition at col. 3, lines 31-36 avoided any numerical lower limit.  Thus, the working

Examples in the '504 patent had to have formed the basis for AstraZeneca's prior arguments calling for a definition with a numerical limitation.  But read in context, the Examples beginning in column 6 are merely illustrative -- as the term "Example" itself means -- and I see no basis for including any e.e. % reported as a lower limit of optical purity in the Examples in the claims.  In fact, the '504 specification prefaces the Examples with the following unambiguous statement:

> The invention is ***illustrated*** by the following ***examples*** using ***preferred procedures*** for the preparation of optically pure sodium salts and magnesium salts.

'504 patent, col. 6, lines 26-28 (emphasis added).  While Examples of 98% e.e. are reported, a conclusion that "optically pure" in claim 2 *requires* a minimum of 98% e.e.  would be contrary to the express definition in the specification ("essentially free of" at col. 3, lines 31-36), as well as the suggestion at col. 6, lines 26-28 that "non-preferred" procedures could yield lower optical purity values, and still be within the scope of the claims.

33.   Accordingly, one of ordinary skill in the art would understand that the term "optically pure" in claim 2 would be given its express definition in column 3 -- "the (-)-enantiomer essentially free of the (+)-enantiomer" ('504 patent at col. 3, lines 31-36).  I see no basis in the patent or prosecution history for limiting claim 2 to 98% e.e., as that would be based on preferred embodiments of the Examples.

34.   If dependent claim 2 is not limited numerically, clearly no basis exists for AstraZeneca to have urged in the prior *AZ v. DRL* case, or now, that independent claims 1, 6 and 7 of the '504 patent should require any specific lower limit of optical purity.  Yet, in *AZ v. DRL,* the Court accepted AstraZeneca's position that Example 12 provides a basis for a minimum optical purity of 94% e.e.  However, a skilled artisan would recognize that the working Examples cannot limit claim scope for the reasons set forth above.  Moreover, even if

14

they could, Example 12 provides no support for the subject matter of claims 1, 6 and 7.  Those claims are directed to alkaline *salts* of (-)-omeprazole, whereas Example 12 forms the free base or neutral (*i.e.*, non-salt) form of (-)-omeprazole.  Indeed, Example 12 illustrates the final stage of what is characterized as a novel *process* of making the enantiomers.  The '504 patent states that "The present invention in a further aspect provides a novel method for preparing the novel compounds of the invention in large scale.  This novel method can also be used in large scale to obtain single enantiomers of omeprazole in neutral form."  '504 patent, col. 2, lines 11-15.  It appears that the process is claimed in AstraZeneca's U.S. Patent 5,693,818, which issued from the '504 patent's parent application 256,174.  Clearly, in a general sense, the enantiomers of omeprazole in non-salt or neutral form are not part of the invention of the '504 patent, because they were admittedly known in the prior art.  The '504 patent additionally states that "The separation of the enantiomers of omeprazole in analytical scale is described in e.g. *J. Chromatography*, 532, 305-19 (1990), and in a preparative scale in DE 4035455."  '504 patent, col. 1, lines 27-29.  Thus, Example 12 is not related to the subject matter of claims 1, 6 and 7 of the '504 patent, which are directed to salts.

35.  Here, nothing in the specification of the '504 patent declares or signifies to a person of ordinary skill in the art that any salt compound must have a minimum of 94% e.e.  In fact, that value is merely the reported result for one example – an example of a free base, non-salt compound not related to the subject matter of claims 1, 6 and 7 of the '504 patent.  A person of ordinary skill in 1995 would have understood that nothing in Example 12 lays down a ground rule that all salt compounds in the patent have a minimum of 94% e.e.

36.  In sum, the compound in claims 1, 6 and 7 is simply a salt of (-)-omeprazole, and claim 2 signifies a higher level of optical purity – essentially free of the (+)-enantiomer, based

15

on the express definition at 3:31-36.  The only term defined as having a specific, numeric lower limit is "very high optical purity," which is not claimed in the '504 patent.

37.  The '504 patent's prosecution history provides further support for Hanmi's optical purity constructions.  As discussed above, the '512 application as filed contained 34 claims.  All of the relevant original claims called for "optically pure" enantiomers, and none recited a specific numerical lower limit of optical purity.  Original claim 1 is again shown below:

> 1.  An optically pure enantiomeric compound comprising a $Na^+$, $Mg^{2+}$, $Li^+$, $K^+$, $Ca^{2+}$ or $N^+(R)_4$ salt of (+)-5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole or (-)-5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole, wherein R is an alkyl with 1-4 carbon atoms.

'512 application at p. 26.

38.  Following the August 12, 1996 rejection of claims, AstraZeneca responded February 12, 1997 by cancelling all then-pending claims (1-34) and adding new claims 35-44 (now issued as claims 1-10 of the '504 patent), as I discussed above.  In the new claim set, the independent claims (corresponding to patent claims 1, 6 and 7) were broader than any original claim to the enantiomers in that they did not characterize the compounds as "optically pure."  The term "optically pure" only appeared in dependent claim 36, which became claim 2 of the '504 patent.  Thus, while "optically pure" in claim 2 should be construed in accordance with the patent's express definition at col. 3, lines 31-36, by dropping that term from the original independent claims, AstraZeneca signaled to a skilled artisan that claims other than claim 2 encompass some measure of optical impurity.  Nothing in the remainder of the prosecution history supports AstraZeneca's position that claims 1, 6 and 7 are limited to 94% e.e. and that claim 2 should be limited to 98% e.e.

**"optically pure" – '504 patent claim 2**

16

39.   Claim 2 of the '504 patent recites an "optically pure" alkaline salt.  I am informed that Hanmi submits that this term should be construed as follows:

"essentially free of (+)-omeprazole alkaline salt, *i.e.,* the single enantiomer".

I agree with this proposed construction, because the express definition of "optically pure" in the '504 patent's specification at col. 3, lines 31-36, should control for the reasons set forth above. The key aspect of the definition is "essentially free of," but without a numerical component.

### "(-)-enantiomer of 5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole" – '192 patent

40.   Each of independent claims 1, 2 and 12 of the '192 patent expressly recites "the (-)-enantiomer of 5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole."  I am informed that Hanmi submits that this term should be construed the same as in the '504 patent as:

"(-)-omeprazole" or the "(-)-enantiomer of omeprazole."

I agree that a person of ordinary skill in the art would not include a numerical optical purity limitation of 98% e.e., for the following reasons.

41.   In *AZ v. DRL*, the Court noted that in the context of the parent '504 patent, a person of ordinary skill in the art would know that "[t]he '(-)' denotes that the compound has some level of optical purity," citing certain cases.  Pages *18-19.  Again, the Court's recognition of the well known '(-)' symbol in the compound's name, as denoting one of the enantiomers as opposed to the racemate or the other enantiomer, is consistent with Hanmi's proposed construction – "(-)-omeprazole or the (-)-enantiomer of omeprazole."

42.   The Court construed the phrase "consisting essentially of the (-)-enantiomer of 5-methoxy-2[[(4-methoxy-3,5-dimethyl-2-pyridinyl)methyl]sulfinyl]-1H-benzimidazole" of the '192 patent independent claims 1, 2 and 12 as "a (-)-enantiomer that is essentially free of its

(+) contaminant, which means at least 98% e.e.," basically agreeing with AstraZeneca's position (pages *29-31, quotation at *31).  I respectfully disagree with this construction.

43.   The '192 patent specification first discusses the term "(-)-enantiomer of [omeprazole]" at col. 1, lines 17-20, and goes on to define the term "single enantiomer" of (-)-omeprazole as "substantially free from its (+) enantiomeric contaminant."  Col. 1, lines 21-23. The claims of the '192 patent do not recite the term "single enantiomer."  Nonetheless, I would have no problem if the Court equates the terms and adds "substantially free from its (+) enantiomeric contaminant" to Hanmi's proposed construction.  In my view, however, the '192 claims would not be understood by a person of ordinary skill in the art to include the  98% e.e. limitation in the '192 claims, which I am informed AstraZeneca presses here without regard to the phrase "substantially free from its (+) enantiomeric contaminant" appearing at col. 1, lines 21-23.

44.   From my perspective, one of ordinary skill in the art would find that no basis exists for AstraZeneca's position that the claims should be limited to any specific lower limit of optical purity.  The '192 patent's specification only states that the expression "single enantiomer refers to the fact that the (-)-enantiomer is substantially free from its (+) enantiomeric contaminant."  *See* '192 patent at col. 1, lines 16-23.  Even if the Court equates the claimed "(-)-enantiomer" with the unclaimed term "single enantiomer" and construes the independent claims as "substantially free of", there should be no inclusion of 98% e.e. as the floor in independent claims 1, 2 and 12.

45.   First, there is no mention or discussion anywhere in the '192 patent's specification as printed of 98% e.e., or any other numerical lower limit.

46.   Second, as I noted above under the "salt" discussion, the '192 patent's underlying

application (Appl'n. No. 833,962) referenced the parent '512 application.  As before, I have

been asked to assume the full parent application's disclosure was incorporated into the '192

patent.  On that assumption, the '192 independent claims still should not be limited to 98% e.e.

It is significant that while all of the original claims of the parent '512 application claim no more

than six particular *salts* of (-)-omeprazole, the '192 patent discloses and claims use of the *free

base or neutral form* of (-)-omeprazole, *or* a pharmaceutically acceptable salt thereof.  '192

patent at col. 1, lines 16-22 and independent claims 1, 2 and 12.  If the '192 claims are limited

to 98% e.e., they would exclude the free base (-)-enantiomer reported in Example 12 of the '504

patent / '512 application, which states that the compound was obtained at 94% e.e. ('504 patent,

col. 10, line 48 to col. 11, line 3) – the only Example of making the free base (-)-enantiomer by

the allegedly "novel process" that is reported.

47.   Moreover, the Court in the prior *AZ v. DRL* claim construction opinion agreed with

AstraZeneca's arguments that the phrase "consisting essentially of the (-)-enantiomer of (-)-

omeprazole" in the independent claims of the '192 patent should be construed consistently with

the term "optically pure" in claim 2 of the '504 patent.  Pages *28-30.  I cannot take issue with

that approach, given the '504 patent's definition of "optically pure" as "essentially free of the

(+)-enantiomer" (col. 3, lines 31-36) vs. the '192 patent -- *if*  the term "(-)-enantiomer" (as

opposed to "single enantiomer") is found to be defined as "substantially free from its (+)-

enantiomeric contaminant" (col. 1, lines 16-23).  Regardless, I have pointed out in detail above

that limiting "optically pure" in claim 2 of the '504 patent to 98% e.e. is at odds with the

express definition of "optically pure" not requiring a numerical limit, the presence of non-

limiting "Examples," and AstraZeneca's actions in prosecution where it cancelled the initial

claims requiring "optically pure" compounds and replaced them with optically impure claims except for claim 2.  For the same reasons, to the extent the '504 patent and its prosecution history are relevant, independent claims 1, 2 and 12 of the '192 patent should not be limited to 98% e.e. minimum because the basis of that finding was the '504 disclosure.

48.   From my review, nothing in the prosecution history of the '192 patent requires a 98% e.e. limitation in the independent claims.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  November 3, 2011

_____

Jerry L. Atwood,  Ph.D.

EXHIBIT A

# CURRICULUM VITAE

## Jerry L. Atwood

**Personal**

Date of Birth: July 27, 1942
Place of Birth: Springfield, Missouri

**Education**

B.S., Southwest Missouri State, Chemistry and Mathematics, 1964
Ph.D., University of Illinois, 1968

**Professional Experience**

Assistant Professor, University of Alabama, 1968-1972
Associate Professor, University of Alabama, 1972-1978
Professor, University of Alabama, 1978-1987
Visiting Professor, Imperial College, 1977
Visiting Professor, University of Sussex, 1985
University Research Professor, University of Alabama, 1987 - 1994
Professor and Chairman, University of Missouri-Columbia, 1994-
Curators' Professor, University of Missouri-Columbia, 1999-

**Professional Activities**

Co-Editor-in-Chief, *New Journal of Chemistry* (2005-)
Editor, *Journal of Supramolecular Chemistry* (2000-2004)
Editor, *Supramolecular Chemistry* (1992-2000)
Associate Editor, *Chemical Communications* (1996-2006)
Consulting Editor, *Journal of Chemical Crystallography* (1999-)
Editor, *Journal of Chemical Crystallography* (1985-1998)
Regional Editor, *Journal of Coordination Chemistry*, A & B (1985-1993)
Editor, *Journal of Inclusion Phenomena* (1983-1991)
Editorial Advisory Board, *Crystal Growth & Design* (2000-)
International Advisory Editorial Board, *New Journal of Chemistry* (2003-)
Editorial Board, *Supramolecular Chemistry* (2000-)
Editorial Board, *Journal of Coordination Chemistry* (1993-)
Editorial Board, *Journal of Organometallic Chemistry* (1986-2000)
Editorial Board, *Crystal Engineering* (1998-)
Co-Editor, *Inclusion Compounds* (five volumes)
Co-Editor, *Comprehensive Supramolecular Chemistry* (ten volumes)
Co-Editor, *Encyclopedia of Supramolecular Chemistry* (two volumes)
Member, American Chemical Society
Member, American Institute of Chemical Engineers
Member, Royal Society of Chemistry
Member, American Crystallographic Association
Institute of Scientific Information, Highly Cited Researchers, isihighlycited.com

**Publications Summary**

Publications in Refereed Journals         672
Patents                                                 13

**Honors and Awards:**

| | |
|---|---|
| 1986 | Burnum Award for Teaching and Research, U of Alabama |
| 1987 | University Research Professor, U of Alabama |
| 1989 | von Humboldt Senior Scientist Award, Germany |
| 1992 | Japanese Society for the Promotion of Science Award |
| 1996 | Outstanding Alumni Award, SMSU |
| 1999 | Curators' Professor, University of Missouri (MU) |
| 2000 | President's Award for Research and Creative Activity, MU |
| 2000 | Izatt-Christensen International Macrocyclic Chemistry Award |
| 2000 | Polish Academy of Science, Elected Foreign Member |
| 2002 | Alumni-Faculty Award, MU |
| 2005 | Royal Society of Chemistry, Elected Fellow |
| 2005 | Honorary Medal of the Institute of Physical Chemistry, Polish Academy of Sciences |
| 2005 | Midwest Chemist Award, American Chemical Society |
| 2010 | Distinguished Faculty Alumni Award, MU |

## PUBLICATIONS

### Jerry L. Atwood

1. J. L. Atwood and G. D. Stucky, "The Crystal and Molecular Stucture of $[Al(CH_3)_3]_2 \cdot C_4H_8O_2$," *J. Amer. Chem. Soc.*, **89**, 5362 (1967).

2. J. L. Atwood and G. D. Stucky, "Dative Nitrogen-to-Metal p-bonding in Bis(dimethylamino)beryllium," *Chem. Comm.*, 1169 (1967).

3. J. L. Atwood and G. D. Stucky, "$Mg[Al(OCH_3)_2(CH_3)_2]_2 \cdot C_4H_8O_2$ A Novel Coordination Compound of a Metal Alkoxide and a Donor Molecule," *J. Organometal. Chem.*, **13**, 53 (1968).

4.  J. L. Atwood and G. D. Stucky, "The Stereochemistry of Polynuclear Compounds of the Main Group Elements. VII. The Structure of Octamethyldialuminummonomagnesium," *J. Amer. Chem. Soc.*, **91**, 2538 (1969).

5.  J. L. Atwood and G. D. Stucky, "The Stereochemistry of Polynuclear Compounds of the Main Group Elements. XI. The Structure of Bis(dimethylamino)beryllium and Its Reaction with Trimethylaluminum," *J. Amer. Chem. Soc.*, **91**, 4426 (1969).

6.  J. L. Atwood and G. D. Stucky, "The Stereochemistry of Polynuclear Compounds of the Main Group Elements.  XII.  The Synthesis and Structure of the Ethyleniminodimethylaluminum Trimer," *J. Amer. Chem. Soc.*, **92**, 285 (1970).

7.  J. L. Atwood, P. A. Milton, and S. K. Seale, "Thermal Decomposition of Anionic Organoaluminum Thiocyanates," *J. Organometal. Chem.*, **28**, C29 (1971).

8.  C. D. Whitt and J. L. Atwood, "The Structure of Dimethylbis(quinuclidine)-beryllium," *J. Organometal. Chem.*, **32**, 17 (1971).

9.  C. D. Whitt, L. M. Parker, and J. L. Atwood, "The Crystal Structure of Trimethyl(quinuclidine)aluminum," *J. Organometal. Chem.*, **32**, 291 (1971).

10. P.  G.  Laubereau, L.  Ganguly, J.  H.  Burns, B.  M.  Benjamin, J.  Selbin, and J. L. Atwood, "Triindenylthoriumchloride and Triindenyluraniumchloride," *Inorg. Chem.*, **10**, 2274 (1971).

11. J. L. Atwood and P. A. Milton, "Thermolysis of Tetramethylammonium Iodotrimethylaluminate," *J. Organometal. Chem.*, **36**, C1 (1972).

12. K. D. Smith and J. L. Atwood, "The Nature of the Scandium-Carbon Bond.  The Crystal and Molecular Structure of $[(C_5H_5)_2ScCl]_2$," *J. C. S. Chem. Comm.*, 593 (1972).

13. J. L. Atwood and W. R. Newberry, III, "Solid State Structure and Solution Behavior of Compounds of the Type $M[Al_2(CH_3)_6X]$," *J. Organometal. Chem.*, **42**, C77 (1972).

14. R. A. Abramovitch, G. Grins, R. B. Rogers, J. L. Atwood, M. D. Williams, and S. Crider, "A Novel b-Alkylation of Pyridine and Quinoline 1-Oxides," *J. Org. Chem.*, **37**, 3383 (1972).

15. M. L. Simms, J. L. Atwood, and D. A. Zatko, "The Crystal Structure of Ethylenebis(biguanide)silver(III) Perchlorate," *J. C. S. Chem. Comm.*, 46 (1973).

16. J. L. Atwood and R. E. Cannon, "The Synthesis and Structure of Potassium Cyanotrimethylaluminate," *J. Organometal. Chem.,* **47**, 321 (1973).

17. J. L. Atwood and K. D. Smith, "The Nature of the Scandium-Carbon Bond. II.  The Crystal and Molecular Structure of Tricyclopentadienylscandium," *J. Amer. Chem. Soc.*, **95**, 1488 (1973).

18. J. L. Atwood, J. H. Burns, and P. G. Laubereau, "The Crystal Structure of Triindenylsamarium," *J. Amer. Chem. Soc.*, **95**, 1830 (1973).

19. J. L. Atwood, S. K. Seale, and D. H. Roberts, "Thermal Decomposition of Anionic Organoaluminum Compounds.  III.  The Preparation and Structure of the Neutral Addition Complex of Acetonitrile and Trimethylaluminum," *J. Organometal. Chem.*, **51**, 105 (1973).

20. J. L. Atwood, M. L. Simms, and D. A. Zatko, "Bis(2,2'-bipyridine)silver(II) Nitrate Monohydrate, $Ag(N_2C_{10}H_8)_2 \cdot (NO_3)_2 \cdot H_2O$," *Cryst. Struct. Comm.*, **2**, 279 (1973).

21. J. L. Atwood and P. A. Milton, "The Crystal Structure of Iododimethyl-(trimethylamine)aluminum," *J. Organometal. Chem.*, **52**, 275 (1973).

22. J. L. Atwood and D. C. Hrncir, "Thermal Decomposition of Anionic Organoaluminum Compounds. IV.  The Formation of Alkali Metal Tetramethylaluminates and the Crystal Structure of $Rb[Al(CH_3)_4]$," *J. Organometal. Chem.*, **61**, 43 (1973).

23. J. L. Atwood, B. L. Bailey, B. L. Kindberg, and W. J. Cook, "Ferrocenylalanes.  The Preparation and Properties of $(C_5H_5)Fe[p-C_5H_4Al_2(CH_3)_4Cl]$," *Aust. J. Chem.*, **26**, 2297 (1973).

24. J. L. Atwood, C. F. Hains, M. Tsutsui, and A. E. Gebala, "X-ray Crystallographic Characterization of the Uranium-Carbon Sigma bond in Tricyclopentadienyl-phenylethynyluranium (IV)," *J. C. S. Chem. Comm.*, 452 (1973).

25. J. L. Atwood and K. D. Smith, "Crystal Structure of Di-m-chloro-bis[di-h-cyclo-pentadienylscandium(III)] Dimer," *J. C. S. Dalton Trans.*, 2487 (1973).

26. M. Tsutsui, N. Ely, A. E. Gebala, and J. L. Atwood, "Sigma-Bonded Organometallic Derivatives of the Lanthanides and Actinides," *Ann. N. Y. Acad. Sci.*, **239**, 160 (1973).

27. S. K. Seale and J. L. Atwood, "Cationic Influence in Anionic Organoaluminum Chemistry Synthesis and Structure of Dimethylthallium Isothiocyana-totrimethylaluminate," *J. Organometal. Chem.*, **64**, 57 (1974).

28. J. L. Atwood and W. R. Newberry, III, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements III.  The Crystal Structure of $K[Al_2(CH_3)_6F] \cdot C_6H_6$," *J. Organometal. Chem.*, **66**, 15 (1974).

29. J. L. Atwood and W. R. Newberry, III, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements. II. Solution Behavior and Crystal Structure of K[Al$_2$(CH$_3$)$_6$N$_3$]," *J. Organometal. Chem.*, **65,** 145 (1974).

30. J. L. Atwood and K. D. Smith, "Synthesis and Structure of Bis(indenyl)magnesium," *J. Amer. Chem. Soc.*, **96**, 994 (1974).

31. J. L. Atwood and K. D. Smith, "Crystal and Molecular Structure of Trichlorotris-(tetrahydrofuran)scandium(III)," *J. C. S. Dalton Trans.*, 921 (1974).

32. S. K. Seale and J. L. Atwood, "Thermal Decomposition of Anionic Organoaluminum Compounds. V. The Preparation and Crystal Structure of the (Isopropylidenamino)dimethylaluminum Dimer," *J. Organometal. Chem.*, **73**, 27 (1974).

33. J. L. Atwood, M. D. Williams, R. H. Garner, and E. J. Cone, "The Crystal and Molecular Structure of 4-Bromo-2,3-carbomethoxyl-2-cyclohepten-1-one," *Acta Cryst.*, B**30**, 2066 (1974).

34. J. L. Atwood, D. C. Hrncir, C. Wong, and W. W. Paudler, "The Structure of a Hydrazino-Bridged[12]Annulene. A 12 p-monocyclic Antiaromatic Compound," *J. Amer. Chem. Soc.*, **96**, 6132 (1974).

35. J. L. Atwood, D. K. Krass, and W. W. Paudler, "1,2,4-Triazines XIII: The Bond Lengths and Bond Angles of a 1,2,4-Triazine," *J. Heterocyclic Chem.*, **11**, 743 (1974).

36. J. L. Atwood, D. C. Hrncir, and W. R. Newberry, III, "Potassium Methyltri-chloroaluminate, K[CH$_3$AlCl$_3$]," *Cryst. Struct. Comm.*, **3**, 615 (1974).

37. J. L. Atwood and W. A. Sheppard, "The Crystal and Molecular Structure of 4,5-Dicyano-1-imidazolyl(phenyl)bromonium Ylide, C$_{11}$H$_5$N$_4$Br," *Acta Cryst.*, B**31**, 2638 (1975).

38. J. L. Atwood, W. E. Hunter, D. C. Hrncir, E. Samuel, H. Alt, and M. D. Rausch, "Molecular Structures of the Bis(h$^5$-indenyl)dimethyl-Derivatives of Titanium, Zirconium, and Hafnium," *Inorg. Chem.*, **14**, 1757 (1975).

39. J. L. Atwood and W. R. Newberry, III, "The Crystal Structure of Cesium Azidotrimethylaluminate," *J. Organometal. Chem.*, **87**, 1 (1975).

40. J. L. Atwood, W. E. Hunter, C. Wong, and W. W. Paudler, "The X-ray Crystallographically Determined Confirmation of [2.2](2,5)Furano(2,5)-pyridinophane," *J. Heterocyclic Chem.*, **12**, 433 (1975).

41. J. L. Atwood, K. E. Stone, H. G. Alt, D. C. Hrncir, and M. D. Rausch, "Crystal and Molecular Structure of Titanocene Dicarbonyl, $(h^5-C_5H_5)_2Ti(CO)_2$," *J. Organometal. Chem.*, **95**, C4 (1975).

42. J. R. Chang, G. L. McPherson, and J. L. Atwood, "The Electron Paramagnetic Resonance Spectra of V(II) and Ni(II) Doped into Crystals of $CsCdCl_3$," *Inorg. Chem.*, **14**, 3079 (1975).

43. R. A. Abramovitch, J. L. Atwood, M. L. Good, and B. A. Lampert, "Crystal Structure and Mössbauer Spectrum of [2]-Ferrocenophanethiazine 1,1-Dioxide," *Inorg. Chem.*, **14**, 3085 (1975).

44. D. H. Miles, U. Kokpol, J. L. Atwood, K. E. Stone, T. A. Bryson, and C. Wilson, "Structure of Sarracenin.  An Unusual Diacetal Monoterpene from the Insectivorous Plant *Sarrcenia Flava*," *J. Amer. Chem. Soc.*, **98** 1569 (1976).

45. J. L. Atwood, W. E. Hunter, H. Alt, and M. D. Rausch, "The Molecular  Structure of 1,1-Bis($h^5$-cyclopentadienyl)2,3,4,5-tetraphenyltitanole and its Hafnium Analogue," *J. Amer. Chem. Soc.*, **98**, 2454 (1976).

46. J. L. Atwood, M. Tsutsui, N. Ely, and A. E. Gebala, "The Crystal and Molecular Structure of Tricyclopentadienylethynyluranium(IV)," *J. Coord. Chem.*, **5**, 209 (1976).

47. I. Bernal, J. L. Atwood, F. Calderazzo, and D. Vitali, "Structural Studies on Organodisulfides as Ligands.  I. The Crystal and Molecular Structure of $[Re_2Br_2(CO)_6S_2(C_6H_5)_2]$, a Compound Containing Both Disulfide and Bromide Bridges and Capable of Reversible Coordination of an Intact Disulfide Ligand," *Gazz. Chim. Italiana*, **106**, 971 (1976).

48. J. L. Atwood and S. K. Seale, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements IV.  The Preparation and Structure of the Novel Selenide $K[CH_3Se\{Al(CH_3)_3\}_3]\cdot 2C_6H_6$," *J. Organometal. Chem.*, **114**, 107 (1976).

49. J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Dimeric-Dimethyl Lanthanide Complexes, a New Class of Electron-Deficient Compounds, and the Crystal and Molecular Structure of $[(h^5-C_5H_5)_2YbCH_3]_2$," *J. C. S. Chem. Comm.*, 480 (1976).

50. J. Holton, M. F. Lappert, G. R. Schollary, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "m-Dialkyl Inner Transition Metal (III) Tetra-alkyl-aluminates. The Crystal and Molecular Structure of $[(h^5-C_5H_5)_2M(CH_3)_2Al(CH_3)_2]$ (M = Y or Yb)," *J. C. S. Chem. Comm.*, 425 (1976).

51. K. D. Smith and J. L. Atwood, "Diindenylmagnesium," *Inorg. Syn.*, **16,** 137 (1976).

52. J. L. Atwood and J. D. Atwood, "Liquid Clathrates," *Advan. Chem. Ser.*, **150**, 112 (1976).

53. R. A. Abramovitch, I. Shinkai, B. W. Cue, F. A. Ragan, and J. L. Atwood, "A New Ring Transformation of 3-Halo-2-azido-pyridine 1-Oxides.  A Novel Synthesis of 1,2-Oxazin-6-ones," *J. Heterocycl. Chem.*, **13**, 415 (1976).

54. M. M. Goodman, J. L. Atwood, R. T. Carlin, W. E. Hunter, and W. W. Paudler, "Tetrazolo[1.5-b]-1,2,4-Triazines:  Syntheses and Structure Determination," *J. Org. Chem.*, **41**, 2860 (1976).

55. J. L. Atwood, J. K. Newell, W. E. Hunter, I. Bernal, F. Calderazzo, I. P. Mavani, and D. Vitali, "Synthesis, Crystal and Molecular Structure of m-Dibromo-m-tetraphenyldiphosphinebis(tricarbonylrhenium(I)), a Molecule Containing a New Type of Tetraphenyldiphosphane Bridge," *J. C. S. Chem. Comm.,* 441 (1976).

56. R. L. Mahaffey, J. L. Atwood, M. B. Humphrey, and W. W. Paudler, "N-(p-Bromphenyl)[2.2](2,5)pyrrolophane:  Synthesis and Self-Condensation," *J. Org. Chem.*, **41**, 2963 (1976).

57. J. L. Atwood and A. L. Shoemaker, "Synthesis and Crystal Structure of the Novel Ferrocenylalane [(h$^5$-C$_5$H$_5$)Fe(h$^5$-C$_5$H$_3$)Al$_2$Me$_3$Cl]$_2$," *J. C. S. Chem. Comm.*, 536 (1976).

58. J. L. Atwood, W. E. Hunter, B. A. Lampert, and R. H. Garner, "The Crystal and Molecular Structure of 1-Hydroxy-2,3-dicarbomethoxy-1,3-cycloheptadiene," *J. Cryst. Mol. Struct.*, **6**, 291 (1976).

59. B. Kalyanaraman, J. L. Atwood, and L. D. Kispert, "The Crystal Structure of a-Chloroacetic Acid," *J. C. S. Chem. Comm.*, 715 (1976).

60. B. Kalyanaraman, J. L. Atwood, and L. D. Kispert, "The Crystal Structure of Chlorodifluroacetamide," *J. Cryst. Mol. Struct.*, **6**, 311 (1976).

61. I. Bernal, J. L. Atwood, F. Calderazzo, and D. Vitali, "Structural Studies on Organodisulfides as Metal Ligands. II.  The Crystal and Molecular Structure of [Re$_2$Br$_2$(CO)$_6$]S$_2$(CH$_3$)$_2$, a Compound Containing an Intact Dimethyldisulfide Bridge Across the Two Metals," *Israel J. Chem.*, **15**, 153 (1976/77).

62. J. L. Atwood, "Liquid Clathrates," *Rec. Adv. Separation Sci.*, **3**, 195 (1977).

63. J. L. Atwood, W. E. Hunter, and K. D. Crissinger, "The Synthesis and Crystal Structure of Tetramethylammonium Acetatotrimethylaluminate," *J. Organometal. Chem.*, **127**, 403 (1977).

64. D. H. Miles, J. Bhattacharyya, N. Mody, J. L. Atwood, S. Black, and P. A. Hedin, "The Structure of Juncusol. Novel Cytotoxic Dihydrophenanthrene from the Estuarine Marsh Plant *Juncus Roemerianus*," *J. Amer. Chem. Soc.*, **99**, 200 (1977).

65. J. L. Atwood, K. E. Stone, H. G. Alt, D. C. Hrncir, and M. D. Rausch, The Crystal Structure of Dicarbonyldicyclopentadienyltitanium(II), $(h^5\text{-}C_5H_5)_2Ti(CO)_2$," *J. Organometal. Chem.*, **132**, 367 (1977).

66. J. L. Atwood, G. K. Barker, J. Holton, W. E. Hunter, and M. F. Lappert, "Silylmethyl and Related Complexes.  V. Metallocene Bis(trimethylsilyl)- methyls and Benzhydryls of Early Transition Metals $[M(h^5\text{-}C_5H_5)_2R]$ (M = Ti or V) and $[M(h^5\text{-}C_5H_5)_2X(R)]$ (M = Zr or Hf) and the Crystal and Molecular Structures of $[M(h^5\text{-}C_5H_5)_2(CHPh_2)_2]$ (M = Zr or Hf)," *J. Amer. Chem. Soc.*, **99**, 6645 (1977).

67. J. L. Atwood and D. J. Darensbourg, "Intramolecular Hydrogen Bonding Implications of the Lability of the Molybdenum-Piperidine Bond.  The Molecular Structure of *cis*-$Mo(CO)_4[P(OCH_3)_3]NHC_5H_{10}$," *Inorg. Chem.*, **16**, 2314 (1977).

68. R. Gruning and J. L. Atwood, "The Crystal Structure of N-sodiohexamethyldi- silazane, $Na[N\{Si(CH_3)_3\}_2]$," *J. Organometal. Chem.*, **137**, 101 (1977).

69. J. L. Atwood, R. D. Rogers, C. Kutal, and P. Grutsch, "X-ray Crystallographic Characterization of the Single Hydrogen Bridge Attachment of the Tetrahydroborate Group in $[(MePh_2P)_3CuBH_4]$," *J. C. S. Chem. Comm.*, 593 (1977).

70. J. L. Atwood and J. M. Cummings, "The Crystal Structure of Rubidium Azidotrimethylaluminate," *J. Cryst. Mol. Struct.*, **7**, 257 (1977).

71. B. Kalyanaraman, L. D. Kispert, and J. L. Atwood, "The Disordered Crystal Structure of Bromodifluoroacetamide and Trifluoroacetamide," *Acta Crystallogr.*, B**34**, 1131 (1978).

72. J. L. Atwood, J. K. Newell, W. E. Hunter, I. Bernal, F. Calderazzo, I. P. Mavani, and D. Vitali, "The Crystal and Molecular Structure of m-Dibromo-m-tetraphen- yldiphosaphanebis[tricarbonylrhenium(I)]," *J. C. S. Dalton Trans.*, 1189 (1978).

73. J. L. Atwood, R. D. Rogers, W. E. Hunter, J. Holton, R. Pearce, and M. F. Lappert, "Neutral and Anionic Silylmethyl Complexes of the Group 3a and Lanthanoid Metals; the Crystal  and  Molecular  Structure  of  $[Li(thf)][Yb\{CH(SiMe_3)_2\}_3Cl]$ (thf = Tetrahydrofuran)," *J. C. S. Chem. Comm.*, 140 (1978).

74. E. Carmona-Guzman, G. Wilkinson, J. L. Atwood, W. E. Hunter, and R. D. Rogers, "Interaction for Bis(trimethylsilylmethyl)magnesium and Molybden- umtetrachloridebis(tetrahydrofuran).  The Crystal Structure of Chlorotris(tri- methylsilylmethyl)(trimethylphosphine)molybdenum(IV)," *J. C. S. Chem. Comm.*,

465 (1978).

75. R. D. Rogers, J. L. Atwood, and R. Gruning, "The Crystal Structure of N-Lithiohexamethyldisilazane," *J. Organometal. Chem.*, **157**, 229 (1978).

76. J. L. Atwood, R. D. Rogers, W. E. Hunter, I. Bernal, R. Lukas, and H. Brunner, "X-ray Structure of $(C_{15}H_{15})W(CO)_2$: A Compound Containing Three Unusually Bonded Five-Membered Rings," *J. C. S. Chem. Comm.*, 451 (1978).

77. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "The Crystal and Molecular Structures of Tetra(cyclopentadienyl)zirconium," *J. Amer. Chem. Soc.*, **100**, 5238 (1978).

78. R. J. Radel, J. L. Atwood, and W. W. Paudler, "Brominations of some 1,2,4-Triazine 2-Oxides," *J. Org. Chem.*, **43**, 2514 (1978).

79. K. D. Crissinger, R. D. Rogers, and J. L. Atwood, "The Synthesis of $M[Al_2(CH_3)_6NO_3]$ $(M = K^+, Rb^+, Cs^+, NR_4^+)$ and the Crystal Structures of $K[Al_2(CH_3)_6NO_3]$ and $K[Al(CH_3)_3NO_3]\cdot C_6H_6$," *J. Organometal. Chem.*, **155**, 1 (1978).

80. J. L. Atwood, L. G. Canada, A. N. K. Lau, A. G. Ludwick, and L. M. Ludwick, "Crystal Structure of exo-6-Chloromercury-7-dihydro-exo-7-methoxyaldrin (1,2,3,4,10,10-Hexachloro-exo-6-chloromercurio-1,4,4a,5,6,7,8,8a-octahydro-endo, exo-1, 4:5, 8-dimethano-exo-7-ethoxynaphthalenel)," *J. C. S. Dalton Trans.*, 1573 (1978).

81. J. Mattia, M. B. Humphrey, J. L. Atwood, and M. D. Rausch, "The Syntheses and Molecular Structures of Two Metalloindene Complexes: 1,1-Bis(h$^5$-cyclopentadienyl)-2,3,-bis-(pentafluorophenyl)benzotitanole and 1,1-Bis(h$^5$-cyclopentadienyl)-2-trimethylsilyl-3-phenylbenzotitanole," *Inorg. Chem.*, **17**, 3257 (1978).

82. C. Kutal, P. Grutsch, J. L. Atwood, and R. D. Rogers, "Structural Characterization of the Single Hydrogen Bridge Attachment of the Tetrahydroborate Group in Tris-(methyldiphenylphosphine)tetrahydroborate-copper," *Inorg. Chem.*, **17**, 3558 (1978).

83. F. Calderazzo, I. P. Mavani, D. Vitali, I. Bernal, J. K. Korp, and J. L. Atwood, "Studies on Organometallic Compounds with Hetero Multiple Bridges. V. Crystal and Molecular Structure of the Parent Rhenium Complex $Re_2Br_2(CO)_6(thf)_2$ and Products of the Tricarbonylrhenium(I) Derived from It," *J. Organometal. Chem.*, **160**, 207 (1978).

84. J. L. Atwood, H. T. Mayfield, and W. A. Sheppard, "4,5-Dicayno-2-imidazolyl(diethyl)sulfonium Ylide, $(CN)_2C_3N_2S(C_2H_5)_2$," *Cryst. Struct. Comm.*, **7**, 739 (1978).

85.  J. Jeffery, M. F. Lappert, N. T. Luong-Thi, J. L. Atwood, and W. E. Hunter, "Bulky Alkyls and Hydridoalkyls of Zirconium(IV): Influence of Steric Constraints Upon (i) Conformation and the Zr-C Rotational Barrier, and (ii) the Zr-C Bond Length. X-ray Crystal and Molecular Structure of [Zr(h-$C_5H_5$)$_2$\{CH(SiMe$_3$)$_2$\}Ph]," *J. C. S. Chem. Comm.*, 1081 (1978).

86.  B. Kalyanaraman, L. D. Kispert, and J. L. Atwood, "Crystal Structure of 2-Chloroacetamide (a Form): A Reinvestigation," *J. Cryst. Mol. Struct.*, **8**, 175 (1978).

87.  G. R. Newkome, V. Majestic, F. Fronczek, and J. L. Atwood, "Synthesis and X-ray Structure of N[(CH$_2$)$_2$O(2,6-$C_6H_3$N)O$_2$-(CH$_2$)$_2$]$_3$N: A $D_3$ Macrobicyclic Ligand Capped by Two sp Nitrogen Atoms," *J. Amer. Chem. Soc.*, **101**, 1047 (1979).

88.  J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Alkyl-bridged Complexes of the d- and f-block Elements. Part 1. Di-m-cyclopentadienylmetal (III) Tetra-alkylaluminates [M(h-$C_5H_5$)$_2$R$_2$AlR$_2$] (M = Sc, Y, or Ho, with R = Et), and the Crystal and Molecular Structure of [Yb(h-$C_5H_5$)$_2$Me$_2$AlMe$_2$]," *J. C. S. Dalton Trans.*, 45, (1979).

89.  J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Alkyl-bridged Complexes of the d- and f-block elements. Part 2. Di-m-cyclopentadienylmetal (III) Methyls [\{M(h$C_5H_5$)$_2$Me\}$_2$] (M = Y, Dy, Ho, Er, Tm, or Yb) and the Crystal and Molecular Structures of [\{M(h-$C_5H_5$)$_2$Me\}$_2$] (M = Yb)," *J. C. S. Dalton Trans.*, 54. (1979).

90.  J. Korp, I. Bernal, J. L. Atwood, F. Calderazzo, and D. Vitali, "Synthesis, Properties, and Crystal and Molecular Structure of [Re$_2$Br$_2$(CO)$_6$(Se$_2$Ph$_2$)], a Binuclear Rhenium(I) Complex Containing a Diphenyl Diselenide Bridge," *J. C. S. Dalton Trans.*, 1492 (1979).

91.  J. D. Korp, I. Bernal, J. L. Atwood, W. E. Hunter, F. Calderazzo, and D. Vitali, "Studies on Organometallic Compounds with Hetero Multiple Bridges. X-ray Crystal and Molecular Structure of Mn$_2$Br$_2$(CO)$_6$P$_2$Ph$_4$, the Product Resulting from Co-ordinative Addition of P$_2$Ph$_4$ to Manganese (I)," *J. C. S. Chem. Comm.*, 576 (1979).

92.  J. Holton, M. F. Lappert, D. G. H. Ballard, R. Pearce, J. L. Atwood, and W. E. Hunter, "Kinetically-Stable Lanthanide Metal Alkyls and Bridging Methyls," in "Organometallics of the f-Elements," edited by T. J. Marks and R. D. Fischer, D. Reidel, Boston, 1979, pp. 179-220.

93.  J. L. Atwood, R. Shakir, J. T. Malito, M. Herberhold, W. Kremnitz, W. P. E. Bernhagen, and H. G. Alt, "The Preparation and Crystal Structures of Dicarbonylcyclopentadienylnitrosylchromium and Dicarbonylfluoroenyl-nitrosylchromium," *J. Organometal. Chem.*, **165**, 65 (1979).

94. R. Shakir, M. J. Zaworotko, and J. L. Atwood, "The Crystal and Molecular Structure of K[Al$_2$(CH$_3$)$_6$SCN], a Compound which Contains an S,N-Bridging Thiocyanate Ligand," *J. Organometal. Chem.*, **171**, 9 (1979).

95. M. Y. Darensbourg, J. L. Atwood, R. R. Burch, W. E. Hunter, and N. Walker, "Structural and Chemical Characterization of a Phosphine Bound M-H-M Bridged Carbonylate: [NEt$_4$][(m-H)Mo$_2$(Co)$_9$PPh$_3$]," *J. Amer. Chem. Soc.*, **101**, 2631 (1979).

96. R. D. Rogers, W. J. Cook, and J. L. Atwood, "Ferrocenylalanes 3. The Synthesis and Crystal Structure of (h$^5$-C$_5$H$_5$)Fe[h$^5$-C$_5$H$_4$Al$_2$(CH$_3$)$_4$Cl]," *Inorg. Chem.*, **18**, 279 (1979).

97. W. W. Paudler, R. L. Mahaffey, and J. L. Atwood, "Novel Rearrangement of a [2.2](2,5)Pyrrolophane," *J. Org. Chem.*, **44**, 2498 (1979).

98. D. J. Sikora, M. D. Rausch, R. D. Rogers, and J. L. Atwood, "The Structure and Reactivity of the First Hafnium Carbonyl, (h$^5$-C$_5$H$_5$)$_2$Hf(CO)$_2$," *J. Amer. Chem. Soc.*, **101**, 5079 (1979).

99. J. L. Atwood, W. E. Hunter, R. D. Rogers, E. Carmona-Guzman, and G. Wilkinson, "The Crystal Structures of (h-C$_6$H$_6$)MoMe$_2$(PPhMe$_2$)$_2$ and (h-C$_6$H$_5$Me)MoMe$_2$(PPhMe$_2$)$_2$," *J. C. S. Dalton Trans.*, 1519 (1979).

100. M. B. Honan, J. L. Atwood, I. Bernal, and W. Herrmann, "The Crystal and Molecular Structure of 1-Bromobenzocymantrene, (h$^5$-C$_9$H$_6$Br)Mn(CO)$_3$. *J. Organometal. Chem.*, **179**, 403 (1979).

101. R. D. Rogers and J. L. Atwood, "The Interaction of Aromatic Hydrocarbons with Organometallic Compounds of the Main Group Elements. VI. The Synthesis and Crystal Structure of Cesium Diiododimethylaluminate p-Xylene Solvate," *J. Cryst. Mol. Struct.*, **9**, 45 (1979).

102. R. Shakir, M. J. Zaworotko, and J. L. Atwood, "The Crystal and Molecular Structure of Cesium Isothiocyanotrimethylaluminate, Cs[Al(CH$_3$)$_3$NCS]," *J. Cryst. Mol. Struct.*, **9**, 135 (1979).

103. M. J. Zaworotko, J. L. Atwood, and L. Floch, "The Crystal and Molecular Structure of 5-Amino-1,2,3,4-thiatriazole," *J. Cryst. Mol. Struct.*, **9**, 173 (1979).

104. M. J. Zaworotko and J. L. Atwood, "Crystal and Molecular Structure of Cl$_2$AlN(C$_2$H$_2$)C$_2$H$_4$N(CH$_3$)$_2$, a Neutral, Chelated Four-Coordinate Aluminum Compound, which Contains Two Types of Al-N Bond," *Inorg. Chem.*, **19**, 268 (1980).

105. P. H. Daniels, J. L. Wong, J. L. Atwood, L. G. Canada, and R. D. Rogers, "Unreactive 1-Azadiene and Reactive 2-Azadiene in Diels-Alder Reaction of Pentachloroazacyclopentadienes," *J. Org. Chem.*, **45**, 435 (1980).

106. E. Carmona-Guzman, G. Wilkinson, R. D. Rogers, W. E. Hunter, M. J. Zaworotko, and J. L. Atwood, "Synthesis and Crystal Structures of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)molybdenum(IV) and Di-m-chloro-bis[bis(carbonyl)trimethylphosphine (1-2-h-trimethylsilylmethyl-carbonyl)molybdenum(II)]," *J. C. S. Dalton Trans.*, 229 (1980).

107. J. L. Atwood, W. E. Hunter, E. Carmona-Guzman, and G. Wilkinson, "The Synthesis and Crystal Structure of Hydrido(tetrahydroborato)tetrakis(trimethyl-phosphine)molybdenum(II)," *J. C. S. Dalton Trans.*, 467 (1980).

108. B. Cetinkaya, I. Gumrukcu, M. F. Lappert, J. L. Atwood, and R. Shakir, "Lithium and Sodium 2,6-Di-t-butylphenoxides and the Crystal and Molecular Structure of [Li(OC$_6$H$_2$CH$_3$)-4-Bu$^t$-2,6(OEt$_2$)]$_2$," *J. Amer. Chem. Soc.*, **102**, 2086 (1980).

109. B. Cetinkaya, I. Gumrukcu, M. F. Lappert, J. L. Atwood, R. D. Rogers, and M. J. Zaworotko, "Bivalent Germanium, Tin, and Lead 2,6-Di-t-butylphenoxides and the Crystal and Molecular Structures of M(OC$_6$H$_2$Me-4-Bu$^t$-2,6)$_2$ (M = Ge or Sn)," *J. Amer. Chem. Soc.*, **102**, 2088 (1980).

110. B. Cetinkaya, P. B. Hitchcock, M. F. Lappert, C. Torroni, J. L. Atwood, W. E. Hunter, and M. J. Zaworotko, "Transition-metal Complexes of Two Tautomers of a Bulky Phenoxide, 2,6-Bu$^t_2$-4-MeC$_6$H$_2$O(ArO); Preparation and the Crystal and Molecular Structure of a Phenoxytitanium(III) and a Cyclohexadienoneyl-rhodium(I) Complex, [Ti(C$_5$H$_5$-h)$_2$OAr] and [Rh(ArO-h)$_2$OAr] and [Rh(ArO-h$^5$)(PPh$_3$)$_2$]," *J. Organometal. Chem.*, **188**, C31 (1980).

111. R. Shakir, J. L. Atwood, T. S. Janik, and J. D. Atwood, "Synthesis and Crystal Structure of the Novel Hexanuclear Manganese Complex [Mn$_6$(CO)$_9${OP(OEt)$_2$}$_9$]," *J. Organometal. Chem.*, **190**, C14 (1980).

112. J. T. Malito, R. Shakir, and J. L. Atwood, "Synthesis and Structural Studies of Chromium, Molybdenum and Tungsten Compounds containing Cyclopentadienyl-like Ligands. 3. Dicarbonylnitrosyl(h$^5$-pentamethylcyclo- pentadienyl) Complexes," *J. C. S. Dalton Trans.*, 1253 (1980).

113. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "Synthesis and Structure of (h$^5$-C$_5$H$_5$)$_3$Gd·OC$_4$H$_8$," *J. Organometal. Chem.*, **192**, 65 (1980).

114. D. F. Foust, M. D. Rausch, W. E. Hunter, J. L. Atwood, and E. Samuel, "The Formation and Molecular Structure of Bis (h$^5$-cyclopentadienyl)bis(penta-fluorophenyl)vinylene-vanadium:  An Acetylene derivative of Vanadocene," *J. Organometal. Chem.*, **197**, 217 (1980).

115. M. D. Rausch, W. P. Hart, J. L. Atwood, and M. J. Zaworotko, "The Formation and Molecular Structure of (h$^5$-Nitrocyclopentadienyl)dicarbonylrhodium," *J. Organometal. Chem.*, **197**, 225 (1980).

116. M. Y. Darensbourg, R. R. Burch, J. L. Atwood, and W. E. Hunter, "The m-H[Mo(CO)$_4$(PMePh$_2$)]$_2$ Anion:  An Example of Phosphine Enhancement of Metal-Metal Interaction," *J. Amer. Chem. Soc.*, **102**, 3290 (1980).

117. R. V. Bynum, W. E. Hunter, R. D. Rogers, and J. L. Atwood, "Pyrrolyl Complexes of the Early Transition Metals.  1. Synthesis and Crystal Structure of (h$^5$-C$_5$H$_5$)$_2$Zr(h$^1$-NC$_4$H$_4$)$_2$, (h$^5$-C$_5$H$_5$)$_2$Zr(h$^1$-NC$_4$H$_4$)$_2$, and [Na(THF)$_6$]$_2$[Zr- (h$^1$-NC$_4$H$_4$)$_6$]," *Inorg. Chem.*, **19**, 2368 (1980).

118. R. D. Rogers, W. E. Hunter, and J. L. Atwood, "The Nature of the Novel (C$_{15}$H$_{15}$) Ligand in [W(CO)$_2$(h$^5$-C$_5$H$_5$)(h$^3$-C$_{15}$H$_{15}$)]," *J. C. S. Dalton Trans.*, 1032 (1980).

119. G. L. McPherson, A. M. McPherson, and J. L. Atwood, "Structures of CsMgBr$_3$, CsCdBr$_3$, CsCdBr$_3$, and CsMgI$_3$-Diamagnetic Linear Chain Lattices, *J. Phys. Chem. Solids*, **41**, 495 (1980).

120. J. A. Paulson, D. A. Krost, G. L. McPherson, R. D. Rogers, and J. L. Atwood, "Structural, Spectroscopic and Theoretical Studies of an Exchange Coupled Manganese(II)-Copper(II) Dimer," *Inorg. Chem.*, **19**, 2519 (1980).

121. R. D. Rogers, L. B. Stone, and J. L. Atwood, "Tetramethylammonium Iodotri-methylaluminate," *Cryst. Struct. Comm.,* **9**, 143 (1980).

122. J. D. Atwood, T. S. Janik, J. L. Atwood, and R. D. Rogers, "Synthesis of Bis(benzene)tetracarbonyldivanadium, (C$_6$H$_6$)$_2$V$_2$(CO)$_4$," *Syn. Reac. Inorg. Met. Org. Chem.*, **10**, 397 (1980).

123. M. F. Lappert, T. R. Martin, J. L. Atwood, and W. E. Hunter, "Metal Complexes Derived from the o-Xylidene Ligand, o-C$_6$H$_4$(CH$_2$)$_2$, and the Crystal and Molecular Structure of the Metallocycle [Zr(h-C$_5$H$_5$)$_2${(CH$_2$)$_2$C$_6$H$_4$-o}]," *J. C. S. Chem. Comm.*, 476 (1980).

124. M. F. Lappert, T. R. Martin, C. R. C. Milne, J. L. Atwood, W. E. Hunter, and R. E. Penttila, "Synthesis and Structure of the Nb$^{IV}$ Metallocycle [M- (h-C$_5$H$_4$SiMe$_3$)$_2${CH$_2$C$_6$H$_4$CH$_2$-o}] (M = Nb, R = Me$_3$Si) and Reductive Cleavage

of d Analogues (M = Ti, Zr, or Hf; R = H or Me$_3$Si) by Na[C$_{10}$H$_8$]," *J. Organometal. Chem.*, **192**, C35 (1980).

125. S. R. Stobart, K. R. Dixon, D. T. Eadie, J. L. Atwood, and M. J. Zaworotko, "Transition-Metal Complexes with Pyrazolyl Bridging Ligands Between Very Different Metal Centers," *Angew. Chem. Int. Ed. Engl.*, **19**, 931 (1980).

126. M. F. Lappert, M. J. Slade, J. L. Atwood, and M. J. Zaworotko, "Monomeric, Coloured Germanium(II) and Tin(II) Di-t-Butylamides, and the Crystal and Molecular Structure of Ge[NCMe$_2$(CH$_2$)$_3$CMe$_2$]$_2$," *J. C. S. Chem. Comm.*, 621 (1980).

127. M. D. Rausch, D. J. Sikora, D. C. Hrncir, W. E. Hunter, and J. L. Atwood, "Formation and Molecular Structure of a Novel Organometallic Titanoxane Derived from the Reaction of Dicarbonyltitanocene and Hexafluorobut-2-yne," *Inorg. Chem.*, **19**, 3817 (1980).

128. J. L. Atwood, R. D. Rogers, W. E. Hunter, C. Floriani, G. Fachinetti, and A. Chiesi-Villa, "The Crystal and Molecular Structure of Two Early Transition Metal Dicarbonyldicyclopentadienyl Complexes:  (h$^5$-C$_5$H$_5$)$_2$Zr(CO)$_2$ and [(h$^5$-C$_5$H$_5$)$_2$V(CO)$_2$][B(C$_6$H$_5$)$_4$]," *Inorg. Chem.*, **19**, 3812 (1980).

129. M. F. Lappert, P. I. W. Yarrow, J. L. Atwood, R. Shakir, and J. Holton, "Preparation and Properties of Some Bis(cyclopentadienyl)ytterbium(II) Complexes and the X-ray Crystal and Molecular Structure of [Yb- (h-C$_5$H$_4$SiMe$_3$)$_2$(thf)$_2$]," *J. C. S. Chem. Comm.*, 987 (1980).

130. D. Pace, W. E. Hunter, R. Shakir, L. D. Kispert, and J. L. Atwood, "Crystal and Molecular Structure of Dichlorofluoroacetamide," *J. Cryst. Mol. Struct.*, **10**, 115 (1980).

131. E. Carmona, F. Gonzalez, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Alkyl and Acyl Derivatives of Nickel(II) Containing Tertiary Phosphine Ligands," *J. C. S. Dalton Trans.*, 2108 (1980).

132. D. J. Sikora, M. D. Rausch, R. D. Rogers, and J. L. Atwood, "New Syntheses and Molecular Structures of the Decamethylmetallocene Dicarbonyls,  (h$^5$-C$_5$H$_5$)$_2$M(CO)$_2$ (M = Ti, Zr, Hf)," *J. Amer. Chem. Soc.*, **103**, 1265 (1981).

133. K. O. Devaney, M. R. Freedman, G. L. McPherson, and J. L. Atwood, "Electron Paramagnetic Resonance Studies of Manganese (II) and Nickel (II) in Three Structural Phases of Rubidium Magnesium Chloride and the Crystal Structure of a-Rubidium Magnesium Chloride," *Inorg. Chem.*, **20**, 140 (1981).

134. M. F. Lappert, P. I. Riley, P. I. W. Yarrow, J. L. Atwood, W. E. Hunter, and M. J. Zaworotko, "Metallocene Derivatives of Early Transition Elements.  Part 3.

Synthesis, Characterization, Conformation, and Rotational Barriers, Zr-$C_{sp}3$ of the Zirconium (IV) Chlorides [Zr (h-$C_5H_4R)_2${CH(SiMe$_3)_2$}Cl] and the Crystal and Molecular Structures of the t-Butyl and Trimethylsilyl Complexes (R = Me$_3$C of Me$_3$Si)," *J. C. S. Dalton Trans.*, 814 (1981).

135. S. Randle, D. H. Miles, R. Shakir, and J. L. Atwood, "The Structure of Juncunone: A Biogenetically Intriguing Molecule from the Marsh Plant *Juncus roemerianus*," *J. Org. Chem.*, **46**, 2813 (1981).

136. D. J. Sikora, M. D. Rausch, R. D. Rogers, and J. L. Atwood, "The Formation and Molecular Structure of Bis(h$^5$-cyclopentadienyl)bis(trifluorophosphine)- titanium," *J. Amer. Chem. Soc.*, **103**, 982 (1981).

137. W. E. Hunter, J. L. Atwood, G. Fachinetti, and C. Floriani, "The Crystal Structure of 1,1-Bis(h$^5$-cyclopentadienyl)2,3,4,5-tetraphenylzirconole," *J. Organometal. Chem.,* **204**, 67 (1981).

138. R. Shakir and J. L. Atwood, "The Crystal and Molecular Structure of Dicarbonylindenylnitrosylchromium, (h$^5$-$C_9H_7$)Cr(CO)$_2$(NO)," *Acta Crystallogr.*, B**37**, 1656 (1981).

139. J. L. Atwood, R. D. Rogers, J. M. Cummings, I. Bernal, F. Calderazzo, and D. Vitali, "Studies on Organometallic Compounds with Hetero Multiple Bridges. VI. Synthesis and Crystal and Molecular Structure of a Diphenylditelluride-Bridged Complex, a Member of a Family of Rhenium(I) Compounds Containing Chalcogens as Donor Atoms," *J. C. S. Dalton Trans.*, 1004 (1981).

140. R. D. Rogers, B. Kalyanaraman, M. S. Dalton, W. Smith, L. D. Kispert, and J. L. Atwood, "Crystal Structure of Bromofluoroacetic Acid:  A Chiral Molecule," *J. Cryst. Mol. Struct.*, **11**, 105 (1981).

141. F. R. Fronczek, V. K. Majestic, G. R. Newkome, W. E. Hunter, and J. L. Atwood, "The Crystal Structures of a Macrocycle Containing 2,6-Pyridino and Piperazino Subunits, and of the Tetrachlorocobalt(III)ate Salt of its Diprotoned Cation," *J. C. S. Perkin II*, 331 (1981).

142. R. D. Rogers, J. L. Atwood, D. Foust, and M. D. Rausch, "The Crystal Structure of Vanadocene, (h$^5$-$C_5H_5)_2$V," *J. Cryst. Mol. Struct.*, **11**, 183 (1981).

143. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "The First Authentic Example of a Difference in the Structural Organometallic Chemistry of Zirconium and Hafnium: The  Crystal and Molecular Structure of (h$^5$-$C_5H_5)_2$Hf (h$^1$-$C_5H_5)_2$," *J. Amer. Chem. Soc.*, **103**, 692 (1981).

144. R. D. Rogers, J. L. Atwood, A. Emad, D. J. Sikora, and M. D. Rausch, "The Formation and Molecular Structures of $(h^5\text{-}C_5H_5)_3Y\cdot OC_4H_8$ and $(h^5\text{-}C_5H_5)_3La\cdot OC_4H_8$," *J. Organometal. Chem.*, **216**, 383 (1981).

145. E. Carmona, F. Gonzales, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Synthesis and Properties of Dialkyl Complexes of Nickel(II). The Crystal Structure of Bis(trimethylsilylmethyl)bis(pyridine)nickel(II)," *J. C. S. Dalton Trans.*, 777 (1981).

146. D. C. Hrncir, R. D. Rogers, and J. L. Atwood, "New Bonding Mode for a Bridging Dioxygen Ligand: The Crystal and Molecular Structure of [K·dibenzo-18-crown-6][$Al_2Me_6O_2$]·$2C_6H_6$," *J. Amer. Chem. Soc.*, **103**, 4277 (1981).

147. J. L. Atwood, W. E. Hunter, A. H. Cowley, R. A. Jones, and C. A. Stewart, "The Solid State Structures of Bis(cyclopentadienyl)tin, Bis(cyclopentadienyl)lead, and Bis(pentamethylcyclopentadienyl)lead," *J. C. S. Chem. Comm.*, 925 (1981).

148. W. J. Evans, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Heteroleptic tert-Butyl Lanthanide Complexes: Synthesis and Structure of Monomeric Bis(cyclopentadienyl)(tert-butyl)lutetium Tetrahydrofuranate," *J. C. S. Chem. Comm.*, 292 (1981).

149. F. Calderazzo, D. Vitali, I. P. Mavani, F. Marchetti, I. Bernal, J. D. Korp, J. L. Atwood, R. D. Rogers, and M. S. Dalton, "Preparation and Properties and Crystal and Molecular Structure of Bis(Sec-Amine) Complexes of Rhenium(I)," *J. C. S. Dalton Trans.*, 2523 (1981).

150. M. F. Lappert, S. J. Miles, J. L. Atwood, M. J. Zaworotko, and A. J. Carty, "Oxidative Addition of an Alcohol to the Ge(II) Alkyl Ge[$CH(SiMe_3)_2$]$_2$; Molecular Structure of Ge[$CH(SiMe_3)_2$]$_2$(H)OEt," *J. Organometal. Chem.*, **212**, C4 (1981).

151. J. L. Atwood, D. C. Hrncir, R. D. Rogers, and J. A. K. Howard, "Novel Linear Al-H-Al Electron-Deficient Bond in Na[$(CH_3)_3$Al-H-Al$(CH_3)_3$]," *J. Amer. Chem. Soc.*, **103**, 6787 (1981).

152. W. J. Evans, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Organolanthanoid Activation of Carbon Monoxide: Single and Multiple Insertion of CO into t-Butyl Lanthanoid Bonds; X-ray Crystallographic Identification of a New Bonding Mode for a Bridging Enedione Diolate Ligand Formed By Formal Coupling of Four CO Molecules," *J. C. S. Chem. Comm.*, 706 (1981).

153. W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of a Soluble Divalent Organosamarium Complex," *J. Amer. Chem. Soc.*, **103**, 6507 (1981).

154. J. Jeffrey, M. F. Lappert, N. T. Luong-Thi, M. Webb, J. L. Atwood, and W. E. Hunter, "Metallocene Derivatives of Early Transition Metals.  Part 4. Chemistry of the Complexes [M(h-$C_5H_5$)$_2$RR'][M = Ti, Zr, or Hf; R = $CH_3M'Me_3$ (M' = C, Si, Ge or Sn) or $CH(SiMe_3)_2$; R' = Cl or alkyl] and the X-ray Structures of [Zr(h-$C_5H_5$)$_2$($CH_2M'Me_3$)$_2$] (M' = C or Si)," *J. C. S. Dalton Trans.*, 1593 (1981).

155. J. L. Atwood, W. E. Hunter, A. L. Wayda, and W. J. Evans, "Synthesis and Crystallographic Characterization of a Dimeric Alkynide Bridged Organolanthanide:  [($C_5H_5$)$_2$ErC$\lceil$CC($CH_3$)$_3$]$_2$," *Inorg. Chem.*, **20**, 4115 (1981).

156. M. F. Lappert, A. Singh, J. L. Atwood, and W. E. Hunter, "Organometallic Complexes of the Group 3A and Lanthanoid Metals Containing $MCl_2$Li Bridging Units; the X-ray Structure of [Nd(h-Cp")$_2$(m-Cl)$_2$Li(thf)$_2$][Cp" = $C_5H_3(SiMe_3)_2$; thf = tetrahydrofuran]," *J. C. S. Chem. Comm.*, 1191 (1981).

157. M. F. Lappert, A. Singh, J. L. Atwood, and W. E. Hunter, "The Use of the Bis(trimethylsilyl)cyclopentadienyl Ligand for Stabilizing Early (f$^0$-f$^3$) Lanthanocene Chlorides; X-ray Structure of [(Pr(h-Cp")$_2$Cl)$_2$] [Cp" = $C_5H_3(SiMe_3)_2$] and of Isoleptic Scandium and Ytterbium Complexes," *J. C. S. Chem. Comm.*, 1190 (1981).

158. W. Liese, K. Dehnicke, R. D. Rogers, R. Shakir, and J. L. Atwood, "A Spectroscopic and Crystallographic Study of the [$ReNCl_4$]$^-$ Ion," *J. C. S. Dalton Trans.*, 1061 (1981).

159. J. L. Atwood, D. C. Hrncir, R. Shakir, M. S. Dalton, R. D. Priester, and R. D. Rogers, "Reaction of Trimethylaluminum with Crown Ethers.  The Synthesis and Structure of (Dibenzo-18-crown-6)bis(trimethylaluminum) and of (15-crown-5)tetrakis(trimethylaluminum)," *Organometallics*, **1**, 1021 (1982).

160. M. D. Rausch, D. W. Macomber, W. P. Hart, J. L. Atwood, and R. D. Rogers, "The Formation and Molecular Structure of Acetylcyclopentadienyl-sodium·tetrahydrofuranate," *J. Organometal. Chem.*, **238**, 79 (1982).

161. J. L. Atwood, M. B. Honan, and R. D. Rogers, "Crystal and Molecular Structure of (h$^5$-$C_5H_5$)Ta (h$^5$-$C_2H_4$)$Cl_2$($PMe_2$Ph)$_2$, a Crowded Molecule which Exhibits a Distorted h$^5$-Coordination Mode of the Cyclopentadienyl Ligand," *J. Cryst. Spec. Res*, **12**, 205 (1982).

162. M. J. Zaworotko, R. D. Rogers, and J. L. Atwood, "Interaction of Trimethylaluminum and Trimethylgallium with the Acetate Ion.  Synthesis and Crystal Structures of [N($CH_3$)$_4$][$Al_2(CH_3)_6CH_3COO$] and Rb[$Ga_2(CH_3)_6CH_3COO$]," *Organometallics*, **1**, 1179 (1982).

163. M. J. Zaworotko, R. Shakir, J. L. Atwood, V. Sriyunyongwat, S. D. Reynolds, and T. A. Albright, "Synthesis and Structure of Dicarbonyl(h$^5$-methylcyclo-pentadienyl)triphenylphosphinemanganese(I)," *Acta Crystallogr.*, B**38**, 1572 (1982).

164. J. L. Atwood, A. H. Cowley, W. E. Hunter, and S. K. Mehrotra, "The Crystal and Molecular Structure of Sulfamide (t-BuNH)$_2$SO$_2$," *Inorg. Chem.*, **21**, 435 (1982).

165. K. A. Beveridge, G. W. Bushnell, K. R. Dixon, D. T. Eadie, S. R. Stobart, M. J. Zaworotko, and J. L. Atwood, "Pyrazolyl-bridged Iridium Dimers. 1. Accommodation of Both Weak and Strong Metal-Metal Interactions by a Bridging Pyrazolyl Framework in Dissymetric Dimeric Structures," *J. Amer. Chem. Soc.*, **104**, 920 (1982).

166. A. W. Coleman, D. T. Eadie, S. R. Stobart, M. J. Zaworotko, and J. L. Atwood, "Pyrazolyl-bridged Iridium Dimers. 2. Contrasting Modes of Two-Center Oxidative Addition to a Bimetallic System and Reductive Access to the Starting Complex: Three Key Di-iridium Structures Representing Short Non-bonding and Long and Short Bonding Metal-Metal Interactions," *J. Amer. Chem. Soc.*, **104**, 922 (1982).

167. W. J. Evans, J. H. Meadows, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Organolanthanide Hydride Chemistry. 1. Synthesis and X-ray Crystallographic Characterization of Dimeric Organolanthanide and Organoyttrium Hydride Complexes," *J. Amer. Chem. Soc.*, **104**, 2008 (1982).

168. W. J. Evans, J. H. Meadows, A. L. Wayda, W. E. Hunter, and J. L. Atwood, "Organolanthanide Hydride Chemistry. 2. Synthesis and X-ray Crystallographic Characterization of Trimetallic Organolanthanide Polyhydride Complex," *J. Amer. Chem. Soc.*, **104**, 2015 (1982).

169. D. F. Foust, R. D. Rogers, M. D. Rausch, and J. L. Atwood, "Photo-induced Reactions of (h$^5$-C$_5$H$_5$)$_2$MH$_3$, (h$^5$-C$_5$H$_5$)$_2$M(CO)H (M = Nb, Ta), and the Molecular Structure of (h$^5$-C$_5$H$_5$)$_2$Ta(CO)H," *J. Amer. Chem. Soc.*, **104**, 5646 (1982).

170. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "Synthesis and Crystal Structure of [(h$^5$-C$_5$H$_5$)$_2$HfO]$_3$·C$_6$H$_5$Me," *J. Cryst. Spec. Res.*, **12**, 239 (1982).

171. E. Carmona, J. M. Marin, M. L. Poveda, J. L. Atwood, R. D. Rogers, and G. Wilkinson, "Bis-dinitrogen and Diethylene Complexes of Molybdenum(0)," *Angew. Chem.*, **21**, 441 (1982).

172. J. L. Atwood, A. H. Cowley, W. E. Hunter, and S. K. Mehrotra, "Pyrrolyl Compounds of Main-Group Elements. 1. Synthesis of $(h^1-C_4H_4N)_3As$ and Crystal and Molecular Structures of $(h^1-C_4H_4N)_3As$," *Inorg. Chem.*, **21**, 1354 (1982).

173. M. D. Rausch, B. H. Edwards, J. L. Atwood, and R. D. Rogers, "Formation and Molecular Structure of $(h^4$-Tetraphenylcyclobutadiene)dicarbonylnitrosyl-manganese)," *Organometallics*, **1**, 1567 (1982).

174. R. A. Jones, A. L. Stuart, J. L. Atwood, W. E. Hunter, and R. D. Rogers, "Steric Effects of Phosphido Ligands. Synthesis and Crystal Structure of Di-tert-butylphosphido-Bridged Dinuclear Metal-Metal Bonded Complexes of Fe(II), Co(I,II), and Ni(I)," *Organometallics,* **1**, 1721 (1982).

175. R. D. Holmes-Smith, S. R. Stobart, J. L. Atwood, and W. E. Hunter, "Transition-metal Silacyclohexyl Derivatives. Crystal and Molecular Structure of Carbonyl(h-cyclopentadienyl)(1-phenyl-1-silacyclohex-1-yl)(triphenylphosphine)iron(II)," *J. C. S. Dalton Trans.*, 2461 (1982).

176. G. Erker, K. Engel, U. Dorf, J. L. Atwood, and W. E. Hunter, "The Reaction of (Butadiene)zirconocene and -hafnocene with Ethylene," *Agnew. Chem. Int. Ed. Engl.*, **21**, 914 (1982).

177. E. Carmona, J. M. Marin, M. L. Poveda, R. D. Rogers, and J. L. Atwood, "Preparation and Properties of Dinitrogen Complexes of Molybdenum and Tungsten with Trimethylphosphine as Coligand. III. Synthesis and Properties of cis-$[W(N_2)_2(PMe_3)_4]$, trans-$[W(C_2H_4)_2(PMe_3)_4]$ and $[M(N_2)(PMe_3)_5](M = Mo, W)$. The Crystal and Molecular Structure of $[Mo(N_2)(PMe_3)_5]$," *J. Organometal. Chem.,* **238**, C63 (1982).

178. W. E. Hunter, D. C. Hrncir, R. V. Bynum, R. A. Penttila, and J. L. Atwood, "The Search for Dimethylzirconocene: Crystal Structures of Dimethylzirconocene, Dimethylhafnocene, Chloromethylzirconocene, and m-Oxobis(methylzircono-cene)," *Organometallics*, **2**, 750 (1983).

179. J. L. Atwood, D. C. Hrncir, R. D. Priester, and R. D. Rogers, "Decomposition of High-Oxygen Content Organoaluminum Compounds. The Formation and Structure of the $[Al_7O_6Me_{16}]^-$ Anion," *Organometallics*, **2**, 985 (1983).

180. G. Erker, K. Kropp, J. L. Atwood, and W. E. Hunter, "Reactions of Vinylzirconocene Complexes with a Zirconiumhydride-the Unexpected Formation of m-(b-$h^1$:a-b-$h^2$-Styryl)-m-chlorobisbis-Zirconocene Complex," *Organometallics*, **2**, 1555 (1983).

181. J. L. Atwood, W. E. Hunter, R. A. Jones, and T. C. Wright, "Reversible Metal-metal Bond Cleavage Accompanied by a Geometrical Isomerism. Synthesis and

Crystal Structures of Isomers of [Rh(m-$^t$Bu$_2$P)(CO)$_2$]$_2$.  Catalysis of Alkene Hydroformylation," *Organometallics*, **2**, 470 (1983).

182.  R. A. Jones, A. L. Stuart, J. L. Atwood, and W. E. Hunter, "Structure of Chlorotristrimethylphosphinecobalt(I), C$_9$H$_{27}$ClCoP$_3$," *J. Cryst. Spec. Res.*, **13**, 273 (1983).

183.  J. L. Atwood, W. E. Hunter, H.-M. Zhang, M. F. Lappert, and A. Singh, "Synthesis and Characterization of Stable Anionic Structure of [AsPh$_4$][Nd{h-C$_5$H$_3$(SiMe$_3$)$_2$}$_2$Cl$_2$]." *J. C. S. Chem. Comm.*, 69 (1983).

184.  W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood, "Organolanthanide Hydride Chemistry.  3. Reactivity of Low Valent Samarium with Unsaturated Hydrocarbons Leading to a Structurally Characterized Samarium Hydride Complex," *J. Amer. Chem. Soc.*, **105**, 1401 (1983).

185.  W. J. Evans, I. Bloom, W. E. Hunter, and J. L Atwood "Synthesis of Organosamarium Complexes Containing Sm-C and Sm-P Bonds.  Crystallographic Characterization of [(CH$_3$C$_5$H$_4$)$_2$SmC̈C(CH$_3$)$_3$]$_2$," *Organometallics*, **2**, 709 (1983).

186.  J. L. Atwood, K. R. Dixon, D. T. Eadie, S. R. Stobart, and M. J. Zaworotko, "Crystal and Molecular Structures of Tetrafluoroborate Salts of the *cis*-Chlorobis(triethylphosphine)(3-trifluoromethyl,5-methylpyrazole)platinum (II) and *cis*-Chlorobis(triethylphosphine)(indazole)platinum(II) Cations," *Inorg. Chem.*, **22**, 774 (1983).

187.  M. D. Rausch, B. H. Edwards, R. D. Rogers, and J. L. Atwood, "The Formation of Diphenylphosphinocyclopentadienylthallium, and Its Utility in the Synthesis of Heterobimetallic Ti-Mn Complexes:  The Molecular Structure of (h$^5$-cyclopentdienyl)(h$^5$-cyclopentadienyl)(h$^5$-diphenylphosphincyclopentadienyl) dichlorotitanium-[P]manganese," *J. Amer. Chem. Soc.*, **105**, 3882 (1983).

188.  J. L. Atwood, R. D. Priester, R. D. Rogers, and L. G. Canada, "Reaction of Trimethylaluminum with Crown Ethers.  II.  The Synthesis and Structure of (Dibenzo-18-crown-6)tris(trimethylaluminum) and of (18-crown-6)tetrakis-(trimethylaluminum)," *J. Incl. Phenomena*, **1**, 61 (1983).

189.  E. Carmona, J. M. Marin, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Preparation and Properties of Dinitrogen Trimethylphosphine Complexes of Molybdenum and Tungsten.  4. Synthesis, Chemical Properties and X-ray Structure of cis-[Mo(N$_2$)$_2$(PMe$_3$)$_4$].  The Crystal and Molecular Structures of trans-[Mo(C$_2$H$_4$)$_2$(PMe$_3$)$_4$] and trans, mer-[Mo(C$_2$H$_4$)$_2$(CO)(PMe$_3$)$_3$]," *J. Amer. Chem. Soc.*, **105**, 3014 (1983).

190. E. Carmona, L. Sanchez, M. L. Poveda, J. M. Marin, J. L. Atwood, and R. D. Rogers, "b-C-H Interaction versus Dihaptoacyl Coordination in a Molybdenum Acetyl Complex. X-ray Crystal Structure of [Mo(COCH$_3$)(S$_2$CNMe$_2$)-(CO)(PMe$_3$)$_2$]," *J. C. S. Chem. Comm.*, 161 (1983).

191. R. B. Hallock, O. T Beachley, Jr., W. E. Hunter, and J L. Atwood, "A Re-examination of the Product from the Ga(CH$_2$SiMe$_3$)$_3$ - KH Reaction: KGa(CH$_2$SiMe$_3$)$_3$H," *Inorg. Chem.*, **22**, 3683 (1983).

192. B. H. Edwards, R. D. Rogers, D. J. Sikora, J. L. Atwood, and M. D. Rausch, "Formation, Reactivities, and Molecular Structure of Phosphine Derivatives of Titanocene. Isolation and Characterization of a Titanium Monoolefin p Complex," *J. Amer. Chem. Soc.*, **105**, 416 (1983).

193. M. F. Lappert, M. J. Slade, A. Singh, J. L. Atwood, R. D. Rogers, and R. Shakir, "Structure and Reactivity of Sterically Hindered Lithium Amides and Their Diethyl Etherates; Crystal and Molecular Structures of [LiN(SiMe$_3$)$_2$(OEt$_2$)]$_2$ and [Li(NCMe$_2$CH$_2$CH$_2$CH$_2$CMe$_2$)]$_4$," *J. Amer. Chem. Soc.*, **105**, 302 (1983).

194. W. J. Evans, J. H. Meadows, W. E. Hunter, and J. L. Atwood, "Organolanthanide and Organoyttrium Hydride Chemistry. 4. Reaction of Isocyanides with [(C$_5$H$_4$R)$_2$Yb(THF)]$_2$ to Form a Structurally Characterized N-Alkyl Forminidoyl Complex," *Organometallics*, **2**, 1252 (1983).

195. J. L. Atwood and M. J. Zaworotko, "The Formation and Structure of the Novel Aluminoxane Anion [Me$_2$AlO·AlMe$_3$]$_2$," *J. C. S. Chem. Comm.*, 302 (1983).

196. M. F. Lappert, A. Singh, J. L. Atwood, and W. E. Hunter, "Metallocene(III) Tetrahydroborates of the Group 3a Elements and the X-ray Structure of [Sc(C$_5$H$_3$(SiMe$_3$)$_2$)$_2$(H$_2$)BH$_2$]," *J. C. S. Chem. Comm.*, 206 (1983).

197. R. A. Jones, A. L. Stuart, J. L. Atwood, and W. E. Hunter, "Substitution Reactions of Bis-tertbutylphosphido Complexes of Nickel(I). Crystal Structures of Ni$_2$($^t$Bu$_2$P)$_2$(CO)$_2$(PMe$_3$), (Ni-Ni) and Ni$_2$($^t$Bu$_2$P)$_2$(CO)$_3$, (Ni-Ni)," *Organometallics*, **2**, 874 (1983).

198. J. L. Atwood, I. Bernal, F. Calderazzo, L. G. Canada, R. Poli, R. D. Rogers, C. A. Veracini, and D. Vitali, "Studies on Organometallic Hetero-Multiple-Bridged Molecules. 8. Preparation and Crystal and Molecular Structures of Diphenyl Dichalcogenide Complexes of Manganese (I). Kinetic, Spectroscopic and Equilibrium Data: A Quantitative Assessment of the Solid-State and Solution Properties Within Members of Homogeneous Families of Chalcogenide Low-Valent Metal Complexes," *Inorg. Chem.*, **22**, 1797 (1983).

199. E. Carmona, J. M. Marin, M. L. Poveda, J. L. Atwood, and R. D. Rogers, "Preparation and Properties of Dinitrogentrimethylphosphine Complexes of Molybdenum and Tungsten. II. Synthesis and Crystal Structures of $[MCl(N_2)(PMe_3)_4]$ (M = Mo, W) and trans-$[MoCl_2(PMe_3)_4]$, *Polyhedron*, **2**, 185 (1983).

200. A. H. Cowley, J. E. Kilduff, N. C. Norman, M. Pakulski, J. L. Atwood, and W. E. Hunter, "Electrophilic Additions to Diphosphenes (RP=PR)," *J. Amer. Chem. Soc.*, **105**, 4845 (1983).

201. D. L. Reger, K. A. Belmore, J. L. Atwood, and W. E. Hunter, "Cis Addition of Hydride to h$^5$-Ring. Crystal and Molecular Structure of (h$^5$-$C_5H_5$)FeCO(PPh$_3$)(E-C(CO$_2$Et)=C(H)Me)." *J. Amer. Chem. Soc.*, **105,** 5743 (1983).

202. A. H. Cowley, R. A. Jones, C. A. Stewart, A. L. Stuart, J. L. Atwood, W. E. Hunter, and H.-M. Zhang, "Synthesis and Structure of an h$^5$-Phosphaalkene Nickel Complex," *J. Amer. Chem. Soc.*, **105**, 3737 (1983).

203. E. Carmona, F. Gonzalez, M. L. Poveda, J. M. Marin, J. L. Atwood, and R. D. Rogers, "Reaction of cis-$[Mo(N_2)_2(PMe_3)_4]$ with CO$_2$. Synthesis and Characterization of Products of Disproportionation and the X-ray Structure of a Tetrametallic Mixed-Valence Mo$^{II}$-Mo$^V$ Carbonate with a Novel Mode of Carbonate Binding," *J. Amer. Chem. Soc.*, **105**, 3365 (1983).

204. R. A. Jones, M. H. Seeberger, J. L. Atwood, and W. E. Hunter, "Diazasilametallacycles: Crystal and Molecular Structure of Ti(NBuSiMe$_2$NBu)Cl$_2$," *J. Organometal. Chem.*, **247**, 1 (1983).

205. E. Carmona, J. M. Marin, M. L. Poveda, L. Sanchez, R. D. Rogers, and J. L. Atwood, "Synthesis of Chloro(trimethylphosphine)tris(trimethylsilylmethyl)-tungsten(IV); Synthesis and Molecular Structure of Di-m-chloro-bis[dicarbonyl-(trimethylphosphine)(1-2-h-trimethylsilylmethyl-carbonyl)tungsten(II)]," *J. Chem. Soc. Dalton Trans.*, 1003 (1983).

206. R. D. Rogers and J. L. Atwood, "The Crystal and Molecular Structure of SnBr[N(SiMe$_3$)$_2$]$_3$," *J. Cryst. Spec. Res.*, **13**, 1 (1983).

207. R. A. Jones, N. C. Norman, M. H. Seeberger, J. L. Atwood, and W. E. Hunter, "Synthesis and X-ray Crystal Structures of [M(m-($^t$Bu)(H)P)(PMe$_3$)$_2$]$_2$, M = Rh, Ni, Containing Rh=Rh Double and Ni-Ni Single Bonds, *Organometallics*, **2**, 1629 (1983).

208. W. A. Herrmann, J. Plank, J. L. Hubbard, G. W. Kriechbaum, W. Kalcher, B. Koumbouris, G. Ihl, A. Schafer, M. L. Ziegler, H. Pfisterer, C. Pahl, J. L. Atwood, and R. D. Rogers, "Transition Metal Methylene Complexes. LI. Carbocyclic

Carbenes, Carbene Bridges, Small Hydrocarbon Ligands, and Metallacycles: Examples of a General Synthetic Concept," *Z. Naturforsch.*, **38**b, 1392 (1983).

209.  J. L. Atwood, D. C. Hrncir, and R. D. Rogers, "The Use of Crown Ethers to Access New M[$Al_2R_6X$] Species.  Synthesis and Crystal Structure of [K·dibenzo-18-crown-6][$Al_2Me_6Cl$]·$2C_6H_6$," *J. Incl. Phenom.*, **1**, 199 (1983).

210.  R. A. Jones, A. L. Stuart, J. L. Atwood, and W. E. Hunter, "Synthesis of Di-tert-butylphosphido-Bridged Dimers of Cobalt (I) Containing Cobalt-Cobalt Double Bonds.  Crystal Structures of [$Co(m-t-Bu_2P)(CO)_2$]$_2$ and [$Co(m-t-Bu_2P)(PMe_3)L$]$_2$ (L = CO or $N_2$)," *Organometallics*, **2**, 1437 (1983).

211.  K. A. Beveridge, G. W. Bushnell, S. R. Stobart, J. L. Atwood, and W. E. Hunter, "Pyrazolyl-Bridged Iridium Dimers.  4. Crystal and Molecular Structures of Bis(cycloocta-1,5-diene)bis(m-pyrazolyl)diiridium(I), Its Dirhodium(I) Isomorph, and Two Bis(cycloocta-1,5-diene)diiridium(I) Analogues Incorporating 3.5-Disubstituted m-Pyrazolyl Ligands," *Organometallics*, **2**, 1447 (1983).

212.  J. L. Atwood, D. E. Berry, S. R. Stobart, and M. J. Zaworotko, "Aspects of Organocadmium Chemistry.  Part 3. Cyclometallated Alkyls and Aryls of Zn, Cd, and Hg and the Crystal and Molecular Structure of Bis[(o-N,N-dimethylaminomethyl)phenyl]mercury(II)," *Inorg. Chem.*, **22**, 3480 (1983)**.**

213.  J. L. Atwood, W. E. Hunter, R. A. Jones, and T. C. Wright, "Synthesis and X-ray Crystal Structure of Tris(bis-tertbutylphosphido)tricarbonyltrirhodium(I)," *Inorg. Chem.*, **22**, 993 (1983).

214.  F. Calderazzo, R. Poli, D. Vitali, J. D. Korp, I. Bernal, G. Pelizzi, J. L. Atwood, and W. E. Hunter, "Studies on Organometallic Hetero-Multiple-Bridged (HMB) Molecules.  IX. Synthesis and Crystal and Molecular Structure of $Mn_2X_2(CO)_6P_2Ph_4$ (X = Br, I) and $Mn_2Br_2(CO)_6As_2Ph_4$, the Products Arising from Co-ordinative Addition of $P_2Ph_4$ and $As_2Ph_4$ to Manganese(I)." *Gazz. Chim. Ital.*, **113**, 761 (1983).

215.  G. Erker, K. Engel, J. L. Atwood, and W. E. Hunter, "The Zirconocene-Induced Coupling of Butadiene with Carbonyl Compounds," *Angew. Chem. Int. Ed. Engl.*, **22**, 494 (1983).

216.  R. D. Rogers, R. V. Bynum, and J. L. Atwood, "The Crystal Structure of LiBr·($CH_3OCH_2CH_2OCH_3$)$_2$," *J. Cryst. Spec. Res.*, **14**, 29 (1984).

217.  R. D. Rogers and J. L. Atwood, "Reaction of $K_2SO_4$ with $AlMe_3$ and the Crystal Structures of $K_2[Al_4Me_{12}SO_4]$ with $K_2[Al_4Me_{12}SO_4]$·0.5p-Xylene," *Organometallics,* **3**, 271 (1984).

218. G. S. Bristow, M. F. Lappert, T. R. Martin, J. L. Atwood, and W. E. Hunter, "Metallocyclopentenes.  Part 2.  The Preparation of o-Xylidene Derivatives of Ti, Zr, Hf, or Nb; the Crystal and Molecular Structures of [M(h-$C_5H_4R)_2$(p-$(CH_2)_2C_6H_4)$] (R  =  H, M = Ti, Zr or Hf; R = $SiMe_3$, M = Nb)," *J. C. S. Dalton Trams.*, 399 (1984).

219. R. D. Rogers, R. V. Bynum, and J. L. Atwood, "Synthesis and Crystal Structure of (h$^5$-$C_5H_5)_2$Hf(h$^1$-$NC_4H_4)_2$," *J. Cryst. Spec. Res.*, **14**, 21 (1984).

220. R. D. Rogers and J. L. Atwood, "The Crystal and Molecular Structure of [K·DB-18-C-6][$AlMe_3NO_3$]·$3C_6H_6$," *J. Cryst. Spec. Res.*, **14**, 1 (1984).

221. R. A. Jones, B. R. Whittlesey, J. L. Atwood, and W. E. Hunter, "Synthesis and X-ray Crystal Structure of $OsBr_2(CN^tBu)_4$·$2CH_2Cl_2$," *Polyhedron*, **3**, 385 (1984).

222. R. D. Rogers, J. L. Atwood, T. A. Albright, W. A. Lee, and M. D. Rausch, "The Structure of Biphenylene- and Triphenylene-$Cr(CO)_3$.  An Analysis of the Bonding of $Cr(CO)_3$ to Bicyclic Polyenes," *Organometallics*, **3**, 263 (1984).

223. R. D. Rogers, J. C. Baker, and J. L. Atwood, "The Crystal Structure of [$NBu_4$][$AlI_4$]," *J. Cryst. Spec. Res.*, **14**, 334 (1984).

224. J. L. Atwood, A. D. McMaster, R. D. Rogers, and S. R. Stobart, "Stereochemically Non-rigid Silanes, Germanes, and Stannanes.  12. Crystal and Molecular Structures Tetra(h$^1$-indenyl) Derivatives of Germanium and Tin: *meso* Diastereoisomers with $S_4$ Symmetry," *Organometallics,* **3**, 1500 (1984).

225. G. Erker, W. Fromberg, J. L. Atwood, and W. E. Hunter, "Hydrozirconation of Nitriles:  Proof of a Linear Heteroallene Structure in (Benzylideneamido)-zirconocene Chloride," *Angew. Chem. Int. Ed. Engl.*, **23**, 68 (1984).

226. J. L. Atwood, T. Fjeldberg, M. F. Lappert, N. T. Luong-Thi, R. Shakir, and A. J. Thorne, "Molecular Structures of Bis(trimethylsilylmethyl)lithium (LiR)$_n$, R = [$CH(SiMe_3)_2$] in the Vapour (Gas-phase Electron Diffraction: a Monomer, n = 1) and the Crystal (X-ray: a Polymer, n = •)," *J. Chem. Soc. Chem. Commun.,* 1163 (1984).

227. A. H. Cowley, R. A. Jones, J. G. Lasch, N. C. Norman, C. A. Stuart, J. L. Atwood, W. E. Hunter, and H.-M. Zhang, "Synthesis and Structures of Free and Coordinated Phosphaalkenes," *J. Amer. Chem. Soc.*, **106**, 7015 (1984).

228. A. L. Wayda, J. L. Atwood, and W. E. Hunter, "Homoleptic Organolathanoid Hydrocarbyls.  The Synthesis and X-ray Crystal Structure of Tris(ortho-N,N-dimethylaminomethylphenyl)lutetium," *Organometallics*, **3**, 939 (1984).

229. E. Carmona, M. Paneque, M. L. Poveda, R. D. Rogers, and J. L. Atwood, "Further Studies on Organonickel Compounds:  the Synthesis of some New Alkyl-, Acyl- and Cyclopentadienyl-Derivatives and the Crystal Structure of trans- [Ni(CH$_2$SiMe$_3$)$_2$(PMe$_3$)$_2$]," *Polyhedron*, **3**, 317 (1984).

230. C. M. Means, N. C. Means, S. G. Bott, and J. L. Atwood, "How Short is a Bond of Order Zero?  A Close Cs...Cs Contact in the [Cs$_2$(18-crown-6)]$^{2+}$ Cation," *J. Am. Chem. Soc.*, **106**, 7627 (1984).

231. J. L. Atwood, R. D. Rogers, and R. V. Bynum, "Tris(1,2-dimethoxyethane)lithium m-Chloro-m-oxo-bis[chloro(pentamethylcyclopentadienyl)(1-pyrrolyl)zirco- nate(IV)] Dimethoxyethane solvate, [Li(C$_4$H$_{10}$O$_2$)$_3$][Zr$_2$Cl$_3$O(C$_4$H$_4$N)$_2$- (C$_{10}$H$_{15}$)$_2$]·C$_4$H$_{10}$O$_2$," *Acta Crystallogr.* **C40**, 1812 (1984).

232. J. L. Atwood, K. A. Beveridge, G. W. Bushnell, K. R. Dixon, D. T. Eadie, S. R. Stobart, and M. J. Zaworotko, "Pyrazolyl-Bridged Iridium Dimers.  4.  Two Fragment, Two Center Oxidative Addition of Halogens and Methyl Halides to *trans*-Bis(triphenylphosphine)dicarbonyldi(m-pyrazolato)diiridium(I)." *Inorg. Chem.*, **23**, 4050 (1984).

233. E. Samuel, R. D. Rogers, and J. L. Atwood, "Synthesis and Crystal Structure of [(h$^5$-C$_9$H$_{11}$)TiCl(m-O)]$_4$," *J. Cryst. Spec. Res.*, **14**, 573, (1984).

234. W. J. Evans, J. H. Meadows, W. E. Hunter, and J. L. Atwood, "Organolanthanide and Organoyttrium Hydride Chemistry. 5.  Improved Synthesis of [C$_5$H$_4$R)$_2$YH(THF)]$_2$ Complexes and Their Reactivity With Alkenes, Alkynes, 1,2-Propadiene, Nitriles, and Pyridine, Including Structural Characterization of an Alkylideneamido Product," *J. Amer. Chem. Soc.*, **106**, 1291 (1984).

235. A. H. Cowley, J. E. Kilduff, J. G. Lasch, S. K. Mehrotra, N. C. Norman, M. Pakulski, B. R. Whittlesey, J. L. Atwood, and W. E. Hunter, "Synthesis and Structures of Compounds Containing Double Bonds Between the Heavier Group VA Elements:  Diphosphenes, Diarsenes, Phosphaarsenes, and Phosphastibenes," *Inorg. Chem.*, **23**, 2582 (1984).

236. W. A. Herrmann, J. Plank, G. W. Kriechbaum, M. L. Ziegler, H. Pfisterer, J. L. Atwood, and R. D. Rogers, "Komplexchemie reaktiver organischer Verbindungen. XLVII.  Synthese, Strukturchemie und Druckcarbonylierung von Metallcarben- Komplexen," *J. Organometal. Chem.*, **264**, 327 (1984).

237. M. D. Rausch, D. F. Foust, R. D. Rogers, and J. L. Atwood, "The Formation and Molecular Structure of Bis(h$^5$-cyclopentadienyl)(2-[(dimethylamino)methyl]- phenyl-C,N)yttrium." *J. Organometal. Chem.*, **265**, 241 (1984).

238. R. D. Rogers, E. Carmona, A. Galindo, J. L. Atwood, and L. G. Canada, "Trimethylphosphine Complexes of Molybdenum and Tungsten.  The Synthesis and Chemical Properties of $MoCl_4(PMe_3)_3$ and $MoO(acac)_2PMe_3$." *J. Organometal. Chem.*, **277**, 403 (1984).

239. E. Carmona, L. Sanchez, J. M. Marin, M. L. Poveda, J. L. Atwood, R. D. Priester, and R. D. Rogers, "$h^2$-Acyl Coordination and b-C-H Interaction in Acyl Complexes of Molybdenum.  Crystal and Molecular Structures of $Mo(h^2$-$COCH_2SiMe_3)Cl(CO)(PMe_3)_3$ and $Mo(COCH_3)(S_2CNMe_2)(CO)(PMe_3)_2$," *J. Amer. Chem. Soc.*, **106**, 3214 (1984).

240. J. L. Atwood, "Liquid Clathrates," in "Inclusion Compounds," Vol. 1, Eds., J. L. Atwood, J. E. D. Davies, and D. D. MacNicol, Academic Press, London, 1984, pp. 375-405.

241. J. L. Atwood, "New Inclusion Methods for Separations Problems," *Sep. Sci. Tech.*, **19**, 751 (1984).

242. J. L. Atwood, H. Elgamal, G. H. Robinson, S. G. Bott, J. A. Weeks, and W. E. Hunter, "From Crown Ethers to Zeolites:  Reaction of $EtAlCl_2$ with Crown Ethers," *J. Incl. Phenom.*, **2**, 367 (1984).

243. J. L. Atwood, "The Interaction of Alkali Metal Cations with Aromatic Molecules in Complexes of the Type $M[AlMe_3X]$·aromatic, $M[Al_2Me_6X]$·aromatic, and Related," *J. Incl. Phenom.*, **3**, 13 (1985).

244. W. J. Evans, I. Bloom, W. E. Hunter, and J. L. Atwood, "Metal Vapor Synthesis of $(C_5Me_5)_2Sm(THF)_2$ and $(C_5Me_4Et)_2Sm(THF)_2$ and Their Reactivity with Organomercurial Reagents.  Synthesis and X-ray Structural Analysis of $(C_5Me_5)_2Sm(C_6H_5)(THF)$," *Organometallics*, **4**, 112 (1985).

245. H. Zhang, C. M. Means, N. C. Means, and J. L. Atwood, "Reaction of Trimethylaluminum with Crown Ethers.  IV.  Crystal Structure of (18-Crown-6)Tetrakis(trimethylaluminum)·p-xylene Solvate," *J. Cryst. Spec. Res.*, **15**, 445 (1985).

246. W. J. Evans, J. W. Grate, I. Bloom, W. E. Hunter, and J. L. Atwood, "Reactivity of $(C_5Me_5)_2Sm(THF)_2$ with Oxygen Containing Substrates:  Synthesis and X-ray Crystallographic Characterization of an Oxo-bridged Bimetallic Organosamarium Complex, $[(C_5Me_5)_2Sm]_2(m-O)$," *J. Am. Chem. Soc.*, **107**, 405 (1985).

247. H. D. H. Showalter, E. M. Berman, J. L. Johnson, J. L. Atwood and W. E. Hunter, "A Facile Synthesis of Functionalized 9,10-Anthracenediones via Tosylate and Triflate Phenolic Activation," *Tetrahedron Letters*, **26**, 157 (1985).

248. G. H. Robinson, S. G. Bott, H. Elgamal, W. E. Hunter, and J. L. Atwood, "Reaction of Trimethylaluminum with Crown Ethers.  III.  The Synthesis and Crystal Structure of (12-crown-4)-bis(trimethylaluminum)," *J. Incl. Phenom.*, **3**, 65 (1985).

249. W. J. Evans, T. T. Peterson,  M. D. Rausch, W. E. Hunter, and J. L. Atwood, "Synthesis and X-ray Crystallographic Characterization of an Asymmetric Organoyttrium Hallide Dimer:  $(C_5Me_5)_2Y[(m-Cl)YCl(C_5Me_5)_2]$," *Organometallics*, **4**, 554 (1985).

250. R. B. Hallock, W. E. Hunter, J. L. Atwood, and O. T. Beachley, "Synthesis and Structural Study of $Ga(CH_2SiMe_3)_3$.  $Me_2NC_2H_4NMe_2.Ga(CH_2SiMe_3)_3$," *Organometallics*, **4**, 547 (1985).

251. M. J. Zaworotko, C. R. Kerr, and J. L. Atwood, "Reaction of the Phenoxide Ion with Trimethylaluminum.  Isolation and Crystal Structure of [K.dibenzo-18-crown-6][$Al_2Me_6OPh$] and K[$AlMe_3(OPh)_2$]," *Organometallics*, **4**, 238 (1985).

252. W. J. Evans, J. W. Grate, H. W. Choi, I. Bloom, W. E. Hunter, and J. L. Atwood, "Solution Synthesis and Crystallographic Characterization of the Divalent Organosamarium Complexes [$(C_5Me_5)SmI(THF)_2]_2$," *J. Amer. Chem. Soc.*, **107**, 941 (1985).

253. J. H. Medley, F. R. Fronczek, N. Ahmad, M. C. Day, R. D. Rogers, C. R. Kerr, and J. L. Atwood, "The Crystal Structures of $NaAlR_4$, R = Methyl, Ethyl, and n-Propyl," *J. Cryst. Spec. Res.*, **15**, 99 (1985).

254 O. T. Beachley, T. D. Getman, R. U. Kirss, R. B. Hallock, W. E. Hunter, and J. L. Atwood, "Preparation and Properties of Cyclopentadienylgallium(III) Compounds," *Organometallics*, **4**, 751 (1985).

255. A. H. Cowley, S. K. Mehrotra, W. E. Hunter, and J. L. Atwood, "Synthesis and Crystal Structure of the Bis(cyclopentadienyl)gallium Ethoxide Dimer," *Organometallics*, **4**, 1115 (1985).

256. J. L. Atwood, W. E. Hunter, R. D. Rogers, and J. A. Weeks, "Behavior of $M[Al_2Me_6N_3](M = K, Rb, Cs)$ with Aromatic Solvents and the Crystal Structures Two Related Complexes," *J. Incl. Phenom.*, **3**, 113 (1985).

257. W. J. Evans, J. W. Grate, L. A. Hughes, H. Zhang, and J. L. Atwood, "Reductive Homologation of CO to a Ketenecarboxylate by a Low Valent Organolanthanide Complex:  Synthesis and X-ray Crystal Structure of [$(C_5Me_5)_4Sm_2(OCCCO_2)(THF)]_2$," *J. Amer. Chem. Soc.*, **107**, 3728 (1985).

258. M. J. Zaworotko, R. J. Stamps, M. T. Ledet, H. Zhang, and J. L. Atwood, "Heterocyclophane Complexes of Transition Metals.  1.  Synthesis and Crystal Structure of Both the $h^5$- and the $h^6$-[2.2](2,5)Pyrroloparacyclophanetri-

carbonylchromium," *Organometallics*, **4**, 1697 (1985).

259.  S. G. Bott, H. Elgamal, and J. L. Atwood, "Seven-Coordinate Aluminum in [AlCl$_2$.benzo-15-crown-5][AlCl$_3$Et]," *J. Amer. Chem. Soc.*, **107**, 1796 (1985).

260.  J. L. Atwood, S. G. Bott, C. Eaborn, M. N. El-Kheli, and J. D. Smith, "The Crystal and Molecular Structure of Fluoro(hydroxy){tris(dimethylphenylsilyl)-methyl}borane," *J. Organometal. Chem.*, **294**, 23 (1985).

261.  O. T. Beachley, Jr., R. B. Hallock, H. Zhang, and J. L. Atwood, "Synthesis, Characterizations and Crystal and Molecular Structures of Pentamethylcyclopentadienyl Gallium Chloride Compounds, Ga(C$_5$Me$_5$)$_2$Cl and Ga(C$_5$Me$_5$)Cl$_2$," *Organometallics*, **4**, 1675 (1985).

262.  S. P. McManus, J. A. Knight, E. J. Meehan, R. A. Abramovitch, M. N. Offor, J. L. Atwood, and W. E. Hunter, "Ferrocenesulfonyl Azide:  Structure and Kinetics of Solution Thermolysis," *J. Org. Chem.*, **50**, 2742 (1985).

263.  M. J. Wovkulich, J. L. Atwood, L. Canada, and J. D. Atwood, "A Crystallographic Determination of the Influence of the Trans Ligand on the Bonding of Triphenylphosphine.  Crystal and Molecular Structures of Cr(CO)$_4$(PPh$_3$)L (L = PBu$_3$, P(OMe)$_3$, and P(OPh)$_3$)," *Organometallics*, **4**, 867 (1985).

264.  W. J. Evans, I. Bloom, J. W. Grate, L. A. Hughes, W. E. Hunter, and J. L. Atwood, "Synthesis and Characterization of the Samarium-Cobalt Complexes (C$_5$Me$_5$)$_2$(THF)SmCo(CO)$_4$ and [SmI$_2$(THF)$_5$][Co(CO)$_4$]:  X-ray Crystal Structure of a Seven-Coordinate Samarium(III) Cation Complex," *Inorg. Chem.*, **24**, 4620 (1985).

265.  D. R. Corbin, J. L. Atwood, and G. D. Stucky, "Hydrogenation of Unsaturated Dicarboxylic Acids by Dicarbonylbis(h$^5$-cyclopentadienyl)titanium(II) and the Molecular Structure of m-Acetylenedicarboxylatobis[bis(h$^5$-methylcyclopenta-dienyl)titanium(III)]," *Inorg. Chem.*, **25**, 98 (1986).

266.  R. V. Bynum, H.-M. Zhang, W. E. Hunter, and J. L. Atwood, "Pyrrolyl Complexes of the Early Transition Metals.  3.  Preparation and Crystal Structure of (h$^5$-C$_5$H$_5$)$_2$Zr-(h$^1$-NC$_4$H$_2$Me$_2$)$_2$ and Zr(h$^1$-NC$_4$H$_2$Me$_2$)$_4$," *Can. J. Chem.,* **64**, 1304 (1986).

267.  G. Erker, U. Dorf, J. L. Atwood, and W. E. Hunter, "The Metallaoxirane Type Structure of Cp$_2$ZrCl(CPh$_2$OCH$_3$) and the Question of Modeling the Chemistry of Alkylidene Units on a Metal Oxide Surface," *J. Amer. Chem. Soc.*, **108**, 2251 (1986).

268. S. G. Bott, A. W. Coleman, and J. L. Atwood, "Preparation and Structure of the First Complex of an Early Transition Metal and a Calixarene, Calix[6]arene[TiCl$_2$(m-O)TiCl$_3$]$_2$," *J. Chem. Soc., Chem. Commun.*, 610 (1986).

269. S. G. Bott, A. W. Coleman, and J. L. Atwood, "Inclusion of both Cation and Neutral Molecule by a Calixarene.  Structure of the [p-tert-Butylmethoxycalix[4]arene·Na·toluene]$^+$ Cation," *J. Amer. Chem. Soc.*, **108**, 1709 (1986).

270. W. J. Evans, L. A. Hughes, D. K. Drummond, H. Zhang, and J. L. Atwood, "Facile Stereospecific Synthesis of a Dihydroxyindenoindene Unit from an Alkyne and CO Via Samarium-mediated CO and CH Activation," *J. Amer. Chem. Soc.*, **108**, 1722 (1986).

271. M. D. Rausch, K. J. Moriarty, J. L. Atwood, J. A. Weeks, W. E. Hunter, and H. G. Brittian, "Synthetic, X-ray Structural and Luminescence Studies on Pentamethylcyclopentadienyl Derivatives of Lanthanum, Cerium and Praseodymium," *Organometallics*, **5**, 1281 (1986).

272. R. A. Jones, T. C. Wright, J. L. Atwood, and W. E. Hunter, "Structure of Bis(m-di-tert-butylphosphido)-bis(dicarbonylrhodium)(Rh-Rh) in P1," *Acta Crystallogr.*, **C42**, 294 (1986).

273. H. Prinz, S. G. Bott, and J. L. Atwood, "Decyclization of Crown Ethers.  Ring-opening Reaction of 18-Crown-6 with ZrCl$_4$," *J. Am. Chem. Soc.*, **108**, 2113 (1986).

274. W. J. Evans, J. W. Grate, K. R. Levan, I. Bloom, T. T. Peterson, R. J. Doedens, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of Bis(pentamethylcyclopentadienyl) Lanthanide and Yttrium Halide Complexes," *Inorg. Chem.*, **25**, 3614 (1986).

275. E. Samuel, J. L. Atwood, and W. E. Hunter, "Cyclization of Phenylpropiolic Acid on Titanocene.  Synthesis and Molecular Structure of Bis(h$^5$-cyclopenta-dienyl)(cynamylato-C$^3$,0)-titanium Phenylpropiolic Acid (1/1), a Novel Titanacycle.  Synthesis of Bis(cyclopentadienyl)bis(phenylpropiolato)- titanium," *J. Organometal. Chem.*, **311**, 325 (1986).

276. J. L. Atwood, "Applications of Inclusion in Separation Science," in "Chemical Separations," Ed. J. Navratil and C. J. King, Litarvan, Golden, CO, 1986.

277. S. G. Bott, U. Kynast, and J. L. Atwood, "Reaction of Early Transition Metal Complexes with Macrocycles.  II.  Synthesis and Structure of TiCl$_3$(H$_2$O)·18-crown-6, a Compound with a Unique Bidentate Bonding Mode for the 18-crown-6 Molecule," *J. Incl. Phenom.*, **4**, 241 (1986).

278. J. Z. Cayias, E. A. Babaian, D. C. Hrncir, S. G. Bott, and J. L. Atwood, "Crystal Structure of [Zr(dmpe)(CH$_2$SiMe$_3$)$_4$] (dmpe = PMe$_2$CH$_2$CH$_2$PMe$_2$).  Evidence in Support of the Postulation for the Presence of an Agostic Hydrogen," *J. Chem. Soc., Dalton Trans.*, 2743 (1986).

279. Y. P. Singh, P. Rupani, A. Singh, A. K. Rai, R. C. Mehrotra, R. D. Rogers, and J. L. Atwood, "Synthesis and IR, UV, NMR ([1]H and [11]B) and Mass Spectral Studies of Some New b-ketonamine Complexes of Boron:  Crystal and Molecular Structure of OC$_6$H$_4$OBOC(R)CHC(R')NR" (R = p-ClC$_6$H$_4$, R' = C$_6$H$_5$, R" = CH$_3$)," *Inorg. Chem.*, **25**, 3076 (1986).

280. P. C. Blake, M. F. Lappert, R. G. Taylor, J. L. Atwood, W. E. Hunter, and H. Zhang, "A Complete Series of U(III) Halides, [(UCp"$_2$X)$_n$] (X = F, Cl, Br or I; Cp" = h-C$_5$H$_3$(SiMe$_3$)$_2$); Single-crystal X-ray Structure Determinations of the Chloride and Bromide (n = 2 for X = m-Cl⁻ or m-Br⁻)," *J. Chem. Soc., Chem. Commun.*, 1394 (1986).

281. A. W. Coleman, S. G. Bott, and J. L. Atwood, "Preparation and Structure of (Calix[8]arene Methyl Ether)·2 CDCl$_3$," *J. Incl. Phenom.*, **4**, 247 (1986).

282. P. C. Blake, M. F. Lappert, J. L. Atwood, and H. Zhang, "The Synthesis and Characterisation, Including X-ray Diffraction Study, of [Th{h-C$_5$H$_3$(SiMe$_3$)$_2$}$_3$]; the First Thorium(III) Crystal Structure," *J. Chem. Soc., Chem. Commun.*, 1148 (1986).

283. W. J. Evans, D. K. Drummond, S. G. Bott, and J. L. Atwood, "Reductive Distortion of Azobenzene by an Organosamarium(II) Reagent to Form [(C$_5$Me$_5$)$_2$Sm]$_2$(C$_6$H$_5$)$_2$N$_2$:  An X-ray Crystallographic Snapshot of an Agostic Hydrogen Complex on an Ortho Metalation Reaction Coordinate," *Organometallics*, **5**, 2389 (1986).

284. J. W. Chambers, A. J. Baskar, S. G. Bott, J. L. Atwood, and M. D. Rausch, "Formation and Molecular Structures of (h[5]-Pentabenzylcyclopentadienyl)- and (h[5]-Pentaphenylcyclopentadienyl)dicarbonyl Derivatives of Cobalt and Rhodium," *Organometallics*, **5**, 1635 (1986).

285. E. A. Babaian, D. C. Hrncir, S. G. Bott, and J. L. Atwood, "Siloxy-Zirconium Chemistry.  I. Reaction of Zr-C s-Bonds with R$_3$SiOH and the Crystal Structure of (1,2-dimethoxyethane)-bis(triphenylsiloxy)dichlorozirconium(IV), (DME) ZrCl$_2$(OSiPh$_3$)$_2$," *Inorg. Chem.*, **25**, 4818 (1986).

286. D. A. Atwood, S. G. Bott, and J. L. Atwood, "Preparation and Structure of the [YbCl$_2$·15-crown-5]⁺ Cation, a New Synthetic Intermediate for Organolanthanide Chemistry," *J. Coord. Chem.*, **16**, 93 (1987).

287. W. J. Evans, T. P. Hanusa, J. H. Meadows, W. E. Hunter, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of m, n$^2$-N-Alkylformimidoyl Complexes of Erbium and Yttrium:  A Structural Comparison," *Organometallics*, **6**, 295 (1987).

288. D. H. Miles,  A. A. de la Cruz,  A. M. Ly,  D. -S. Lho, E. Gomez, J. A. Weeks, and J. L. Atwood, "Toxicants from Mangrove Plants IV:  Ichthyotoxins from the Philippine Plant *Heritiera Littoralis*," *ACS  Symposium Series*, **330**, 491 (1987).

289. A. W. Coleman, H. Zhang, S. G. Bott, J. L. Atwood, and P. H. Dixneuf, "Reactivity of the Diphosphine $Ph_2PCH_2PPh_2$ with $[(h^6-p-CH_3C_6H_4Pr^i)RuCl_2]_2$.  Crystal Structures of Ruthenium Complexes Containing Monodentate and Singly-Bridging Diphosphine Ligands," *J. Coord. Chem.,* **16**, 9 (1987).

290. O. T. Beachley, Jr., J. P. Kopasz, H. Zhang, W. E. Hunter, and J. L. Atwood, "Synthesis and Characterization of Amphoteric Ligands Including the Crystal and Molecular Structure of $[(Me_3SiCH_2)_2InPPh_2]_2$," *J. Organometal. Chem.*, **325**, 69 (1987).

291. A. W. Coleman, S. G. Bott, and J. L. Atwood, "Reaction of Trimethylaluminum with Calixarenes.  I.  Synthesis and Structure of [Calix[8]arene Methyl Ether]$[AlMe_3]_6$·2 Toluene and of [p-tert-Butylcalix[8]arene Methyl Ether]$[AlMe_3]_6$·4 Benzene," *J. Incl. Phenom.*, **5**, 581 (1987).

292. S. G. Bott, M. Clark, J. S. Thrasher, and J. L. Atwood, "Crystal and Molecular Structure of S-Methyl(pentafluorosulfanyl)thiocarbamate," *J. Cryst. Spec. Res.*, **17**, 187 (1987).

293. G. H. Robinson, W. E. Hunter, S. G. Bott, and J. L. Atwood, "The Interation of Group III Metal Alkyls with Crown Ethers.  The Synthesis and Structure of $[Ga(CH_3)_3]_2$[Dibenzo-18-crown-6] and $[Al(CH_3)_3]_2$[Dicyclohexano-18-crown-6]," *J. Organomet. Chem.*, **326**, 9 (1987).

294. E. A. Babaian, L. M. Barden, D. C. Hrncir, W. E. Hunter, and J. L. Atwood, "Indium-Based Liquid Clathrates.  I.  The Preparation of the First Indium Liquid Inclusion Compound and Crystal Structure of its Parent Complex, $[K·18-Crown-6]_2-[In_2I_3Cl_2(CH_3)_3]$," *J. Incl. Phenom.*, **5**, 605 (1987).

295. M. D. Rausch, K. J. Moriarty, J. L. Atwood, W. E. Hunter, and E. Samuel, "The Formation, Crystal and Molecular Structures of Bis(h$^5$-indenyl)di-carbonylzirconium," *J. Organomet. Chem.*, **327**, 39 (1987).

296. N. C. Means, C. M. Means, S. G. Bott, and J. L. Atwood, "Interaction of $AlCl_3$ with Tetrahydrofuran.  Formation and Crystal Structure of $[AlCl_2(THF)_4][AlCl_4]$,"

*Inorg. Chem.*, **26**, 1466 (1987).

297. E. Hey, M. F. Lappert, J. L. Atwood, and S. G. Bott, "Bis(trimethylsilyl)phosphinodithioformates, the P-Analogues of Dithiocarbamates; X-ray Structures of $[ZrCp_2(Cl)(h^2-S_2CPR_2)](1a)$ and $[(ZrCp_2(m-S))_2]$, a Thermolysis Product of (1a) $(Cp = h-C_5H_5, R = SiMe_3)$," *J. Chem. Soc., Chem. Commun.*, 421 (1987).

298. E. Hey, M. F. Lappert, J. L. Atwood, and S. G. Bott, "A Hexaphosphorus Chain as Part of a Dimeric P,P'-containing Ligand; 1,3-Phosphozirconation of White Phosphorus; X-ray Structure of $[Zr(h-C_5H_5)_2(O(PR_2)PP(PR_2)P)]$ $(R = SiMe_3)$," *J. Chem. Soc., Chem. Commun.*, 597 (1987).

299. W. J. Evans, D. K. Drummond, J. W. Grate, H. Zhang, and J. L. Atwood, "Structural Diversity in Bis(pentamethylcyclopentadienyl) Lanthanide Halide Complexes: X-ray Crystal Structures of $[(C_5Me_5)_2SmCl]_3$ and $(C_5Me_5)_{10}Sm_5Cl_5[Me(OCH_2CH_2)_4OMe]$," *J. Amer. Chem. Soc.*, **109**, 3928 (1987).

300. G. H. Robinson, H. Zhang, and J. L. Atwood, "Reaction of Trimethylaluminum with a Macrocyclic Tetradentate Tertiary Amine. Synthesis and Molecular Structure of $[Al(CH_3)_3]_4[N-tetramethylcyclam]$," *J. Organometal. Chem.*, **331**, 153 (1987).

301. J. L. Atwood, "Inclusion (Clathrate) Compounds," Encyclopedia of Physical Science and Technology, Vol. 6, 583-594 (1987).

302. A. W. Coleman, A. J. Baskar, S. G. Bott, and J. L. Atwood, "Synthesis and Crystal Structure of a Novel Mixed Valence Iron Compound, $[(h^5-cyclopentadienyl)(h^6-tetralin)Fe(II)]_3[Fe(III)(NCS)_6]$," *J. Coord. Chem.*, **17**, 339 (1988).

303. S. G. Bott, A. Alvanipour, S. D. Morley, D. A. Atwood, C. M. Means, A. W. Coleman, and J. L. Atwood, "Stabilization of the $AlMe_2^+$ Cation by Crown Ethers," *Angew. Chem. Int. Engl. Ed.*, **26**, 485 (1987).

304. W. J. Evans, R. A. Keyer, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of $[(C_5Me_5)_2Sm]_2C_4(C_6H_5)_2$, a Complex Containing $h^2$-Alkyne Coordination to Samarium," *J. Chem. Soc., Chem. Commun.*, 837 (1987).

305. D. Caine, C. J. McCloskey, J. L. Atwood, S. G. Bott, H. Zhang, and D. VanDerveer, "The Synthesis and Base-Induced Methylation Reactions of Cis-7a-Hydroxy-3a-phenylsulfenyl-3z,4,5,6,7,7a-hexahydro-4-indano ne," *J. Org. Chem.*, **52**, 1280 (1987).

306. J. L. Atwood, S. G. Bott, P. B. Hitchcock, C. Eaborn, R. S. Shariffudin, J. D. Smith, and A. C. Sullivan, "The Chemistry of Trichloro(tris(methylsilyl)methyl) and Trichloro(tris(dimethylphenyl)silyl) methyl gallates, -indates and -thallates.  Crystal and Molecular Structures of [Li(thf)$_2$(μ-Cl)$_2$Ga(Cl)C(SiMe$_2$Ph)$_3$]thf, [Li(thf)$_3$-(μ-Cl)InCl$_2$C(SiMe$_3$)$_3$] and [(SiMe$_3$)$_3$CIn(μ-Cl)(μ-Fe(CO)$_4$InC(SiMe$_3$)$_3$]  (thf = tetrahydrofuran)," *J. Chem. Soc., Dalton Trans.*, 747 (1987).

307. G. H. Robinson, H. Zhang, and J. L. Atwood, "Reaction of Trimethylaluminum with Thiacrown Ethers.  Crystal and Molecular Structure of [AlMe$_3$]$_4$[14]anesS$_4$," *Organometallics*, **6**, 887 (1987).

308. M. V. Lakshmikantham, M. S. Raasch, M. P. Cava, S. G. Bott, and J. L. Atwood, "Thioquinones.  A Reinvestigation of Perkin and Green's Diaminodithio- quinone," *J. Org. Chem.*, **52**, 1875 (1987).

309. J. A. Ewen, L. Haspeslagh, J. L. Atwood, and H. Zhang, "Synthesis, Crystal Structure, and Isospecific Propylene Polymerizations with Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)hafnium(IV) Dichloride," *J. Amer. Chem. Soc.*, **109**, 6544 (1987).

310. G. H. Robinson, S. G. Bott, and J. L. Atwood, "Triethylaluminum-based Ferrocenylalanes.  Synthesis and Crystal Structure of  [(h-C$_5$H$_5$)Fe (h-C$_5$H$_4$)Al(C$_2$H$_5$)$_4$Cl]," *J. Coord. Chem.,* **16**, 219 (1987).

311. S. G. Bott, A. W. Coleman, and J. L. Atwood, "The Synthesis and Molecular Structure of t-Butylcalix[4]arene Methyl Ether complexed with Aluminum Alkyl Species,"  *J. Incl. Phenom.,* **6**, 747 (1987).

312. S. G. Bott, H. Prinz, A. Alvanipour, and J. L. Atwood, "Reaction of Early Transition Metals with Macrocycles.   III. Synthesis and Structure of 18-Crown-6·MCl$_4$
 (M=Ti, Sn)," *J. Coord. Chem.,* **16**, 303 (1987).

313. M. A. Edelman, M. F. Lappert, J. L. Atwood, and H. Zhang, "The Synthesis and X-ray Structure of a Novel Monocyclopentadienyluranium(IV) Chloride [UCp'''Cl$_2$(THF)(m-Cl)$_2$Li(THF)$_2$][Cp'''=h-C$_5$H$_2$(SiMe$_3$)$_3$-1,2,4]," *Inorg. Chim. Acta*, **139**, 185 (1987).

314. P. C. Blake, M. F. Lappert, R. G. Taylor, J. L. Atwood, and H. Zhang, "Some Aspects of the Coordination and Organometallic Chemistry of Thorium and Uranium (M$^{III}$, M$^{IV}$, U$^V$) in +3 and +4 Oxidation States," *Inorg. Chim. Acta,* **139**, 13 (1987).

315. P. C. Stark, M. Huff, E. A. Babaian, L. M. Barden, D. C. Hrncir, S. G. Bott, and J. L. Atwood,  "Indium-based Liquid Clathrates.  II. Inclusion Compounds Derived

from Salts of the Tetrachloroindate Anion, $InCl_4^-$ and the Crystal Structure of [Li-15-Crown-5][In(CH$_3$)$_3$Cl]," *J. Incl. Phenom.*, **6**, 683 (1987).

316.  J. L. Atwood, S. G. Bott, A. W. Coleman, K. D. Robinson, S. B. Whetstone, and C. M. Means,  "The H$_3$O$^+$ Cation in Aromatic Solvents.  Synthesis, Structure and Behavior of [H$_3$O·18-Crown-6][Cl-H-Cl]," *J. Am. Chem. Soc.*, **109**, 8100 (1987).

317.  A. M. Arif, D. E. Heaton, R. A. Jones, K. B. Kidd, T. C. Wright, B. R. Whittlesey, J. L. Atwood, W. E. Hunter, and H. Zhang, "Synthesis and Structures of Di- and Tri-nuclear Di-tert-butylphosphido and Di-tert-butylarsenido Complexes of Iridium. X-ray Crystal Structures of [Ir(m-t-Bu$_2$E)(CO)$_2$]$_2$ (E=P, As), [Ir(tOBu$_2$PH)(CO)]$_2$(m-H)(m-t-Bu$_2$P), [Ir(t-Bu$_2$PH)(CO)(m-H)]$_2$(H)(m-t-Bu$_2$P) and Ir$_3$(m-t-Bu$_2$P)$_3$(CO)$_5$," *Inorg. Chem.*, **26**, 4065 (1987).

318.  U. Kynast, S. G. Bott, and J. L. Atwood, "Reaction of Early Transition Metal Complexes with Macrocycles. IV. Synthesis and Structure of [PPh$_4$]$_2$[18-Crown-6·(VCl$_4$)$_2$] and 18-Crown-6·VCl$_3$.H$_2$O," *J. Coord. Chem.*, **17**, 53 (1988).

319.  A. W. Coleman, S. G. Bott, S. D. Morley, C. M. Means, K. D. Robinson, H. Zhang, and J. L. Atwood, "Novel Layer Structure of Sodium Calix[4]arene Sulphonate Complexes - a Class of Organic Clays?" *Angew. Chem. Int. Ed. Engl.*, **27**, 1361 (1988).

320.  W. J. Evans, J. M. Olofson, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of an Unusual Oligomeric Bis(pentamethylcyclopentadienyl) Halide Complex of Cerium:  [(C$_5$Me$_5$)$_2$CeCl$_2$K(THF)]$_n$," *Organometallics*, **7**, 629 (1988).

321.  W. J. Evans, M. A. Hozbar, S. G. Bott, G. H. Robinson, and J. L. Atwood,  "Utility of Cyclodichlorophosphazane as a NaC$_5$H$_5$ Scavenging Reagent:  Synthesis of an Organoyttrium Hydroxide Complex and the X-ray Crystal Structure of the Layered Compound [(C$_5$H$_5$)$_2$Y(μ-OH)$_2$]C$_6$H$_5$C C$_6$H$_5$," *Inorg. Chem.,* **27**, 1990 (1988).

322.  S. G. Bott, A. W. Coleman, and J. L. Atwood, "Intercalation of Cationic, Anionic and Molecular Species by Organic Hosts.  Preparation and Crystal Structure of [NH$_4$]$_6$[calix[4]arenesulphonate][MeOSO$_3$]·(H$_2$O)$_2$," *J. Amer. Chem. Soc.*, **110**, 610 (1988).

323.  W. J. Evans, D. K. Drummond, H. Zhang, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of the Divalent [Bis-(trimethylsilyl)amido]samarium Complexes [(Me$_3$Si)$_2$N]$_2$Sm(THF)$_2$ and ([(Me$_3$Si)$_2$N]Sm(m-I)(DME)(THF)$_2$," *Inorg. Chem.*, **27**, 575 (1988).

324. E. Hey, S. G. Bott, and J. L. Atwood,  "Synthesis of Bis(h-cyclopentadienyl)-(1,2,3-triphosphanto-P,P)zirconium(IV) and hafnium(IV), [(h-C$_5$H$_5$)M- (PPh-PPh-PPh)] (M=Zr, Hf) and Structure of the Hafnocene Derivative," *Chem. Ber.*, **121**, 561 (1988).

325. J. S. Thrasher, J. B. Nielsen,  S. G. Bott, D. J. McClure, S. A. Morris, and J. L. Atwood,"Bis[pentafluorosulfanyl(trifluoromethyl)amino]mercury, Hg[N(CF$_3$)-SF$_5$]$_2$, and Bis[pentafluorotellurium(trifluoromethyl)amino]mercury, Hg[N(CF$_3$)TeF$_5$]$_2$," *Inorg. Chem.*, **27**, 570 (1988).

326. P. J. Cragg, S. G. Bott, and J. L. Atwood, "Lanthanide and Actinide Complexes of Monoaza-15-Crown-5.  Syntheses and Crystal Structure of [La(monoaza-15-Crown-5)(NO$_3$)$_3$] and [UO$_2$(NO$_3$)$_2$]$_2$(µ-H$_2$O)(monoaza-15-crown-5)," *J. Lanth. Act. Res.* **2,** 265 (1988).

327. G. H. Robinson, E. S. Appel, S. A. Sangokoyo, H. Zhang, and J. L. Atwood, "Synthesis and Molecular Structure of [Al(CH$_3$)$_2$[15] and N$_4$[Al(CH$_3$)$_3$]$_2$:  An Aluminum-Nitrogen Macrocyclic Cage," *J. Coord. Chem.*, **17**, 373 (1988).

328. W. J. Evans, D. K. Drummond, L. R. Chamberlain, R. J. Doedens, S. G. Bott, H. Zhang, and J. L. Atwood,  "Synthetic, Structural and Reactivity Studies of the Reduction and CO Derivatization of Azobenzene Mediated by Divalent Lanthanide Complexes," *J. Amer. Chem. Soc*., **110,** 4983 (1988).

329. W. J. Evans, D. K. Drummond, L. A. Hughes, R. J. Doedens, H. Zhang, and J. L. Atwood, "Variable Coordination Numbers in Crystalline Bis(pentamethylcyclopentadienyl) Samarium Oxide, Iodide, and Alkoxide Complexes," *Polyhedron*, **7**, 1693 (1988).

330. R. Shakir, R. D. Rogers, J. L. Atwood, D. W. Macomber, Y.-P. Wang, and M. D. Rausch, "The Formation and Molecular Structures of Formyl-, Cyano-, and Aminocyclopentadienyldicarbonylnitrosylchromium," *J. Cryst. Spec. Res.*, **18**, 767 (1988).

331. A. Alvanipour, H. Zhang, and J. L. Atwood, "Synthesis, Structure, and Solution Behavior of [Na·15-Crown-5][Mn(CO)$_5$]," *J. Organomet. Chem.*, **358**, 295 (1988).

332. P. C. Blake, E. Hey, M. F. Lappert, J. L. Atwood, and H. Zhang, "Bis(trimethylsilyl)phosphido complexes.  II.  Bis(trimethylsilyl)phosphidobis-(tetrahydrofuran)lithium as a reducing agent; X-ray structure of [UCp"$_2$(m-Cl)$_2$Li(THF)$_2$][Cp"=h-C$_5$H$_3$(SiMe$_3$)$_2$-1,3; THF=OC$_4$H$_8$]," *J. Organomet. Chem.*, **353**, 307 (1988).

333. J. L. Atwood, M. F. Lappert, R. G. Smith, and H. Zhang, "Four-co-ordinate Lanthanide Metal(III) Chloro(alkyls)s:  Synthesis and X-ray Structure of [LaR$_3$(m-

Cl)Li(pmdeta)] [R=CH(SiMe$_3$)$_2$, pmdeta = N,N,N',N'',N''-pentamethyl-diethylenetriamine]," *J. Chem. Soc., Chem. Commun.*, 1308 (1988).

334. E. Hey, M. F. Lappert, J. L. Atwood, and S. G. Bott,        "Insertion of Diphenyl-diazomethane into [ZrCp$_2$(Cl)PR$_2$] (Cp = h-C$_5$H$_5$, R = SiMe$_3$),  X-Ray Structures of [ZrCp$_2$(PR$_2$)X] (X = Cl or Me) and [ZrCp$_2$(Cl){N(CPH$_2$)NPR$_2$}]," *Polyhedron*, **7**, 2083 (1988).

335. J. L. Atwood, "Inclusion Compounds in Separation Science:  An Overview," in Separation Technology, Eds., N. N. Li and H. Strathmann, Engineering Foundation, New York, 1988, pp. 46-56.

336. J. A. Ewen, L. Haspeslagh, M. J. Elder, J. L. Atwood, H. Zhang, and H. N. Cheng, "Catalysts for Propylene Polymerization," *Transition Metals and Organometallics as Catalysts for Olefin Polymerization,* W. Kaminsky and H. Sinn, Eds., Springer-Verlag, Berlin, 1988, p. 281.

337. P. C. Blake, M. F. Lappert, J. L. Atwood, and H. Zhang, "A Series of Bis(h-cyclopentadienyl)uranium(III) Dichloro-bridged-alkali-metal and Dihalogenobis(h-cyclopentadienyl)uranate(III) Complexes," *J. C. S. Chem. Comm.*, 1436 (1988).

338. A. Antinolo, G. S. Bristow, G. K. Campbell, A. W. Duff, P. B. Hitchcock, R. A. Kamarudin, M. F. Lappert, R. J. Norton, N. Sarjudeen, D. J. W. Winterborn, J. L. Atwood, W. E. Hunter, and H. Zhang, "Synthetic and Structural Studies on Some Organic Compounds of Zirconium," *Polyhedron*, **8**, 1601 (1989).

339. J. L. Atwood, A. W. Coleman, H. Zhang, and S. G. Bott,  "Organic Clays. Synthesis and Structure of Na$_5$[calix[4]arene sulfonate]·12 H$_2$O, K$_5$[calix[4]arene sulfonate]·8 H$_2$O, Rb$_5$[calix[4]arene sulfonate]·5 H$_2$O, and Cs$_5$[calix[4]arene sulfonate]·4 H$_2$O," *J. Incl. Phenom.*, **7,** 203 (1989).

340. H. Yoo, H. Zhang, J. L. Atwood, and G. W. Gokel, "A Lariat Ether that Forms a Pseudo-sandwich Complex," *Tetrahderon Lett.*, **30**, 2489 (1989).

341. M. D. Rausch, W. C. Spink, J. L. Atwood, A. J. Baskar, and S. G. Bott  "Dimethyl- and Diphenylphosphino-cyclopentadienyl Derivatives of Cobalt, Rhodium and Iridium:  The Crystal and Molecular Structure of Dicarbonyl-{π-[h$^5$-Cyclo-pentadienyl)dimethylphosphine-P]}Dirhodium," *Organometallics*, **8**, 2627 (1989).

342. E. Hey, S. B. Wild, S. G. Bott, and J. L. Atwood, "The Synthesis and Crystal Structure of (R*,R*)-(±)-[(h$^5$-C$_5$H$_5$){1,2-C$_6$H$_4$(PMePh)$_2$}Fe(PCl$_3$)Cl.2 MeCN," *Z. Naturforsch.*, **44b**, 615 (1989).

343. A. Nakano, Y. Li, P. Geoffroy, M. Kim, J. L. Atwood, S. G. Bott, L. Echegoyen, and G. W. Gokel,  "Cistulynes:  Proton NMR and Single Crystal X-ray Evidence

for Structure and Cation Encapsulation in a Rigid Molecular Channel Model System," *Tetrahedron Lett.*, 5099 (1989).

344.   J. L. Atwood, "Inclusion Compounds," in Ullman's Encyclopedia of Industrial Chemistry, Vol. A14, 119 (1989).

345.   J. L. Atwood, S. G. Bott, C. M. Means, A. W. Coleman, H. Zhang, and M. T. May, "Synthesis of Salts of the Hydrogen Dichloride Anion in Aromatic Solvents.  II. The Synthesis and Crystal Structure of [K·18-crown-6]- [Cl-H-Cl],  [Mg·18-crown-6][Cl-H-Cl]$_2$,  [H$_3$O$^+$·18-crown-6][Cl-H-Cl], and the Related [H$_3$O$^+$·18-crown-6][Br-H-Br]," *Inorg. Chem.*, **29**, 467 (1990).

346.   F. Hamada, S. G. Bott, G. W. Orr, A. W. Coleman, H. Zhang, and J. L. Atwood, "Thiocalix[4]arenes, I.  Synthesis and Structure of Ethylthiocalix[4]arene Methyl Ether and the Related Structure of Bromocalix[4]arene Methyl Ether," *J. Incl. Phenom.*, **9,** 195 (1990).

347.   G. M. Gray, N. Takada, M. Jan, H. Zhang, and J. L. Atwood, "Synthesis and Characterization of a Series of trans-[(CO)$_5$MPh$_2$PX(CH$_2$)$_3$M=CHC$_6$H$_4$-o-O]$_2$M' (M = Mo; X = NH or M = Cr, W; X = CH$_2$; M' = Ni, Cu, Zn) Complexes and the X-ray Crystal Structure of trans-[(CH)$_5$MoP(OCH$_2$CMe$_2$CH$_2$O)NH(CH$_2$)$_2$N= CHC$_6$H$_4$-o-O)]$_2$Cu," *J. Organometal. Chem.*, **381**, 53 (1990).

348.   H. Zhang and J. L. Atwood, "Crystal and Molecular Structure of Cyclotriveratrylene," *J. Cryst. Spec. Res.,* **20**, 465 (1990).

349.   M. B. Power, A. R. Barron, J. L. Atwood, and S. G. Bott,   "π-Face Selectivity of Coordinated Ketones to Nucleophilic Additions: The Importance of Aluminum-Oxygen π-Bonding,"   *J. Am. Chem. Soc.*, **112**, 3446 (1990).

350.   T. Lu, H. K. Yoo, H. Zhang, S. G. Bott, J. L. Atwood, L. Echegoyen, and G. W. Gokel,   "Podand-Catalyzed Nucleophilic Aromatic        Substitutions of Anthra-quinones: A Novel Synthetic Approach and a Mechanistic Suggestion from Solid State Data,"   *J. Org. Chem.*, **55**, 2269 (1990).

351.   M. B. Power, A. W. Applett, S. G. Bott, J. L. Atwood, and A. R. Barron, "Aldol Condensation of Ketones Promoted by Sterically Crowded Aryloxide Compounds of Aluminum," *Organometallics*, **9**, 2529 (1990).

352.   J. L. Atwood, S. G. Bott, R. A. Jones, and S. U. Koschmieder,  "Synthesis and Structure of Cp*BePBu$^t_2$: The First Diorganophosphide Derivative of Beryllium," *J. Chem. Soc., Chem. Commun.*, 692 (1990).

353.   R. D. Rogers, J. L. Atwood, M. D. Rausch, and D. W. Macomber, "Crystal Stuctures of (h$^5$-C$_5$H$_4$COMe)M(CO)$_3$Me (M = Mo, W)," *J. Cryst. Mol. Struct.*, **20**,

555 (1990).

354. M. J. Zaworotko, J. L. Atwood, and R. D. Priester, "Structure, Conformation and Reactivity of Organotransition Metal p-Complexes.  Part 2.  X-Ray Crystallographic Characterization of Two Neutral Half-Sandwich $Cr(CO)_3$ Complexes," *J. Coord. Chem.*, **22**, 209 (1990).

355. A. W. Coleman, C. M. Means, S. G. Bott, and J. L. Atwood,  "Air-Stable Liquid Clathrates, I.  Crystal Structure of $[NBu_4][Br_3]$ and Reactivity of the $[NBu_4][Br_3] \cdot 7 C_6H_6$ Liquid Clathrate," *J. Cryst. Spec. Res.*, **20**, 199, (1990).

356. D. A. Atwood, R. A. Jones, A. H. Cowley, J. L. Atwood, and S. G. Bott, "X-ray Crystal Structure of the Dimethylgallium Azide Polymer and Its Use as a Gallium Nitride Precursor," *J. Organomet. Chem.*, **394**, C6 (1990).

357. J. L. Atwood, "Cation Complexation by Calixarenes," in *Cation Binding by Macrocycles*, Eds., G. W. Gokel and Y. Inoue, Dekker, New York, 1990, pp. 581-597.

358. S. G. Bott, A. Alvanipour, and J. L. Atwood,  "Stabilization of $H_2O.BF_3$ by Hydrogen-Bonding to 18-Crown-6," *J. Incl. Phenom.* **10**, 153 (1990).

359. M. D. Rausch, W. C. Spink, B. G. Conway, R. D. Rogers, J. L. Atwood, and L. G. Canada, "Synthetic and Structural Studies on $(h^5: h^5$-Fulvalene)bimetallic Compounds Derived from $(h^5: h^5$-Fulvalene)dithallium" *J. Organomet. Chem.*, **383**, 227 (1990).

360. J. L. Atwood and S. G. Bott  "Water Soluble Calixarene Salts.  A Class of Compounds with Solid-State Structures Resembling those of Clays", in *Calixarenes*, Eds., J. Vicens and V. Böhmer, Kluwer, 1990, pp. 209-221.

361. C. M. Means,  S. G. Bott, and J. L. Atwood,  "Reduction of Sugars with Aluminum Alkyls.  Preparation and Structure of $[AlCl_2(NC_5H_5)(OEt_2)]_2$(m-O)- (m-$AlCl.2NC_5H_5$)," *Polyhedron*, **9**, 309, (1990).

362. M. B. Power, S. G. Bott, D. L. Clark, J. L. Atwood, and A. R. Barron, "The Interaction of Organic Carbonyls with Sterically Crowded Aryloxide Compounds of Aluminum," *Organometallics,* **9**, 3086 (1990).

363. A. H. Cowley, R. A. Jones, M. A. Mardones, J. Ruiz, J. L. Atwood, and S. G. Bott, "Synthesis and Structure of a Diphosphagalletane:  A Novel Base-Stabilized $Ga_2P_2$ Ring System," *Angew. Chem. Int. Ed. Engl.,* **29**, 1150 (1990).

364. A. H. Cowley, R. A. Jones, M. A. Mardones, J. Ruiz, J. L. Atwood, and S. G. Bott, "Cleavage of a Phosphorus-Carbon Double Bond and Formation of a Linear

Terminal Phosphinidene Complex," *J. Amer. Chem. Soc.,* **112**, 6734 (1990).

365.  J. L. Atwood, S. G. Bott, and R. L. Vincent, "Crystal Structure of Dinitrato - tris(pyridine)nickel (II), $Ni(NC_5H_5)_3(NO_3)_2$," *J. Cryst. Spec. Res.,* **20**, 631 (1990).

366.  D. H. Miles, J. M. R. del Medeiros, V. Chittawond, C. Swithenbank, Z. Lidert, J. A. Weeks, J. L. Atwood, and P. A. Hedin, "3'-Formyl-2',4',6'-Trihydroxy-5'-methyldihydrochalcone, A Prospective New Agrochemical from Psidium acutangulum," *J. Nat. Products*, **53**, 1548 (1990).

367.  A. H. Cowley, R. A. Jones, M. Mardones, S. G. Bott and J. L. Atwood, "An Aluminum - Phosphorus Cubane, a New Aluminum Phosphide Precursor," *Angew. Chem. Int. Ed. Engl.,* **29**, 1409 (1990).

368.  F. Hamada, T. Fukugaki, K. Murai, G. W. Orr, and J. L. Atwood, "Liquid-Liquid Extraction of Transition and Alkali Metal Cations by a New Calixarene: Diphenyl Phosphino Calix[4]arene Methyl Ether," *J. Incl. Phenom*., **10**, 57 (1991).

369.  J. L. Atwood, S. G. Bott, K. D. Robinson, E. J. Bishop, and M. T. May, "Preparation and X-ray Structure of $[H_3O^+\cdot18\text{-}Crown\text{-}6][H_5O_2^+](Cl^-)_2$, a Compound Containing both $H_3O^+$ and $H_5O_2^+$ Crystallized from Aromatic Solution," *J. Cryst. Spec. Res.,* **21**, 458 (1991).

370.  E. Hey-Hawkins, M. F. Lappert, J. L. Atwood, and S. G. Bott, "Bis(trimethylsilyl)phosphido Complexes. Part 3. Synthesis Structures and Reactions of [Bis(trimethylsilyl)phosphido]zirconocene(IV) and the X-ray Structure of $\{AlMe_2\mu\text{-}P(SiMe_3)_2\}_2$." *J. Chem. Soc., Dalton Trans.*, 939 (1991).

371.  M. B. Power, S. G. Bott, E. J. Bishop, K. D. Tierce, J. L. Atwood, and A. R. Barron, "Acylation and Esterification of the Aryloxide Ligand in $AlMe(BHT)_2$" *J. Chem. Soc., Dalton Trans.,* 241 (1991).

372.  C. J. Harlan, T. C. Wright, J. L. Atwood, and S. G. Bott, "Hydrazinophosphine Complexes of Iron: Metallocycle Formation via Attack on Coordinated Carbon Monoxide," *Inorg. Chem.,* **30**, 1955 (1991).

373.  J. C. Medina, T. T. Goodnow, S. Bott, J. L. Atwood, A. E. Kaifer, and G. W. Gokel, Ferrocenyldimethyl-[2.2]-Cryptand: Solid State Structure of the External Hydrate and Alkali and Alkaline-earth-dependent Electrochemical Behaviour," *J. Chem. Soc., Chem. Commun.,* 290 (1991).

374.  R. Alvarez, J. L. Atwood, E. Carmona, P. J. Perez, M. L. Poveda, and R. D. Rogers, "Formation of Carbonyl-Carbonate Complexes of Molybdenum by Reductive Disproportionation of Carbon Dioxide. X-Ray Structure of $Mo_4(\mu_4\text{-}CO_3)(CO)_2(O)_2(\mu_2\text{-}OH)_4$ $(PMe_3)_6$," *Inorg. Chem*., **30**, 1493 (1991).

375. J. C. Medina, C. Li, S. G. Bott, J. L. Atwood, and G. W. Gokel, "A Molecular Receptor Based on the Ferrocene System: Selective Complexation Using Atomic Ball-bearings," *J. Am. Chem. Soc.,* **113**, 366 (1991).

376. J. L. Atwood, G. W. Orr, F. Hamada, R. L. Vincent, S. G. Bott, and K. D. Robinson,"Second Sphere Coordination of a Transition Metal Complex by a Calix[4]arene," *J. Am. Chem. Soc.*, **113**, 2760 (1991).

377. J. L. Atwood, F. Hamada, K. D. Robinson, G. W. Orr, and R. L. Vincent, "X-Ray diffraction evidence for aromatic π hydrogen bonding to $H_2O$," *Nature*, **349**, 683 (1991).

378. D. H. Miles, V. Chittawong, D.-S. Lho, A. M. Payne, A. A. de la Cruz, E. D. Gomez, J. A. Weeks, and J. L. Atwood, "Toxicants from Mangrove Plants, VII. Vallapin and Vallapianin, Novel Sesquiterpene Lactones from the Mangrove Plant Heritiera littoralis," *J. Natural Prod.*, **54**, 286 (1991).

379. N. S. Kishore, T. Lu, L. J. Knoll, A. Katoh, D. A. Rudnick, P. P. Mehta, B. Devadas, M. Huhn, J. L. Atwood, S. P. Adams, G. W. Gokel, and J. I. Gordon, "The Substrate Specificity of Saccharomyces cerevisiae Myristoyl-CoA:Protein N-Myristoyltransferase," *J. Biol. Chem.*, **266**, 8835 (1991).

380. J. L. Atwood, S. G. Bott, F. M. Elms, C. Jones, and C. L. Raston, "Tertiary Amine Adducts of Gallane," *Inorg. Chem.*, **30**, 3792 (1991).

381. J. A. Ewen, M. J. Elder, R. L. Jones, L. Haspeslagh, J. L. Atwood, S. G. Bott, and K. Robinson, "Metallocene/Polypropylene Structural Relationships:  Implications on Polymerization and Stereochemical Control Mechanisms" *Makromol. Chem.*, *Macromol Symp.*, **48/49**, 253 (1991).

382. E. Carmona, L. Contreras, M. L. Poveda, L. J. Sanchez, J. L. Atwood, and R. D. Rogers," $h^2$-Acyl and Methyl complexes of Tungsten.  Crystal and Molecular Structures of $W(h^2-COCH_2SiMe_3)Cl(CO)(PMe_3)_3$ and $W(CH_3)(S_2CNMe_2)$-$(CO)_2(PMe_3)_2$," *Organometallics*, **10**, 61 (1991).

383. L. M. Clarkson, W. Clegg, D. C. R. Hockless, N. C. Norman, L. J. Farrugia, S. G. Bott, and J. L. Atwood, "Synthetic and Structural Studies on Group 13 Complexes Containing the $M(CO)_3(h-C_5H_5)$ Fragment (M = Cr, Mo); Part 2," *J. Chem. Soc., Dalton Trans.*, 2241 (1991).

384. J. C. W. Chien, G. H. Llinas, M. D. Rausch, J. L. Atwood, and S. G. Bott, Two-State Propagation Mechanism for Propylene Polymerization Catalyzed by "rac[anti-Ethylidene(1-$h^5$-tetramethylcyclopentadienyl)(1-$h^2$-indenyl)dimethyl- titanium]," *J. Am. Chem. Soc.*, **113**, 8569 (1991).

385. J. L. Atwood, S. G. Bott, C. Jones, and C. L. Raston, "Oligomeric Gallium Amide/Hydride Complexes, [Ga$_2$H$_2$((NPr$^i$CH$_2$)$_2$)$_2$] and [Ga$_3$H$_5$((NMeCH$_2$)$_2$)$_2$], via Hydromethallation and Metalation," *Inorg. Chem.*, **30**, 4868 (1991).

386. O. F. Schall, K. Robinson, J. L. Atwood, and G. W. Gokel, "Self-Assembling, Alkali-Metal-Complexing Nickel Salicylaldimine Complexes," *J. Am. Chem. Soc.*, **113**, 7434 (1991).

387. J. L. Atwood, F. R. Bennett, F. M. Elms, C. Jones, C. L. Raston, and K. D. Robinson "Tertiary Amine Stabilized Dialane," *J. Amer. Chem. Soc.*, **113**, 8183 (1991).

388. J. L. Atwood, K. D. Robinson, C. Jones, and C. L. Raston "Cationic Aluminum Hydrides: [H$_2$AlL]$^+$[AlH$_4$]$^-$, L = N,N,N',,N'',N''-Penta- methyldiethylene- triamine and N,N',N'',N'''-Tetramethylcyclam," *J. Chem. Soc., Chem. Commun.*, 1697 (1991).

389. D. A. Atwood, R. A. Jones, A. H. Cowley, S. G. Bott, and J. L. Atwood, "Primary Amido and Amine Adduct Complexes of Gallium:  Synthesis and Structures of [t-Bu$_2$Ga(*m*-NHPh)]$_2$ and t-Bu$_3$Ga·NH$_2$Ph," *Polyhedron*, **10**, 1897 (1991).

390. A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "A Novel Gallium-Phosphorus Cage Compound," *Angew. Chem. Int. Ed. Engl.*, **30**, 1141 (1991).

391. A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "Reaction of (t-BuGaCl$_2$)$_2$ with Ar'PHLi (Ar' = 2,4,6-t-Bu$_3$C$_6$H$_2$):  Preparation of the Chloride-Bridged Dimer (t-BuGa(Cl)P(H)Ar')$_2$," *Heteroatom. Chem.*, **2**, 11(1991).

392. S. G. Bott, A. Alvanipour, and J. L. Atwood, "Stabilization of Boron Trifluoride Monohydrate by Hydrogen Bonding to 18-Crown-6," *J. Incl. Phenom.*, **10**, 153 (1991).

393. J. L. Atwood, S. G. Bott, and M. T. May, "Synthesis and Crystal Structure of [(ClAl(m-OH)$_2$AlCl)·18-crown-6][AlCl$_4$]$_2$·8/3 C$_6$H$_5$NO$_2$, a Complex Featuring a Binuclear Aluminum-Containing Cation Threaded through 18-Crown-6," *J. Coord. Chem.*, **23**, 313 (1991).

394. J. A. Ewen, M. J. Elder, C. J. Harlan, R. L. Jones, J. L. Atwood, S. G. Bott, and K. Robinson, "p-Face Selectivity in Syndiospecific Propylene Polymerizations with Zirconium  (IV) Monoalkyl Cations," *Polym. Prepr.* (Am. Chem. Soc., Div. Polym. Chem.), **32**, 469 (1991).

395. M. Tsesarskaja, T. P. Cleary, S. R. Miller, J. E. Trafton, S. Bott, J. L. Atwood, and G. W. Gokel, "Tribracchial Lariat Ethers: Syntheses, Binding, and Formation of an Intramolecular Macroring-sidearm Complex in the Absence of Any Cation," *J. Incl. Phenom.*, **12**, 187 (1992).

396. R. K. Juneja, K. D. Robinson, G. W. Orr, R. H. Dubois, K. A. Belmore, and J. L. Atwood, "Inclusion of Multi-ring Compounds by p-tert-Butylcalix[5]arene," *J. Incl. Phenom.*, **13**, 93 (1992).

397. J. L. Atwood, F. R. Bennett, C. Jones, G. A. Koutsantonis, C. L. Raston, and K. D. Robinson, "Polydentate Tertiary Amine Alane Adducts: Monomeric versus Polymeric Species," *J. Chem. Soc., Chem. Commun.*, 541 (1992).

398. J. L. Atwood, D. L. Clark, R. K. Juneja, G. W. Orr, K. D. Robinson, and R. L. Vincent, "Double Partial Cone Conformation for $Na_8$[calix[6]arene sulfonate]·20.5 $H_2O$ and Its Parent Acid," *J. Am. Chem. Soc.*, **114**, 7558 (1992).

399. C. J. Harlan, T. C. Wright, S. G. Bott, and J. L. Atwood, "Synthesis and Structure of [CpFe(CO){(Ph$_2$P)$_2$NNMe$_2$}][I]-CH$_2$Cl$_2$," *J. Cryst. Spec. Res.*, **22**, 91 (1992).

400. C. J. Harlan, T. C. Wright, S. G. Bott, and J. L. Atwood, "Synthesis and X-ray Crystal Structure of a Five Coordinate $d^8$ Complex: [Pt((Me$_2$NN)(PMe$_2$)-(PPh$_2$))$_2$Cl][Cl]," *J. Cryst. Spec. Res.*, **22**, 71 (1992).

401. J. L. Atwood, G. W. Orr, N. C. Means, F. Hamada, H. Zhang, S. G. Bott, and K. D. Robinson, "Metal Ion Complexes of Water Soluble Calix[4]arenes," *Inorg. Chem.*, **31**, 603 (1992).

402. J. L. Atwood, G. W. Orr, F. Hamada, S. G. Bott, and K. D. Robinson, "Supramolecular Assemblies of Calix[4]arenes Organized by Weak Forces," *Supramol. Chem.*, **1**, 15 (1992).

403. R. O. C. Hart, S. G. Bott, J. L. Atwood, and S. R. Cooper, "Higher Valent Manganese Chemistry. [Mn(biguanide)$_3$]$^+$, a Structurally Characterized Mn$^{IV}$ Complex with All-Nitrogen Coordination," *J. Chem. Soc., Chem. Commun.*, 894 (1992).

404. D. A. Atwood, R. A. Jones, A. H. Cowley, S. G. Bott, and J. L. Atwood, "Primary Amide and Amine Complexes of Gallium and Indium: X-ray Crystal Structures of [Me$_2$Ga(m-NH(Bu))]$_2$, Me$_3$Ga·NH$_2$(Bu) and Me$_3$In·NH$_2$(Bu)," *J. Organomet. Chem.*, **434**, 143 (1992).

405. J. L. Atwood, A. Alvanipour, and H. Zhang, "Synthesis and Structure of ((H$_2$O)·HBF$_4$)$_2$(18-crown-6)," *J. Cryst. Spec. Res.*, **22**, 349 (1992).

406. J. L. Atwood, F. R. Bennett, K. D. Robinson, F. M. Elms, G. A. Koutsantonis, C. L. Raston, and D. J. Young "Gallane/Phosphine Adducts:  Air Stable [$H_3Ga\{P(C_6H_{11})_3\}$] and Gallane Rich [$(H_3Ga)_2\{(PMe_2CH_2)_2\}$]," *Inorg. Chem.*, **31**, 2673 (1992).

407. M. Clark, C. J. Kellen, K. D. Robinson, H. Zhang, Z.-Y. Yang, K. V. Madappat, J. W. Fuller, J. L. Atwood, and J. S. Thrasher "Naked $SF_5^-$ Anion:  The Crystal and Molecular Structure of [$Cs^+$·(18-Crown-6)$_2$][$SF_5^-$]," *Eur. J. Solid State Inorg. Chem.*, **29**, 809 (1992).

408. R. H. Wallace, Y. S. Lu, J. C. Liu, and J. L. Atwood, "Synthesis of alpha-Pinene Derived C-2 Symmetrical, Optically-Active 1,2-Diols," *Synlett*, 992 (1992).

409. H. Kim, O. F. Schall, J. Fang, J. E. Trafton, T. Lu, J. L. Atwood, and G. W. Gokel, "Direct Nucleophilic Aromatic Substitution Reactions in the Syntheses of Anthraquinone Derivatives:  Chemistry and Binding of Podands, Crown Ethers, and a Cryptand," *J. Phys. Org. Chem.*, **5**, 482 (1992).

410. J. L. Atwood, S. G. Bott, C. Jones, and C. L. Raston, "Aluminum Fused Bis-p-tert-Butylcalix[4]arene:  A Double Cone with Two p-Arene...H-Interactions for Included Methylene Chloride," *J. Chem. Soc., Chem. Commun.*, 1349 (1992).

411. R. Chukwu, A. D. Hunter, B. D. Santarsiero, S. G. Bott, J. L. Atwood, and J. Chassalgnac, "Electrochemical, Spectroscopic, and Structural Studies of Mono- and Bimetallic Complexes of Iron," *Organometallics*, **11**, 589 (1992).

412. D. A. Atwood, A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "Synthesis and Structures of Two Bulky Gallium Chlorides," *J. Coord. Chem.*, **25**, 233 (1992).

413. D. A. Atwood, R. A. Jones, A. H. Cowley, S. G. Bott, and J. L. Atwood, "Structural Characterization of a Dialkylgallium Cation:  X-ray Crystal Structure of [$Me_2Ga(BuNH_2)_2$]Br," *J. Organomet. Chem.*, **425**, C1 (1992).

414. R. A. Jones, S. U. Koschmieder, J. L. Atwood, and S. G. Bott, "Insertion of LiPEt$_2$ into Poly(dimethylsiloxane) to Give [$LiOSiMe_2PEt_2$]$_6$," *J. Chem. Soc., Chem. Commun.*, 726 (1992).

415. J. L. Atwood, S. D. Christie, M. D. Clerk, D. A. Osmond, K. C. Sturge, and M. J. Zaworotko, "Interaction of Alkylaluminum Reagents with Organotransition Metal Arene Complexes:  Net Addition of Alkide, Haloalkide and Dichloromethide to [$(arene)_2Fe$]$^{2+}$ Cations," *Organometallics*, **11**, 337 (1992).

416. J. L. Atwood, G. W. Orr, F. Hamada, R. L. Vincent, S. G. Bott, and K. D. Robinson, "Calixarenes as Second-Sphere Ligands for Transition Metal Ions," *J.*

*Incl. Phenom.*, **14**, 37 (1992).

417. D. A. Atwood, A. H. Cowley, R. A. Jones, M. A. Mardones, J. L. Atwood, and S. G. Bott, "Synthesis and Structures of $[NMe_2(m-NMe_2)GaCl]_2$ and [TMP(m-OEt)GaCl]$_2$ (TMP = 2,6-tetramethylpipyridine)," *J. Coord. Chem.*, **26**, 285 (1992).

418. C. Balagopalakrishna, M. V. Rajasekharan, S. Bott, J. L. Atwood, and B. L. Ramakrishna, "Synthesis, Crystal Structure, Magnetic Susceptibility, and Single Crystal EPR Studies of Bis(diazafluorenone)dichlorocopper(II):  A Novel $Cu(NN)_2X_2$ System with an Unusual Distortion," *Inorg. Chem.*, **31**, 2843 (1992).

419. D. A. Atwood, A. H. Cowley, R. A. Jones, J. L. Atwood, and S. G. Bott, "Synthesis and X-ray Structure of $Me_2InI(NH_2(t-Bu))$:  The First Structurally Characterized Amine Adduct of a Dialkyl Indium Iodide," *J. Coord. Chem.*, **26**, 293 (1992).

420. D. A. Atwood, V. O. Atwood, A. H. Cowley, J. L. Atwood, and E. Roman, "Macrocyclic $(C_{22}H_{22}N_4)$ Complexes of Ge(II), Sn(II), Ga(III), and In(III).  Main Group Functionalities in an Unusual Environment," *Inorg. Chem.*, **31**, 3871 (1992).

421. J. Fang, R. Lu, H. Kim, I. Delgado, P. Geoffroy, J. L. Atwood, and G. W. Gokel, "Alkynes and Polyethylene Glycol Derivatives as Nucleophiles and Catalysts in Substitution  Reactions of 1-Chloroanthraquinones," *J. Org. Chem.*, **56**, 7059 (1992).

422. J. C. W. Chien, G. H. Llinas, M. D. Rausch, Y.-G. Lin, H. H. Winter, J. L. Atwood, and S. G. Bott, "Metallocene Catalysts for Olefin Polymerizations.  XXIV.  Stereoblock Propylene Polymerization Catalyzed by rac-[anti-Ethylidene(1-h$^5$-Tetramethylcyclopentadienyl)(1-h$^5$-Indenyl)dimethyltitanium]:  A Two-State Propagation," *J. Poly. Sci. A. Poly. Chem.*, **30**, 2601 (1992).

423. J. C. Medina, T. T. Goodnow, M. T. Rojas, J. L. Atwood, B. C. Lynn, A. E. Kaifer, and G. W. Gokel, "Ferrocenyl Iron as a Donor Group for Complexed Silver in Ferrocenyldimethyl[2.2]cryptand:  A Redox-Switched Receptor Effective in Water," *J. Am. Chem. Soc.*, **114**, 10583 (1992).

424. J. Li, A. D. Hunter, R. McDonald, B. D. Santarsiero, S. G. Bott, and J. L. Atwood, "p-Donor Interactions and the Origin of Arene Nonplanarity in Heterobimetallic $(h^6$-arene)$Cr(CO)_3$ Complexes Having s-Bonded Organometallic Substituents," *Organometallics*, **11**, 3050 (1992).

425. J. L. Atwood, "Inclusion (Clathrate) Compounds," in Encyclopedia of Physical Science and Technology, Vol. 8, 25-36 (1992).

426. F. Hamada, K. D. Robinson, G. W. Orr, and J. L. Atwood, "Alkali Metal Salts of Oxyanions of p-*tert*-Butylcalix[4]arene," *Supramol. Chem.*, **2**, 19 (1993).

427. G. Facey, R. H. Dubois, M. Zakrzewski, C. I. Ratcliffe, J. L. Atwood, and J. A. Ripmeester, "Phase Transition and Dynamic Structure of the Toluene Complex of t-Butylcalix[4]arene," *Supramol. Chem.*, **1**, 199 (1993).

428. D. A. Atwood, A. H. Cowley, P. R. Harris, R. A. Jones, J. L. Atwood, and S. G. Bott, "Cyclic Trimeric Hydroxy, Amido, Phosphido and Arsenido Derivatives of Al and Ga.  X-ray Structures of [t-Bu$_2$Ga(m-OH)]$_3$ and [t-Bu$_2$Ga(m-NH$_2$)]$_3$," *Organometallics*, **12**, 24 (1993).

429. J. L. Atwood and G. W. Gokel, "Molecular Recognition," in McGraw-Hill Dictionary of Science, 244-247 (1993).

430. R. M. Metzger, J. L. Atwood, W.-J. Lee, S. M. Rao, R. B. Lal, and B. H. Loo, "Structure of MAP:MNA, a New Nonlinear Optical Crystal," *Acta Crystallogr.*, **C49**, 738 (1993).

431. O. F. Schall, K. Robinson, J. L. Atwood, and G. W. Gokel, "Self-Assembling Nickel Clusters form Binding Sites for Alkali Metal Cations," *J. Am. Chem. Soc.*, **115**, 5962 (1993).

432. D. Lorcy, K. D. Robinson, Y. Okuda, J. L. Atwood, and M. P. Cava, "Novel Electron Acceptors Derived from Isothianaphthlene," *J. Chem. Soc., Chem. Commun.*, 345 (1993).

433. J. L. Atwood, G. W. Orr, S. G. Bott, and K. D. Robinson, "Supramolecular Complexes of Flexible, Extended Cavity Calix[4]arenes - Structural Characterization of a Molecular Venus's Flytrap," *Angew. Chem. Int. Ed. Engl.*, **32**, 1093 (1993).

434. J. L. Atwood, G. W. Orr, K. D. Robinson, and F. Hamada, "Calixarenes as Enzyme Models," *Supramol. Chem.*, **2**, 309 (1993).

435. F. M. Elms, M. G. Gardiner, G. A. Koutsantonis, C. L. Raston, J. L. Atwood, and K. D. Robinson, "Tertiary Phosphine Adducts of Alane and Gallane," *J. Organomet. Chem.*, **449**, 45 (1993).

436. F. Hamada, G. W. Orr, H. Zhang, and J. L. Atwood, "Crystal Structure of cyanocalix[4]arene methyl ether," *J. Cryst. Spec. Res.*, **23**, 681 (1993).

437. M. V. Lakshmikantham, M. P. Cava, W. H. H. Gunther, P. N. Nugara, K. A. Belmore, J. L. Atwood, and P. Cragg, "Synthesis of 1,2-Ditellurolane Derivatives," *J. Am. Chem. Soc.*, **115**, 885 (1993).

438. J. L. Atwood, G. W. Orr, R. K. Juneja, S. G. Bott, and F. Hamada, "Supramolecular Assemblies Based on Calixarenes," *Pure & Appl. Chem.*, **65**, 1471 (1993).

439. R. K. Juneja, K. D. Robinson, C. P. Johnson, and J. L. Atwood, "Synthesis and Characterization of Rigid, Deep-Cavity Calix[4]arenes," *J. Am. Chem. Soc.,* **115**, 3818 (1993).

440. J. L. Atwood, K. W. Butz, M. G. Gardiner, C. Jones, G. A. Koutsantonis, C. L. Raston, and K. D. Robinson, "Mixed-Donor and Monomeric N-Donor Adducts of Alane," *Inorg. Chem.*, **32**, 3482 (1993).

441. D. A. Atwood, A. H. Cowley, R. D. Hernandez, R. A. Jones, L. L. Rand, S. G. Bott, and J. L. Atwood, "Synthesis and Structural Characterization of a Homoleptic Bismuth Arenethiolate," *Inorg. Chem.*, **32**, 2972 (1993).

442. A. Razavi and J. L. Atwood, "Preparation and Crystal Structures of the Complexes$(h^5\text{-}C_5H_4CPh_2\text{-}h^5\text{-}C_{13}H_8)MCl_2$ (M = Zr, Hf) and the Catalytic Formation of High Molecular Weight High Tacticity Syndiotactic Polypropylene," *J. Organomet. Chem.*, **459**, 117 (1993).

443. D. A. Atwood, V. O. Atwood, A. H. Cowley, H. R. Gobran, and J. L. Atwood, "Facile Transmetalation Reactions of Macrocyclic $(C_{22}H_{22}N_4)$ Complexes of Germanium(II), Tin(II), and Lead(II)," *Inorg. Chem.*, **32**, 4671 (1993).

444. A. Razavi and J. L. Atwood, "Isospecific Propylene Polymerization with Unbridged Group 4 Metallocenes," *J. Am. Chem. Soc.*, **115**, 7529 (1993).

445. R. D. Schluter, A. H. Cowley, D. A. Atwood, R. A. Jones, and J. L. Atwood, "An Alkyl-substituted indium(I) Tetramer," *J. Coord. Chem.*, **30**, 25 (1993).

446. C. Scordilis-Kelley, K. D. Robinson, K. A. Belmore, J. L. Atwood, and R. T. Carlin, "Evidence for Hydrogen Bonds in 1,2-dimethyl-3-propylimidazolium Chloride and Its Chloroaluminate Molten Salts," *J. Cryst. Spec. Res.*, **23**, 601 (1993).

447. A. K. Singh, R. K. Juneja, J. L. Atwood, and R. J. Bridges, "Para-sulfonatocalixarenes are Potent Blockers of Colonic Chloride Channels," *Biophys. J.*, **64**, A17 (1993).

448. A. K. Singh, R. K. Juneja, R. Wang, J. L. Atwood, and R. J. Bridges, "TS-TM-Calix[4]arene: A Subnanomolar Blocker of ORCC," *Ped. Pulm.*, **9**, 227 (1993).

449. P. C. Junk and J. L. Atwood, "On the Crystal Structure of Hexathia-18-crown-6," *Supramol. Chem.*, **3**, 241 (1994).

450. A. Harton, M. K. Nagi, M. M. Glass, P. C. Junk, J. L. Atwood, and J. B. Vincent, "Synthesis and Characterization of Symmetric and Asymmetric Oxo-bridged Trinuclear Chromium Benzoate Complexes: Crystal and Molecular Structure of $[Cr_3O(O_2CPh)_6(py)_3]ClO_4$," *Inorg. Chim. Acta*, **217**, 171 (1994).

451.  J. L. Atwood, G. W. Orr, and K. D. Robinson, "First structural authentication of third-sphere coordination: [p-sulfonatocalix[4]arene]$^{5-}$ as a third-sphere ligand for Eu$^{3+}$," *Supramol Chem.*, **3**, 89 (1994).

452.  J. L. Atwood, S. M. Lawrence, and C. L. Raston, "N,N'-Di-t-Butylethylenediamine/Cl$_n$H$_{3-n}$AlNMe$_3$ Derivatives,"*J. Chem. Soc., Chem. Commun.*, 73 (1994).

453.  J. L. Atwood, G. A. Koutsantonis, F.-C. Lee, and C. L. Raston, "A Thermally Stable Alane - Secondary Amine Adduct:  [H$_3$Al(2,2,6,6-Tetramethylpiperidine)]," *J. Chem. Soc., Chem. Commun.*, 91 (1994).

454.  J. L. Atwood,. F.-C. Lee, C. L. Raston, and K. D. Robinson, "Bimetallic Aluminum and Gallium Derivatives of 1,1,1,5,5,5-Hexafluoropentane-2,4-dione via Selective Metallation/Hydrometallation," *J. Chem. Soc., Dalton Trans.*, 2019 (1994).

455.  J. L. Atwood, P. C. Junk, M. T. May, and K. D. Robinson, "Synthesis and X-ray Structure of [H$_3$O$^+$·18-crown-6][Br-Br-Br]; a Compound Containing both H$_3$O$^+$ and a Linear and Symmetrical Br$_3$$^-$ Ion Crystallized from Aromatic Solution," *J. Chem. Cryst.*, **24**, 243 (1994).

456.  P. C. Junk and J. L. Atwood, "Synthesis and X-ray Structures of [H$_3$O$^+$·18-crown-6]$_n$[MCl$_4$$^{n-}$]; (M = Fe, n = 1; M = Co, n = 2); Compounds which Form Liquid Clathrates with Aromatic Solutions," *J. Chem. Cryst.*, **24**, 247 (1994).

457.  J. L. Atwood, G. A. Koutsantonis, and C. L. Raston, "High Purity Fullerene-60 via Molecular Recognition," *Nature*, **368**, 229 (1994).

458.  J. W. Steed, P. C. Junk, J. L. Atwood, M. J. Barnes, C. L. Raston, and R. S. Burkhalter, "Ball and Socket Nano-Structures:  New Supramolecular Chemistry Based on Cyclotriveratrylene," *J. Am. Chem. Soc.*, **116**, 10346 (1994).

459.  J. W. Steed, R. K. Juneja, R. S. Burkhalter, and J. L. Atwood, "Synthesis of Cationic Organometallic Calixarene Hosts by Direct Metallation of the Outer Face," *J. Chem. Soc., Chem. Commun.*, 2205 (1994).

460.  J. L. Atwood, R. K. Juneja, P. C. Junk, and K. D. Robinson, "Structure of p-tert-Butylcalix[5]arene.Ethyl Acetate.  A Polymeric Array of Neighbor-Included Calixarenes," *J. Chem. Cryst.*, **24**, 573 (1994).

461.  Z. Hu, J. L. Atwood, and M. P. Cava, "A Simple Route to Sulfur Bridged Annulenes," *J. Org. Chem.*, **59**, 8071 (1994).

462.  J. L. Atwood, S. G. Bott, S. Harvey, and P. C. Junk, "Cationic, Neutral, and

Anionic Organoaluminum Species in [AlMe$_2$·18-crown-6·AlMe$_2$X][AlMeX$_3$], (X = Cl, I)," *Organometallics*, **13**, 4151 (1994).

463. D. A. Atwood, V. O. Atwood, A. H. Cowley, R. A. Jones, J. L. Atwood, and S. G. Bott, "Synthesis and Structural Characterization of Homoleptic Gallium Amides," *Inorg. Chem.*, **33**, 3251 (1994).

464. J. W. Steed, R. K. Juneja, and J. L. Atwood, "A Water-Soluble "Bear Trap" Exhibiting Strong Anion Complexation Properties," *Angew. Chem. Int. Ed. Engl.*, **33**, 2456 (1994).

465. J. L. Atwood, S. G. Bott, P. C. Junk, and M. T. May, "Liquid Clathrate Media Containing Transition Metal Halocarbonyl Anions," *J. Organomet. Chem.*, **487**, 7 (1995).

466. H. Zhang, J. W. Steed, and J. L. Atwood, "Inclusion Chemistry of Cyclotetraveratrylene," *Supramol. Chem.*, **4**, 185 (1995).

467. A. Razavi and J. L. Atwood, "Preparation and crystal structure of the complexes (h$^5$-C$_5$H$_3$MeCMe$_2$-h$^5$-C$_{13}$H$_8$)MCl$_2$ (M = Zr, Hf). Mechanistic aspects of catalytic formation of a syndio-iso-stereoblock type polypropylene," *J. Organomet. Chem.*, **497**, 105 (1995).

468. P. C. Blake, M. F. Lappert, R. G. Taylor, J. L. Atwood, W. E. Hunter, and H. Zhang, "Synthesis, Spectroscopic Properties, and X-ray Structures of [MCp''$_2$Cl$_2$] [M = Th or U; Cp'' = h-C$_5$H$_3$(SiMe$_3$)$_2$-1,3], [UCp''$_2$X$_2$] (X= Br, I or BH$_4$," *J. Chem. Soc., Dalton Trans.*, 3335 (1995).

469. L. J. Barbour, J. W. Steed, and J. L. Atwood, "Inclusion Chemistry of Cyclotetracatechylene," *J. Chem. Soc., Perkin Trans. 2* , 857 (1995).

470. J. L. Atwood, L. J. Barbour, P. C. Junk, and G. W. Orr, "Structure of the Water Soluble p-Sulfonatocalix[4]arene which Acts as a Receptor for Tetramethylammonium Ions," *Supramol. Chem.*, **5**, 105 (1995).

471. K. T. Holman, M. M. Halihan, J. W. Steed, S. S. Jurisson, and J. L. Atwood, "Hosting a Radioactive Guest:  Binding of $^{99}$TcO$_4^-$ by a Metallated Cyclotriveratrylene," *J. Am. Chem. Soc.*, **117**, 7848 (1995).

472. J. L. Atwood and P. C. Junk, "Synthesis and X-ray Structure of [H$_5$O$_2^+$·21-Crown-7][WOCl$_5^-$]; a Complex in Which the 21-Crown-7 Molecule Adopts a Rigid, Bowlic Conformation," *Chem. Comm.*, 1551 (1995).

473. P. C. Junk, M. T. May, K. D. Robinson, L. MacGillivray, and J. L. Atwood, "Synthesis and X-ray Structure of [H$_3$O$^+$·18-crown-6][I$_7^-$]:  A New Infinite Saw-

Horse Geometry for I$_7^-$ Crystallized from a Liquid Clathrate Medium," *Inorg. Chem.*, **34**, 5395 (1995).

474.   L. R. MacGillivray and J. L. Atwood, "Proton Induced Chirality:  Proton Complexation in the Chiral Cryptand [222-2H$^+$] Dication Isolated from a Liquid Clathrate Medium," *J. Org. Chem.*, **60**, 4972 (1995).

475.   J. W. Steed, C. P. Johnson, C. L. Barnes, R. K. Juneja, J. L. Atwood, S. Reilly, R. L. Hollis, P. H. Smith, and D. L. Clark, "Supramolecular Chemistry of p-sulfonatocalix[5]arene:  A Water Soluble, Bowl Shaped Host with a Large Molecular Cavity," *J. Am. Chem. Soc.*, **117**, 11426 (1995).

476.   A. Razavi, L. Peters, L. Nafpliotis, K. D. Daw, J. L. Atwood, and U. Thewald, "The Geometry of the Site and Its Relevance for Chain Migration and Stereospecificity," *Macromol. Symp.*, **89**, 345-67 (1995).

477.   A. Razavi, D. Vereecke, L. Petyers, K. D. Daw, L. Nafpliotis, and J. L. Atwood, "Manipulation of the Ligand Structure as an Effective and Versatile Tool for Modification of Active Site Properties in Homogeneous Ziegler-Natta Catalyst Systems," *Ziegler Catal.*, 111-47 (1995).

478.   J. W. Steed, H. Zhang, and J. L. Atwood, "Inclusion Chemistry of Cyclotriveratrylene and Cyclotricatechylene," *Supramol. Chem.*, **7**, 37 (1996).

479.   L. J. Barbour, L. R. MacGillivray, and J. L. Atwood, "Crystal and Molecular Structure of [H$_3$O·18-crown-6]$_2$[ReCl$_6$] Isolated from a Liquid Clathrate Medium," *J. Chem. Cryst.*, **26**, 59 (1996).

480.   J. W. Steed, C. P. Johnson, R. K. Juneja, and J. L. Atwood "Anion Inclusion Within the Cavity of p-Metalated p-tert-butylcalix[5]arene," *Supramol. Chem.*, **6**, 235 (1996).

481.   J. L. Atwood, S. G. Bott, P. C. Junk, and M. T. May, "Anionic Coordination Complexes of Mo and W which Crystallize from Liquid Clathrate Media with Oxonium Ion-Crown Ether Cations," *J. Coord. Chem.*, **37**, 89 (1996).

482.   J. L. Atwood, "An Introduction to the Crystallography of Supramolecular Compounds," in *Crystallography of Supramolecular Compounds*, Eds:  G. Tsoucaris, J. L. Atwood, and J. Lipkowski, Kluwer, Dordrecht, 1996, pp. 1-6.

483.   J. L. Atwood, "Structural Models of Biological Significance from Supramolecular Systems," in *Crystallography of Supramolecular Compounds*, Eds:  G. Tsoucaris, J. L. Atwood, and J. Lipkowski, Kluwer, Dordrecht, 1996, pp. 355-365.

484.   L. J. Barbour, L. R. MacGillivray, and J. L. Atwood, "Structural Consequences of M-Cl...H-N Hydrogen Bonds in Substituted Pyridinium Salts of the

Cobalt(II)tetrachloride Anion Isolated from Liquid Clathrate Media," *Supramol. Chem.*, **7**, 167 (1996).

485.  L. R. MacGillivray and J. L. Atwood, "Insight into the Mechanism of the Protonation of Cryptand 222 within a Liquid Clathrate Medium: Synthesis and X-ray Crystal Structure of [H$_3$O][222-2H][(CoCl$_3$)$_2$(m-Cl)]," *J. Chem. Soc., Chem. Commun.*, 735 (1996).

486.  C. P. Johnson, J. L. Atwood, J. W. Steed, C. B. Bauer, and R. D. Rogers, "Transition Metal Complexes of p-Sulfonatocalix[5]arene," *Inorg. Chem.*, **35**, 2602 (1996).

487.  L. J. Barbour, A. Damon, G. W. Orr, and J. L. Atwood, "Inclusion of Protonated Organic Species by p-Sulfonatocalix[4]arene anions. Crystal and Molecular Structure of the Inclusion Compounds (Na)$_2$[Cu(H$_2$O)$_4$(p-sulfonatocalix[4]arene)$_2$][Cu(H$_2$O)$_4$(pyridine)$_2$](pyridinium)$_2$·10H$_2$O and Na$_4$(morpholinium)[p-sulfonatocalix[4]arene]·8H$_2$O," *Supramol. Chem.*, **7**, 209 (1996).

488.  J. L. Atwood, "Diffraction Studies of Supramolecular Compounds," in Physical Supramolecular Chemistry, Eds.: L. Echegoyen and A. Kaifer, Kluwer, Dordrecht, 1996, pp 261-272.

489.  J. L. Atwood, P. C. Junk, S. M. Lawrence, and C. L. Raston, "Zinc Dimerization of p-tert-butylcalix[4]arene," *Supramol. Chem.*, **7**, 15 (1996).

490.  J. L. Atwood, M. G. Gardiner, C. Jones, C. L. Raston, B. W. Skelton, and A. H. White, "Trimethylaluminum and -gallium Derivatives of Calix[4]arenes: Cone (Mono-metallic) or Doubly Flattened Partial Cone (Tetra-metallic) Conformations," *J. Chem. Soc., Chem. Commun.*, 2487 (1996).

491.  J. L. Atwood, C. Jones, C. L. Raston, and K. D. Robinson, "The First Structural Characterization of a Five Coordinate Aluminum Trichloride - Bidentate Tertiary Amine Adduct, Trichloro(1,4-dimethylpiperazine)aluminum," *Main Group Chem.*, **1**, 345 (1996).

492.   J. L. Atwood, L. J. Barbour, E. S. Dawson, P. C. Junk, and J. Kienzle, "X-ray Structure of the Water Soluble Adeninium p-Sulfonatocalix[4]arene which Displays Cationic and Anionic Bilayers," *Supramol. Chem.*, **7,** 271 (1996).

493.  J. L. Atwood, M. J. Barnes, M. G. Gardiner, and C. L. Raston, "Cyclotriveratrylene Polarisation Assisted Aggregation of C$_{60}$," *J. Chem. Soc., Chem. Commun.*, 1449 (1996).

494.  C. L. Raston, J. L. Atwood, P. J. Nichols, and I. B. N. Sudria, "Supramolecular Encapsulation of Aggregates of C$_{60}$," *J. Chem. Soc., Chem. Commun.*, 2615

(1996).

495. J. L. Atwood, K. T. Holman, and J. W. Steed, "Laying Traps for Elusive Prey: Recent Advances in the Non-Covalent Binding of Anions," *J. Chem. Soc., Chem. Commun.*, 1401 (1996).

496. L. R. MacGillivray and J. L. Atwood, "Structural Reorganization of the $[222\text{-}2H]^{2+}$ Dication Through Cation-p and Charge-Charge Interactions:  Synthesis and Structure of Its $[CoCl_4].0.5\ C_6H_5CH_3$ Salt," *Angew. Chem. Int. Ed. Engl.*, **35**, 1828 (1996).

497. K. T. Holman, M. M. Halihan, S. S. Jurisson, J. L. Atwood, R. S. Burkhalter, A. R. Mitchell, and J. W. Steed, "Inclusion of Neutral and Anionic Guests within the Cavity of p-Metallated Cyclotriveratrylenes," *J. Am. Chem. Soc.*, **118**, 9567 (1996).

498. A. D. Hunter, R. Chukwu, B. D. Santarsiero, S. G. Bott, and J. L. Atwood, "Synthesis and Characterization of Polyaromatic Azine Derivatives of $(h^5\text{-}C_5H_5)Fe(CO)_2$ and $(h^5\text{-}C_9H_7)Fe(CO)_2$," *J. Organomet. Chem.*, **526**, 1 (1996).

499. A. Razavi and J. L. Atwood, "Synthesis and Characterization of the Catalytic Isotactic-specific Metallocene $[C_4H_9\text{-}C_5H_3\text{-}C(CH_3)_2\text{-}(C_{13}H_8)ZrCl_2]$. Mechanistic Aspects of the Formation of Isotactic Polypropylene, the Stereoregulative Effect of the Distal Substituent and the Relevance of $C_2$ Symmetry, *J. Organomet. Chem.*, **520**, 115 (1996).

500. J. L. Atwood, P. C. Junk, M. T. May, and K. D. Robinson, "New, Simple Coordination Compounds of Cr, Mo, and W from Liquid Clathrate Media," *J. Coord. Chem.*, **40**, 247 (1996).

501. C. Li, J. C. Medina, E. Abel, J. L. Atwood, and G. W. Gokel, "Neutral Molecule Receptor Systems using Ferrocene's "Atomic Ball Bearing" Character as the Flexible Element," *J. Am. Chem. Soc.*, **119**, 1609 (1997).

502. L. R. MacGillivray and J. L. Atwood, "Molecular Recognition of the Cyclic Water Trimer in the Solid State," *J. Am. Chem. Soc.*, **119**, 2592 (1997).

503. L. R. MacGillivray and J. L. Atwood, "Ether Cleavage of [2.2.2]cryptand: Synthesis and X-ray Crystal Structure of $[NH(CH_2CH_2I)_3][I_5]$," *J. Chem. Cryst.*, **27**, 209 (1997).

504. K. T. Holman, J. W. Steed, and J. L. Atwood, "Intra-cavity Inclusion of $[CpFe^{II}(arene)]^+$ Guests by Cyclotriveratrylene," *Angew. Chem. Int. Ed. Engl.*, **36**, 1736 (1997).

505. L. R. MacGillivray and J. L. Atwood, "Structural Consequences of Competing Noncovalent Forces:  the out-out Conformation of the Doubly Protonated

[2.2.2]cryptand," *Chem. Commun.*, 477 (1997).

506. L. J. Barbour, G. W. Orr, and J. L. Atwood, "Supramolecular Intercalation of $C_{60}$ into a Calixarene Bilayer - a Well-Ordered Solid-State Structure Dominated by van der Waals Contacts," *Chem. Commun.*, 1439 (1997).

507. M. Staffilani, K. S. B. Hancock, J. W. Steed, K. T. Holman, J. L. Atwood, R. K. Juneja, and R. S. Burkhalter, "Anion Binding within the Cavity of p-Metalated Calixarenes," *J. Am. Chem. Soc.*, **119**, 6324 (1997).

508. L. R. MacGillivray and J. L. Atwood, "Rational Design of Multi-Component Calix[4]arenes and Control of Their Alignment in the Solid State," *J. Am. Chem. Soc.*, **119**, 6931 (1997).

509. K. T. Holman, J. L. Atwood, and J. W. Steed, "Supramolecular Anion Receptors," in *Advances in Supramolecular Chemistry*, Vol. 4, G. W. Gokel, Ed., JAI Publications, New York, 287 (1997).

510. L. R. MacGillivray and J. L. Atwood, "A Chiral Spherical Molecular Assembly Held Together by 60 Hydrogen Bonds," *Nature*, **389**, 469 (1997).

    *C&EN*, October 6, 1997, p. 12

511. L. R. MacGillivray and J. L. Atwood, "Synthesis and Structure of $(H_2O)(12$-crown-$4)Co(II)(Co(II)Cl_3)(m$-Cl) Isolated from a Liquid Clathrate Medium," *J. Chem. Cryst.*, **27**, 453 (1997).

512. J. L. Atwood and J. W. Steed, "Structural and Topological Aspects of Anion Coordination," in *Supramolecular Chemistry of Anions*, A. Bianchi, K. Bowman-James, E. Garcia-Espana, Eds., Wiley-VCH, New York (1997).

513. J. L. Atwood and P. C. Junk, "Synthesis and X-ray Structure of Oxonium Ion Complexes of 21-Crown-7 and Dibenzo-30-crown-10," *J. Chem. Soc., Dalton Trans.*, 4393 (1997).

514. J. L. Atwood and P. C. Junk, "Use of Metal Carbonyls in the Formation of $H_5O_2^+$ in $[H_5O_2^+ \cdot 15$-Crown-5][MOCl$_4$(H$_2$O)$^-$], (M=Mo, W), and a Second Sphere Coordination Complex in [*mer*-CrCl$_3$(H$_2$O)$_3 \cdot 15$-Crown-5]," *J. Organomet. Chem.,* **565**, 179 (1998).

515. M. Staffilani, G. Bonvicini, J. W. Steed, K. T. Holman, J. L. Atwood, and M. R. J. Elsegood, "Bowl vs. Saddle Conformations in Cyclononatriene-based Anion Binding Hosts," *Organometallics* , **17**, 1732 (1998).

516. J. L. Atwood, L. J. Barbour, C. L. Raston, and I. B. N. Sudria, "Assemblies of $C_{60}$ and $C_{70}$ in the Molecular Pincer-Like Jaws of Calix[6]arene," *Angew. Chem. Int.*

*Ed. Engl.*, **37**, 981 (1998).

517. P. C. Andrews, J. L. Atwood, L. J. Barbour, P. J. Nichols, and C. L. Raston, "Rigid Concave Surfaces:  An Entry to Confinement of Globular Molecules, " *Chem. Eur. J.,* **4**, 1384 (1998).

518. K. N. Rose, L. J. Barbour, G. W. Orr, and J. L. Atwood, "Self-Assembly of Carcerand-Like Dimers of Calix[4]resorcinarene Facilitated by Hydrogen Bonded Solvent Bridges," *Chem. Commun.*, 407 (1998).

519. L. J. Barbour, G. W. Orr, and J. L. Atwood, "Supramolecular Assembly of Well-Separated, Linear Columns of Closely Spaced $C_{60}$ Molecules Facilitated by Dipole Induction," *Chem. Commun.,* 1901 (1998).

C&EN, Science/Technology Concentrates, September 14, 1998, p. 28.

520. A. Alvanipour, J. L. Atwood, S. G. Bott, P. C. Junk, U. H. Kynast, and H. Prinz, "Some Crown Ether Chemistry of Ti, Zr, and Hf Derived from Liquid Clathrate Media, " *J. Chem. Soc., Dalton Trans.*, 1223 (1998).

521. L. R. MacGillivray, K. T. Holman, and J. L. Atwood, "One-Dimensional Hydrogen Bonded Polymers Based on c-Methylcalix[4]resorcinarene and a Crystal Engineering Design Strategy," *Cryst. Eng.,* **1,** 87 (1998).

522. P. C. Junk and J. L. Atwood, "Hydrogen-bonded Tetramethylethylenediammonium and Triphenylphosphonium Complexes Derived from Liquid Clathrate Media," *J. Coord. Chem.*, 46, 505 (1998).

523. L. R. MacGillivray, R. H. Groeneman, and J. L. Atwood, "Design and Self-Assembly of Cavity-Containing Rectangular Grids," *J. Am. Chem. Soc.*, **120**, 2676 (1998).

524. E. Abel, R. Castro, I. M. McRobbie, L. Barbour, J. L. Atwood, A. E. Kaifer, and G. W. Gokel, "A Redox-Switchable Molecular Receptor Based on Anthraquinone," *Supramol. Chem.,* **9**, 199 (1998).

525. K. T. Holman, G. W. Orr, J. W. Steed, and J. L. Atwood, "Deep Cavity [CpFe(arene)]$^{+}$-Based Anion Hosts," *Chem.  Commun.*, 2109 (1998).

526. P. C. Blake, M. A. Edelman, P. B. Hitchcock, J. Hu, M. F. Lappert, S. Tian, G. Muller, J. L. Atwood, and H. Zhang, "Organometallic Chemistry of the Actinides. Part 4.  The Chemistry of Some Tris(cyclopentadienyl)actinide         Complexes," *J.  Organometal. Chem.*, **551**, 261 (1998).

527. J. L. Atwood, L. R. MacGillivray, K. N. Rose, L. J. Barbour, K. T. Holman, and G. W. Orr, "Large Molecular Assemblies Held Together by Non-Covalent Bonds," in

*Physical Methods of Characterization of Supramolecular Assemblies*, Ed.: G. Tsoucaris, Dordrecht, 7 (1998).

528. L. J. Barbour, G. W. Orr, and J. L. Atwood, "An Intermolecular $(H_2O)_{10}$ Cluster in a Solid-State Supramolecular Complex," *Nature*, **393**, 671 (1998).

529. R. H. Groeneman, L. R. MacGillivray, and J. L. Atwood, "Aromatic Inclusion within a Neutral Cavity-Containing Rectangular Grid," *Chem. Commun.*, 2735 (1998).

530. L. J. Barbour and J. L. Atwood, "RES2INS:  a Graphical Interface for the SHELX Program Suite," *J. Appl. Cryst.*, **31**, 963 (1998).

531. L. R. MacGillivray, K. T. Holman, and J. L. Atwood, "Multi-Guest Inclusion within One-Dimensional Hydrogen Bonded Polymers Based on *C*-Methylcalix[4]resorcinarene," *Am. Cryst. Assoc. Trans.*, **33**, 129 (1998).

532. J. L. Atwood, L. J. Barbour, P. J. Nichols, C. L. Raston, and C. A. Sandoval, "Symmetry-Aligned Supramolecular Encapsulation of C60; $[C_{60} > (L)_2]$. L = *p*-Benzylcalix[5]arene or *p*-Benzylhexahomooxacalix[3]arene," *Chem. Eur. J.*, **5**, 990 (1999).

533. L. R. MacGillivray and J. L. Atwood, "Structural Classification and General Principles for the Design of Spherical Molecular Hosts," *Angew. Chem., Int. Ed. Engl.*, **38**, 1018 (1999).

534. R. H. Groeneman, L. R. MacGillivray, and J. L. Atwood, "One-Dimensional Coordination Polymers Based upon Bridging Terephthalate Ions," *Inorg. Chem.*, **38**, 208 (1999).

535. P. C. Andrews, J. L. Atwood, L. J. Barbour, P. D. Croucher, P. J. Nichols, N. O. Smith, B. W. Skelton, A. H. White, and C. L. Raston, "Supramolecular Confinement of $C_{60}$, $S_8$, $P_4Se_3$, and Toluene by Metal(II) Macrocyclic Complexes," *J. Chem. Soc., Dalton Trans.*, 2927 (1999).

536. G. W. Orr, L. J. Barbour, and J. L. Atwood, "Controlling Molecular Self-Organization:  Formation of Nanometer-Scale Spheres and Tubules," *Science*, **285**, 1049 (1999).

C&EN, News of the Week, August 16, 1999, p. 5.

Cover Illustration

537. R. H. Groeneman and J. L. Atwood, "Terephthalate Bridged Coordination Polymers Based Upon Group Two Metals," *Cryst. Eng.*, **2**, 241 (1999).

538. L. R. MacGillivray and J. L. Atwood, "Unique Guest Inclusion within Multi-Component, Extended-Cavity Resorcin[4]arenes," *Chem. Commun.*, 181 (1999).

539. L. R. MacGillivray, J. L. Reid, J. L. Atwood, and J. A. Ripmeester, "Vinyl-Group Alignment Along the Upper Rim of a *Multi*-Component Resorcin[4]arene," *Cryst. Eng.*, **2**, 47 (1999).

540. L. R. MacGillivray and J. L. Atwood, "Discrete and Infinite Host Frameworks Based upon Resorcin[4]arenes by Design," in *Crystal Engineering:  From Molecules and Crystals to Materials*, Ed. A. G. Orpen and D. Braga, 407-419, Kluwer, The Netherlands, 1999.

541. L. R. MacGillivray and J. L. Atwood, "Spherical Molecular Containers:  From Discovery to Design," in *Adv. Supramol. Chem.*, Vol. 6; Ed.:  G. W. Gokel; JAI, 157-183 (1999).

542. J. L. Atwood, "Crystal Engineering Based on Diffraction Studies of Supramolecular Compounds," in *Crystal Engineering*, Ed. K. R. Seddon and M. Zaworotko, 371-381, Kluwer, The Netherlands, 1999.

543. J. L. Atwood, M. J. Hardie, C. L. Raston, and C. A. Sandoval, "Convergent Synthesis of *p*-Benzylcalix[7]arene:  Condensation and UHIG of *p*-Benzylcalix[6 or 8]arenes," *Organic Lett.*, **1**, 1523 (1999).

544. J. L. Atwood and P. C. Junk, "Synthesis and X-ray Crystal Structures of Novel Oxonium Ion-12-Crown-4 Complexes Isolated from Liquid Clathrate Media," *J. Coord. Chem.*, **51**, 379 (2000).

545. L. R. MacGillivray and J. L. Atwood, "Hydrogen Bonded Cavities Based upon Resorcin[4]arenes by Design," in *Calixarenes for Separations*; Ed.:  G. L. Lumetta, R. D. Rogers, and A. S. Gopalan, ACS, 325-340, 2000.

546. L. R. MacGillivray and J. L. Atwood, "Cavity-Containing Materials Based Upon Resorcin[4]arenes by Discovery and Design," *J. Solid State Chem.*, **152**, 199 (2000).

547. R. A. Groeneman and J. L. Atwood, "Self-Assembly of a Novel One-Dimensional Zig-Zag Coordination Polymer," *Supramol. Chem.*, **11**, 251 (2000).

548. L. R. MacGillivray and J. L. Atwood, "The 'Boat' Conformation of a Resoprcin[4]arene Self-assembles as a 'T-Shaped' Building Block in the Solid State to Form a Linear 1D Hydrogen-Bonded Array," *Supramol. Chem.*, **11**, 293 (2000).

549. L. R. Barbour, G. W. Orr, and J. L. Atwood, "Characterization of a Well Resolved Supramolecular Ice-Like $(H_2O)_{10}$ Cluster in the Solid State," *Chem. Comm.*, 859 (2000).

550. Z. Chen, J. Wang, V. S. Gopalaratnam, B. Orr, and J. L. Atwood, "Thermal Measurement Associated with Material Failure Using Thermochromic Coatings," *Experimental Techniques*, **24**, 29 (2000).

551. J. L. Atwood and P. C. Junk, "Formation and Crystal Structures of Novel Seven-coordinate 15-crown-5 Complexes of Manganese(II), Iron(II) and Cobalt(II) *Polyhedron*, **19**, 85 (2000).

552. E. Elisabeth, L. J. Barbour, G. W. Orr, K. T. Holman, and J. L. Atwood, "Synthesis and Structure of a One Dimensional Coordination Polymer Based Upon Tetracyanocalix[4]arene in the Cone Conformation," *Supramol. Chem.*, **12**, 317 (2000).

553. M. S. Selvan, M. D. McKinley, R. H. Dubois, and J. L. Atwood, "Liquid-Liquid Equilibria for Toluene plus Heptane + 1-Ethyl-3-methylimidazolium Triiodide and Toluene plus Heptane + 1-Butyl-3-methylimidazolium Triiodide," *J. Chem. Eng. Data*, **45**, 841 (2000).

554. L. R. MacGillivray and J. L. Atwood, "Spherical Molecular Assemblies: A Class of Hosts for the Next Millennium," in *Chemistry for the 21st Century.*; Ed.: E. Keinan and I. Schechter, Wiley-VCH, 130-150, 2001.

555. A. M. Bond, W. Miao, C. L. Raston, T. J. Ness, M. J. Barnes, and J. L. Atwood, "Electrochemical and Structural Studies on Microcrystals of the $(C_{60})_x$(CTV) Inclusion Complexes (x = 1, 1.5; CTV = Cyclotriveratrylene)," *J. Phys. Chem. B,* **105**, 1687 (2001).

556. R. H. Groeneman and J. L. Atwood, "Controlling Aromatic Inclusion within NonAqueous Copper Iodide Coordination Polymers," *Supramol. Chem.*, **12**, 353 (2001).

557. J. L. Atwood, L. J. Barbour, M. J. Hardie, C. L. Raston, M. N. Statton, and H. R. Webb, "Hetero-bimetallic Cage Molecules: Solvated $Na_2M_2$(p-sulfonatocalix[4]arene)$_2$, M = Y, Eu," *Cryst. Eng. Comm.*, **4**, 1 (2001).

558. J. L. Atwood, L. J. Barbour, M. J. Hardie, and C. L. Raston, "Metal Sulfonatocalixarene Complexes: Bi-layers, Capsules, Spheres, Tubular Arrays and Beyond," *Coord. Chem. Rev.*, **222**, 3 (2001).

559. J. L. Atwood, L. J. Barbour, and A. Jerga, "Hydrogen-Bonded Molecular Capsules are Stable in Polar Media," *Chem. Comm.*, 2376 (2001).

560. J. L. Atwood, L. J. Barbour, M. J. Hardie, E. Lygris, C. L. Raston, and H. R. Webb, "Inclusion Complexes of 18-Crown-6 and ($Na^+$.[2.2.2]cryptand) in [*C*-Methylcalix[4]resorcinarene-H$_n$], n = 0, 1," *Cryst. Eng. Comm.*, 10 (2001).

561.  J. L. Atwood, L. J. Barbour, T. J. Ness, C. L. Raston, and P. L. Raston, "A Well Resolved Ice-Like ($H_2O$)$_8$ Cluster in an Organic Supramolecular Complex," *J. Am. Chem. Soc.*, **123**, 7192 (2001).

562.  K. N. Rose, M. J. Hardie, J. L. Atwood, and C. L. Raston, "Oxygen-center Laden $C_{2h}$ Symmetry Resorcin[4]arenes," *J. Supramol. Chem.*, **1**, 35 (2001).

563.  L. J. Barbour and J. L. Atwood, "Non-covalent Interactions Exert Extraordinary Influence Over Conformation and Properties of a Well-Known Supramolecular Building Block," *Chem. Comm.*, 2020 (2001).

564.  J. L. Atwood, L. J. Barbour, and A. Jerga, "On the Synthesis and Structure of the Very Large Spherical Capsules Derived from Hexamers of Pyrogallol[4]arenes," *J. Supramol. Chem.*, **1**, 131 (2001).

565.  L. R. MacGillivray, K. T. Holman, and J. L. Atwood, "Hydrogen Bonds Assist the Organization of Up to 11 Guests within Self-Assembling Cavities of Nanometer Dimensions," *J. Supramol. Chem.*, **1**, 125 (2001).

566.  J. L. Atwood, T. Ness, P. J. Nichols, and C. L. Raston, "Confinement of Amino Acids in Tetra-*p*-sulfonated Calix[4]arene Bi-layers," *Cryst. Growth & Design*, **2**, 171 (2002).

567.  J. L. Atwood, L. J. Barbour, and C. L. Raston, "Supramolecular Organization of $C_{60}$ into Linear Columns of Five-Fold, Z-Shaped Strands," *Cryst. Growth & Design*, **2**, 3 (2002).

568.  J. L. Atwood, L. J. Barbour, and A. Jerga, "Organization of the Interior of Molecular Capsules by Hydrogen Bonding," *Proc. Natl. Acad. Sci.*, **99**, 4837 (2002).

569.  J. L. Atwood, L. J. Barbour, and A. Jerga, "Supramolecular Stabilization of $N_2H_7^+$," *J. Am. Chem. Soc.*, **124**, 2122 (2002).

570.  J. L. Atwood, L. J. Barbour, and A. Jerga, "Storage of Methane and Freon by Interstitial van der Waals Confinement," *Science*, **296**, 2367 (2002).

      *Science Express*, May 9, 2002, www.sciencexpress.org

      *C&EN*, July 8, 2002, p. 27

      *C&EN*, Chemistry Highlights 2002, December 22, 2003, p. 47

      Highlights, *Angew. Chem. Int. Ed. Engl.*, 42, 1686 (2003)

571.  J. L. Atwood, L. J. Barbour, S. Dalgarno, C. L. Raston, and H. R. Webb, "Supramolecular Assemblies of *p*-Sulfonatocalix[4]arene with Aquated Trivalent

Lanthanide Ions," *Dalton Trans.*, 4351 (2002).

572.   J. L. Atwood and A. Szumna, "Hydrogen Bonds Seal Single-Molecule Molecular Capsules," *J. Am. Chem. Soc.*, **124**, 10646 (2002).

573.   J. L. Atwood, L. J. Barbour, A. Jerga, and B. L. Schottel, "Guest Transport in a Non-Porous Organic Solid via Dynamic van der Waals Cooperativity," *Science*, **298**, 1000 (2002).

*Science* Perspectives, J. W. Steed, 298, 976 (2002)

*C&EN*, November 4, 2002, p. 8

*C&EN*, Chemistry Highlights 2002, December 22, 2003, p. 47.

574.   J. L. Atwood, "Kagome Lattice:  A Molecular Toolkit for Magnetism," *Nature Materials,* **1**, 91 (2002).

575.   J. L. Atwood, L. J. Barbour, and A. Jerga, "Polymorphism of Pure p-tert-Butylcalix[4]arene:  Conclusive Identification of the Phase Obtained by Desolvation," *Chem. Comm.*, 2952 (2002).

576.   J. A. Gawenis, K. T. Holman, J. L. Atwood, and S. S. Jurisson, "Extraction of Pertechnetate and Perrhenate from Water with Deep-Cavity [CpFe(arene)]$^+$-Derivatized Cyclotriveratrylenes," *Inorg. Chem.,* **41**, 6028 (2002).

577.   J. L. Atwood, L. J. Barbour, M. W. Heaven, and C. L. Raston, "Synthesis of 2-Imino-5-phenylimidazolidin-4-one and the Structure of Its Trifluoroacetate Salt," *J. Chem. Cryst.*, **33**, 175 (2003).

578.   J. L. Atwood and A. Szumna, "Cation-p Interactions in Neutral Resorcin[4]arenes," *J. Supramol. Chem.*, **2**, 421 (2003).

579.   J. L. Atwood and L. J. Barbour, "Molecular Graphics:  From Science to Art," *Cryst. Growth Des.*, **3**, 3 (2003).

Cover Illustration (Cover design used for all 2003 issues.)

580.   Z. Chen, J. L. Atwood, and Y.-W. Mai, "Rate-Dependent Transition from Thermal Softening to Hardening in Elastomers," *J. Applied Mechanics*, **70**, 611 (2003).

581.   J. L. Atwood and A. Szumna, "Anion-Sealed Single-Molecule Capsules," *Chem. Comm.*, 940 (2003).

*C&EN*, News of the Week, April 14, 2003, p. 11.

*C&EN*, Chemistry Highlights 2003, December 22, 2003, p. 47.

582. J. L. Atwood, L. J. Barbour, M. W. Heaven, and C. L. Raston, "Association and Orientation of $C_{70}$ Complexation with Calix[5]arene," *Chem. Comm.,* 2270 (2003).

583. M. W. Heaven, L. J. Barbour, J. L. Atwood, and C. L. Raston, "Controlling the van der Waals Connectivity of Fullerene $C_{60}$," *Angew. Chem. Int. Ed. Engl.*, **42**, 3254 (2003).

584. J. L. Atwood, L. J. Barbour, and A. Jerga, "A New Class of Material for the Recovery of Hydrogen from Gas Mixtures," *Angew. Chem. Int. Ed. Engl.*, **43**, 2948 (2004).

*C&EN*, News of the Week, May 31, 2004, p. 7.

*Science News*, June 12, 2004, pp. 380-381.

585. J. L. Atwood, S. J. Dalgarno, M. J. Hardie, and C. L. Raston, "Hydrogen-Bonded Arrays of a Ytterbium(III) p-sulfonatocalix[6]arene Complex," *New J. Chem.*, **28**, 326 (2004).

586. K. S. Chichak, S. J. Cantrill, A. R. Pease, S.-h. Chiiu, G. W. V. Cave, J. L. Atwood, and J. F. Stoddart, "Molecular Borromean Rings," *Science*, **304**, 1308 (2004).

*C&EN*, News of the Week, May 31, 2004, p. 5.

*C&EN*, Chemistry Highlights 2004, December 20, 2004, p. 60-61.

587. S. J. Dalgarno, M. J. Hardie, J. L. Atwood, and C. L. Raston, "Bilayers, Corrugated Bilayers, and Coordination Polymers of *p*-Sulfonatocalix[6]arene,"*Inorg. Chem.*, **43**, 6351 (2004).

588. J. L. Atwood, L. J. Barbour, S. J. Dalgarno, M. J. Hardie, C. L. Raston, and H. R. Webb, "Toward Mimicking Viral Geometry with Metal-Organic Systems," *J. Am. Chem. Soc.*, **126**, 13170 (2004).

589. G. W. V. Cave, J. Antesberger, L. J. Barbour, R. M. McKinlay, and J. L. Atwood, "Inner Core Structure Responds to Communication between nanocapsule Walls," *Angew. Chem. Int. Ed. Engl.*, **43**, 5263 (2004).

Cover Illustration

*C&EN*, Science & Technology, January 3, 2005, 30-32

590. J. L. Atwood, L. J. Barbour, G. O. Lloyd, and P. K. Thallapally, "Polymorphism of Pure *p-tert*-Butylcalix[4]arene:  Subtle Thermally-Induced Modifications," *Chem. Comm.*, 922 (2004).

591. G. W. V. Cave, M. C. Ferrarelli, and J. L. Atwood, "A Supramolecular Approach to Deepening the Pyrogallol[4]arene Cavity:  Nano-Cups," *Chem. Comm.*, 2787 (2005).

592. J. L. Atwood, L. J. Barbour, P. K. Thallapally, and T. B. Wirsig, "A Crystalline Organic Substrate Absorbs Methane under STP Conditions," *Chem. Comm.*, 51 (2005).

*Materials Research Society Bulletin*, 30, 2005, 154-155

593. S. J. Dalgarno, M. J. Hardie, J. L. Atwood, J. E. Warren, and C. L. Raston, "A Complex 3-D 'wavy brick wall' Coordination Polymer Based on p-Sulfonatocalix[8]arene," *New. J. Chem.*, **29**, 649 (2005).

594. J. Antesberger, G. W. V. Cave, M. C. Ferrarelli, M. W. Heaven, C. L. Raston, and J. L. Atwood, "Solvent-free, direct synthesis of supramolecular nano-capsules," *Chem. Comm.*, 892 (2005).

595. G. O. Lloyd, J. L. Atwood, and L. J. Barbour, "Water-assisted self-assembly of harmonic single and triple helices in a polymeric coordination complex," *Chem. Comm.*, 1845 (2005).

596. J. L. Atwood, S. J. Dalgarno, M. J. Hardie, and C. L. Raston, "Selective single crystal complexation of L- or D-leucine by *p*-sulfonatocalix[6]arene," *Chem. Comm.*, 337 (2005).

597. J. L. Atwood, G. W. V. Cave, and R. M. McKinlay, "A Supramolecular Blueprint Approach to Metal-Coordinated Capsules," *PNAS*, **102**, 5944 (2005).

598. P. K. Thallapally, G. O. Lloyd, T. B. Wirsig, M. W. Bredenkamp, J. L. Atwood, and L. J. Barbour, "Organic Crystals Absorb Hydrogen Gas under Mild Conditions,"*Chem. Comm.*, 5272 (2005).

599. P. K. Thallapally, G. O. Lloyd, J. L. Atwood, and L. J. Barbour, "Diffusion of Water in a Nonporous Hydrophobic Crystal," *Angew. Chem. Int. Ed. Engl.*, 44, 3848 (2005).

Editors' Choice, *Science*, **308**, 1521 (2005).

600. R. M. McKinlay, P. K. Thallapally, G. W. V. Cave, and J. L. Atwood, "Hydrogen Bonded Supramolecular Assemblies as Robust Templates in the Synthesis of Large Metal-Coordinated Capsules," *Angew. Chem. Int. Ed. Engl.*, **44**, 5733 (2005).

601. P. K. Thallapally, T. B. Wirsig, L. J. Barbour, and J. L. Atwood, "Crystal Engineering of Non-porous Organic Solids for Methane Sorption," *Chem. Comm.*, 4420 (2005).

602. S. J. Dalgarno, D. B. Bassil, S. A. Tucker, and J. L. Atwood, "Fluorescent Probe Molecules Report Ordered Inner Phase of Nano-Capsules in Solution," *Science*, **309**, 2037 (2005).

603. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Host-Guest Complexes with *p*-Sulfonatocalix[4,5]arenes, Charged crown Ethers and Lanthanides:  Factors Affecting Molecular Capsule Formation," *Cryst. Growth Des.*, **6**, 174 (2006).

604. S. J. Dalgarno, G. W. V. Cave, and J. L. Atwood, "Toward the Isolation of Functional Organic Nano-tubes," *Angew. Chem. Int. Ed. Engl.*, **45**, 570 (2006).

605. P. K. Thallapally, L. Dobrzanska, T. R. Gingrich, T. B. Wirsig, L. J. Barbour, and J. L. Atwood, "Acetylene Absorption and Binding in a Nonporous Crystal Lattice," *Angew. Chem. Int. Ed. Engl.*, **45**, 6506 (2006).

606. M. W. Heaven, G. W. V. Cave, R. M. McKinlay, J. Antesberger, S. J. Dalgarno, P. K. Thallapally, and J. L Atwood, "Hydrogen Bonded Hexamers Self-Assemble as Spherical and Tubular Superstructures on the Sub-Micron Scale," *Angew. Chem. Int. Ed. Engl.*, **45**, 6221 (2006).

607. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Sulfonatocalixarenes:  Molecular Capsule and 'Russian Doll' Arrays to Structures Mimicking Viral Geometry," *Chem. Comm.*, 4567 (2006).

608. S. J. Dalgarno, N. P. Power, J. Antesberger, R. M. McKinlay, and J. L. Atwood, "Synthesis and Structural Characterisation of Lower Rim Halogenated Pyrogallol[4]arenes:  Bi-layers and Hexameric Nano-capsules," *Chem. Comm.*, 3803 (2006).

609. S. J. Dalgarno, D. B. Bassil, S. A. Tucker, and J. L. Atwood, "Cocrystallization and Encapsulation of a Fluorophore with Hexameric Pyrogallol[4]arene Nano-capsules: Structural and Fluorescence Studies," *Angew. Chem. Int. Ed. Engl.*, **45**, 7019 (2006).

610. P. K. Thallapally, S. J. Dalgarno, and J. L. Atwood, "Frustrated Organic Solids Display Unexpected Gas Sorption," *J. Amer. Chem. Soc.,* **128**, 15060 (2006).

   *C&EN*, News of the Week, November 13, 2006, 14

611. R. M. McKinlay and J. L. Atwood, "Hexameric *C*-alkylpyrogallol[4]arene Molecular Capsules Sustained by Metal-ion Coordination and Hydrogen Bonds," *Chem. Comm.*, 2956 (2006).

612. P. K. Thallapally and J. L. Atwood, "Sorption of Nitrogen Oxides (NOx's) in a Nonporous Crystal Lattice," *Chem. Comm.*, 1521 (2007).

   *Chemistry World*, Chemical Sciences, March 28, 2007

613. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Synthesis and Structural Characterisation of Two Polynuclear Hafnium (IV) Complexes," *Inorg. Chim. Acta*, **360**, 1344 (2007).

614. P. K. Thallapally, K. A. Kirby, and J. L. Atwood, "Comparison of Porous and Nonporous Materials for Gas Storage," *New J. Chem.*, **31**, 629 (2007).

615. S. J. Dalgarno, P. K. Thallapally, L. J. Barbour, and J. L. Atwood, "Engineering Void Space in Organic van der Waals Crystals:  Calixarenes Lead the Way", *Chem. Soc. Rev.*, **36**, 236 (2007).

616. N. P. Power, S. J. Dalgarno, and J. L. Atwood, "Robust and Stable Pyrogallol[4]arene Molecular Capsules Facilitated via an Octanuclear Zinc Coordination Belt," *New J. Chem.*, **31**,17 (2007).

    Cover Illustration

617. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Structural Versatility in Praseodymium Complexes of *p*-Sulfonatocalix[4]arene," *Cryst. Growth Des.*, **7**, 1762 (2007).

618. R. M. McKinlay and J. L. Atwood, "Hydrogen-Bonded Hexameric Nanotoroidal Assembly," *Angew. Chem. Int. Ed. Engl.*, **46**, 2394 (2007).

619. R. M. McKinlay, S. J. Dalgarno, P. J. Nichols, S. Papadoupolos, J. L. Atwood, and C. L. Raston, "Icosahedral Galloxane Clusters," *Chem. Comm.*, 2393 (2007).

620. S. J. Dalgarno, N. P. Power, and J. L. Atwood, "Ionic Dimeric Pyrogallol[4]arene Capsules," *Chem. Comm.*, 3447 (2007).

621. P. K. Thallapally, B. P. McGrail, J. L. Atwood, C. Gaeta, C. Tedesco, and P. Neri, "Carbon Dioxide Capture in a Self-Assembled Organic Nanochannel," *Chem. Mat.*,**19**, 3355 (2007).

    Cover Illustration

622. S. J. Dalgarno, J. Antesberger, R. M. McKinlay, and J. L. Atwood, "Water as a Building Block in Solid-State Acetonitrile-Pyrogallol[4]arene Assemblies: Structural Investigations," *Chem. Eur. J.*, **13**, 8248 (2007).

623. D. B. Bassil, S. J. Dalgarno, G. W. V. Cave, J. L. Atwood, and S. A. Tucker, "Spectroscopic Investigations of ADMA Encapsulated in Pyrogallol[4]arene Nanocapsules," *J. Phys. Chem. B*, **111**, 9088 (2007).

624. N. P. Power, S. J. Dalgarno, and J. L. Atwood, "Guest and Ligand Behavior in

Zinc-Seamed Pyrogallol[4]arene Molecular Capsules," *Angew. Chem. Int. Ed. Engl.*, **46**, 8601 (2007).

Inside Cover Illustration

625.  J. L. Daschbach, P. K. Thallapally, J. L. Atwood, B. P. McGrail, and L. X. Dang, "Free Energies of $CO_2/H_2$ Capture by p-tert-Butylcalix[4]arene:  A Molecular Dynamics Study," *J. Chem. Phys.*, **127**, 104703-1-104703-4 (2007).

626.  J. L. Atwood, T. E. Clark, S. J. Dalgarno, M. Makha, C. L. Raston, J. Tian, and J. E. Warren, "Calix[5]arene:  A Versatile Sublimate that Displays Gas Sorption Properties," *Chem. Comm.*, 4848 (2007).

Cover illustration

627.  T. E. Clark, M. Makha, A. N. Sobolev, S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Structural Diversity of Methyl-Substituted Inclusion Complexes of Calix[5]arene," *Cryst. Growth Des.*, 7, 2059 (2007).

628.  S. J. Dalgarno, J. E. Warren, J. Antesberger, T. E. Glass, and J. L. Atwood, "Large Diameter Non-covalent Nanotubes Based on the Self-assembly of *para*-Carboxylatocalix[4]arene," *New J. Chem.*, **31**, 1891 (2007).

Inside Cover Illustration

629.  S. J. Dalgarno, N. P. Power, J. E. Warren, and J. L. Atwood, "Rapid Formation of Metal-Organic Nano-Capsules Gives New Insight into the Self-Assembly Process," *Chem. Comm.*, 1539 (2008).

630.  S. J. Dalgarno, N. P. Power, and J. L. Atwood, "Organic Nanocapsules," *Organic Nanostructures*, Ed. J. W. Steed and J. L. Atwood, Wiley, 317-346 (2008).

631.  P. K. Thallapally, B. P. McGrail, H. T. Schaef, S. J. Dalgarno, J. Tian, and J. L. Atwood, "Gas-Induced Transformation and Expansion of a Non-Porous Organic Solid," *Nature Mat.*, **7**, 146 (2008).

632.  S. J. Dalgarno, N. P. Power, and J. L. Atwood, "Metallo-Supramolecular Capsules," *Coord. Chem. Rev.*, **252**, 825 (2008).

633.  S. J. Dalgarno, K. M. C. Bosque, J. E. Warren, T. E. Glass, and J. L. Atwood, "Interpenetrated Nano-capsule Networks Based on the Alkali Metal Assisted Assembly of *p*-Carboxylatocalix[4]arene-*O*-methyl Ether," *Chem. Comm.*, 1410 (2008).

634.  T. E. Clark, M. Makha, A. N. Soblev, D. Su, H. Rohrs, M. L. Gross, J. L. Atwood, and C. L. Raston, "Self-organised nano-arrays of *p*-phosphonic acid functionalised higher order calixarenes," *New J. Chem.*, **32**, 1478 (2008).

635. S. J. Dalgarno, P. K. Thallapally, J. Tian, and J. L. Atwood, "*Pseudo*-polymorphism in the Toluene Solvate of p-*tert*-Butylcalix[5]arene:  Structural and Gas Sorption Investigations," *New J. Chem.*, **32**, 2095 (2008).

636. G. W. V. Cave, S. J. Dalgarno, J. Antesberger, M. C. Ferrarelli, R. M. McKinlay, and J. L. Atwood, "Investigations into Chain Length Control Over Solid-State Pyrogallol[4]arene Nanocapsule Packing," *Supramol. Chem.*, **20**, 157 (2008).

637. T. E. Clark, M. Makha, A. N. Sobolev, H. Rohrs, J. L. Atwood, and C. L. Raston, "Engineering Nano-Rafts of Polyphosphonates," *Chem. Eur. J.*, 3931 (2008).

638. K. S. Iyer, M. Norret, S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Loading Molecular Hydrogen Cargo within Viruslike Nanocontainers," *Angew. Chem. Int. Ed. Engl.*, 47, 6362 (2008).

639. P. K, Thallapally, P. B. McGrail, S. J. Dalgarno, and J. L. Atwood, "Gas/Solvent-Induced Transformation and Expansion of a Nonporous Solid to 1:1 Host Guest Form," *Cryst. Growth & Des.*, **8**, 2090 (2008).

640. S. J. Dalgarno, J. E. Warren, J. L. Atwood, and C. L. Raston, "Versatility of *p*-sulfonatocalix[5]arene in Building up Multicomponent Bilayers," *New J. Chem.*, **32**, 2100 (2008).

641. P. K. Thallapally, J. Tian, M. R. Kishan, C. A. Fernandez, S. J. Dalgarno, P. B. McGrail, J. E. Warren, and J. L. Atwood, "A Flexible (Breathing) Interpenetrated Metal-Organic Frameworks for $CO_2$ Separation Applications," *J. Am. Chem. Soc.*, **130**, 16842 (2008).

642. P. Jin, S. J. Dalgarno, C. Barnes, S. J. Teat, and J. L. Atwood, "Ion Transport to the Interior of Metal-Organic Pyrogallol[4]arene Nano-Capsules," *J. Am. Chem. Soc.*, **130**, 17262 (2008).

643. P. Jin, S. J. Dalgarno, J. E. Warren, S. Teat, and J. L. Atwood, "Enhanced Control over Metal Composition in Mixed Ga/Zn and Ga/Cu Coordinated Pyrogallol[4]arene Nano-Capsules," *Chem. Comm.*, 3348 (2009).

644. J. Tian, P. K. Thallapally, S. J. Dalgarno, P. B. McGrail, and J. L. Atwood, "Amorphous Molecular Organic Solids for Gas Adsorption," *Angew. Chem. Int. Ed. Engl.*, **48**, 5492 (2009).

645. S. J. Dalgarno, T. Szabo, A. Siavosh-Haghighi, C. A. Deakyne, J. E. Adams, and J. L. Atwood, "Exploring the Limits of Encapsulation within Hexameric Pyrogallol[4]arene Nano-Capsules," *Chem. Comm.*, 1339 (2009).

646. J. Tian, S. J. Dalgarno, P. K. Thallapally, and J. L. Atwood, "Increased Control Over the Desolvation of p-tert-Butylcalix[5]arene," *Cryst. Eng. Comm.*, **11**, 33

(2009).

647. J. Tian, P. K. Thallapally, S. J. Dalgarno, and J. L. Atwood, "Free Transport of Water and CO$_2$ in Nonporous Hydrophobic Clarithromycin Form II Crystals," *J. Am. Chem. Soc.*, **131**, 13216 (2009).

*Chemical & Engineering News*, News of the Week, September 7, 2009, p. 14.

648. C. Tedesco, L. Erra, V. Cipolletti, C. Gaeta, P. Neri, M. Brunelli, A. N. Fitch, and J. L. Atwood, "Methane Adsorption in a Supramolecular Organic Zeolite," *Chem. Eur. J.*, **16**, 2371 (2010).

649. A. K. Maerz, H. Thomas, N. P. Power, C. A. Deakyne, and J. L. Atwood, "Dimeric Nanocapsule Induces Conformational Change," *Chem. Comm.*, 1235 (2010).

650. J. L. Atwood., E. K. Brechin, S. J. Dalgarno, R. Inglis, L. F. Jones, A. V. Mossine, M. J. Paterson, N. P. Power, S. J. Teat, "Magnetism in Metal-Organic Capsules," *Chem. Comm.*, 3484 (2010).

651. M. R. Kishan, J. Tian, P. K. Thallapally, C. A. Fernandez, S. J. Dalgarno, J. E. Warren, B. P. McGrail, and J. L. Atwood, "Flexible Metal-Organic Supramolecular Isomers for Gas Separation," *Chem. Comm.* 538 (2010).

Cover Illustration

652. P. Jin, S. J. Dalgarno, and J. L. Atwood, "Mixed Metal-Organic Nanocapsules," *Coord. Chem. Rev.*, **254**, 1760 (2010).

653. J. L. Whetstine, K. K. Kline, D. A. Fowler, C. Barnes, J. L. Atwood, and S. A. Tucker, "Spectroscopic Investigations of Pyrene Butanol Encapsulated in *C*-hexylpyrogallol[4]arene Nanocapsules," *New J. Chem.*, **34**, 2587 (2010).

654. K. T. Holman, S. D. Drake, J. W. Steed, G. W. Orr, and J. L. Atwood, "Aryl-Extended Cyclotriguaiacylenes and an Aryl Bridged Cryptophane that Provides Snapshots of a Molecular Gating Mechanism, *Supramol. Chem.*, **22**, 870 (2010).

655. J. Tian, P. K. Thallapally, and J. L. Atwood, "Gas-Induced Solid State Transformation of an Organic Lattice:  From Nonporous to Nanoporous," *Chem. Comm.*, 701 (2011).

656. J. Tian, S. J. Dalgarno, and J. L. Atwood, "A New Strategy of Transforming Pharmaceutical Crystal Forms," *J. Am. Chem. Soc.*, **133**, 1399 (2011).

*Chemical & Engineering News*, News of the Week, January 17, 2011, p. 8.

657. A. K. Maerz, D. A. Fowler, C. M. Beavers, S. J. Teat, S. J. Dalgarno, C. A. Deakyne, and J. L. Atwood, "Solid-State Investigation into Conformational Control

of Zinc(II) Dimeric Nanocapsules Using *C*-4-propoxyphenylpyrogallol[4}arenes," *Chem. Comm.*, submitted.

658. A. V. Mossine, H. Kumari, D. A. Fowler, A. K. Maerz, S. R. Kline, C. L. Barnes, and J. L. Atwood, "Ferrocene as a Hydrophobic Temblating Agent with Pyrogallol[4]arenes," *Isr. J. Chem.*, **51**, 840 (2011).

659. P. Jin, S. J. Dalgarno, S. J. Teat, and J. L. Atwood, "Structural Alteration of the Metal-Organic Pyrogallol[4]arene Nano-Capsule Motif by Incorporation of Large Metal Centres," *Chem. Comm.*, submitted.

660. D. A. Fowler, J. Tian, C. L. Barnes, S. J. Teat, and J. L. Atwood, "Cocrystallization of *C*-Butylpyrogallol[4]arene and *C*-Propan-3-olpyrogallol[4]arene with Gabapentin,"
*Cryst. Eng. Comm.*, **13**, 1446 (2011).

661. S. J. Dalgarno, J. L. Atwood, and C. L. Raston, "Structural Diversity in Lanthanide Diaza-Crown Ether Complexes of *p*-sulfonatocalix[4 or 5]arenes:  'Molecular Capsule' versus 'Alternative Bi-Layer' Arrays," *Dalton Trans.*, submitted.

662. S. J. Dalgarno, K. S. Iyer, J. L. Atwood, and C. L. Raston, "Hydrogen-Bonded Molecular Capsules," *Nanoscale*, submitted.

663. R. K. Motkuri, P. K. Thallapally, B. P. McGrail, and J. L. Atwood, "Role of Hydrocarbons on Pore Expansion and Contraction of a Flexible Metal-Organic Framework," *Chem. Comm.*, 7077 (2011).

664. D. A. Fowler, A. V. Mossine, C. M. Beavers, S. J. Teat, S. J. Dalgarno, and J. L. Atwood, "Coordination Polymer Chains of Dimeric Pyrogallol[4]arene Capsules," *J. Am. Chem. Soc.*, **133**, 11069 (2011).

665. M. Lusi, J. L. Atwood, L. R. Macgillivray, and L. J. Barbour, "Isostructural Coordination Polymers:  Epitaxis vs. Solid Solution," *Chem. Eng. Comm.*, **13**, 4311 (2011).

666. K. Jucke, K. M. Anderson, M. H. Filby, J. A. K. Howard, J. W. Steed, M. Henry, M. J. Gutmann, J. Wright, S. A. Mason, L. J. Barbour, C. Oliver, A. W. Coleman, and J. L. Atwood, "The Structure of Water:  Behaviour in p-Sulfonatocalix[4]arene, a Highly Hydrated Clay-Mimic," *Chem. Eu. J.*, accepted.

667. A. K. Maerz, D. A. Fowler, A. V. Mossine, M. Mistry, H. Kumari, C. L. Banes, C. A. Deakyne, and J. L. Atwood, "Solvent Mediated Self-Assembly of Organic Nanostructures," *New J. Chem.*, **35**, 784 (2011).

668. L. Erra, C. Tedesco, V. Cipolletti, L. Annunziata, C. Gaeta, M. Brunelli, A. Fitch, C. Knofel, P. Llewellyn, J. L. Atwood, and P. Neri, "Acetylene and Argon Adsorption in a Supramolecular Organic Zeolite," *Chem. Mat.*, submitted.

669. K. K. Kline, D. A Fowler, S. A. Tucker, and J. L. Atwood, "Encapsulation of Acenaphthene within C-propan-3-ol-pyrogallol[4]arene Dimeric Nanocapsules," *Chem. Eu. J.*, in press.

670. J. W. Steed, J. L. Atwood, and P. A Gale, "Definition and Emergence of Supramolecular Chemistry," *Supramolecular Chemistry:  from Molecules to Nanomaterials*, in press.

671. J. Tian, S. Ma, C. Fernandez, P. K. Thallapally, D. A. Fowler, B. P. McGrail, and J. L. Atwood, "Cucurbit[7]uril:  an Amorphous Molecular Material for Highly Selective Carbon Dioxide Uptake," *Chem. Comm.*, 7626 (2011).

672. A. D. Martin, R. A. Boulos, K. S. Iyer, A. N. Sobolev, C. S. Bond, J. L. Atwood, S. J. Dalgarno, and C. L. Raston, "Solvent and Hydrogen Confinement in Molecular Capsules – Hirshfeld Surface and Molecular Smulation Analysis," *Chem. Comm.*, 9882 (2011).

673. H. Kumari, S. R. Kline, N. J. Schuster, C. L. Barnes, and J. L. Atwood, "Exploring the Ellipsoidal and Core-Shell Geometries of Copper-seamed *C*-alkylpyrogallol[4]arene Nanocapsules in Solution," *J. Am. Chem. Soc.*, in press.

674. H. Kumari, S. R. Kline, N. J. Schuster, and J. L. Atwood, "Investigation of Copper-seamed C-alkylpyrogallol[4]arene Nanocapsules with Varying Chain Lengths in Solution," *Chem. Comm.*, in press.

675. H. Kumari, S. R. Kline, R. L. Paul, A. V. Mossine, C. A. Deakyne, and J. L. Atwood, "Investigating Fluxional Behaviour of Gallium-containing *C*-butylpyrogallol[4]arene Organic Nanocapsules," *Angew. Chem. Int. Ed.*, submitted.

676. A. V. Mossine, P. Thavornyutikarn, and J. L. Atwood, "A Porous Network Solid Based on Tetracyanoresorcin[4]arene," *Cryst. Eng. Comm.*, submitted.

# PATENTS

1. "Liquid Clathrates"
   U. S. Patent 4,024,170 (1977).

2. "Coal Liquefaction Using Liquid Clathrates"
   U. S. Patent 4,321,127 (1982).

3. "Multidentate Macromolecular Complex Salt Clathrates"
   U. S. Patent 4,496,744 (1985).

4. "Calixarene Chloride-Channel Blockers"
   with R. J. Bridges, R. K. Juneja, and A. K. Singh,
   U. S. Patent 5,489,612 (1996).

5. "Separation of Fullerenes by Complexation"
   with C. L. Raston, U. S. Patent 5,711,927 (1998).

6. "Substantially Spherical Molecular and Ionic Assemblies"
   with L. R. MacGillivray, U. S. Patent 7,169,957 (2007).

7. "Formation of Nanometer-Scale Structures"
   with G. W. Orr and L. J. Barbour, U. S. Patent 6,495,669 (2002).

8. "Hexameric Complexes and Their Preparation"
   U. S. Patent 7,014,868 (2006).

9. "Self-Assembled Calixarene Based Guest-Host Assemblies for Guest Storage by
   van der Waals Confinement"
   with L. J. Barbour and A. Jerga
   U. S. Patent 7,132,571 (2006).

10. "Calixarene-Based Guest-Host Assemblies for Guest Storage and Transfer,"
    with L. J. Barbour and A. Jerga
    U. S. Patent 7,217,846 (2007).

11.    "Material for the Recovery of Hydrogen from Gas Mixtures"
       with L. J. Barbour and A. Jerga
       filed April 19, 2004.

12.    "Processes for the Preparation of Calixarene Derivatives"
       with C. L. Raston
       filed June 13, 2008.

13.    "New Strategy for Transforming Pharmaceutical Solids"
       with J. Tian and S. J. Dalgarno
       to be filed.