**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., : : : : | |
| Plaintiffs and Counterclaim Defendants, : : | |
| v. : | Civil Action No. 3:11-CV-00760-JAP-TJB |
| HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., : : : : : | |
| Defendants and Counterclaim Plaintiffs. : : | |

**DECLARATION OF RENITA S. RATHINAM IN SUPPORT OF**
**HANMI'S OPENING *MARKMAN* SUBMISSION**

I, Renita S. Rathinam, state and declare as follows:

1. I am an attorney at law in the District of Columbia and an associate of Sughrue Mion, PLLC, attorneys for Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").

2. I submit this declaration in support of Hanmi's Opening *Markman* Submission.

3. True and accurate copies of the exhibits listed in the following table are being filed in support of Hanmi's Opening *Markman* Submission.

| Exhibit No. | Description |
|---|---|
| 1 | Certified copy of U.S. 5,693,818 (HAN0038809-38816) |
| 2 | U.S. 6,875,872 (HAN0027430-27438) |
| 3 | MPEP 2111.03 (HAN0062105-62106) |
| 4 | November 4, 2011 Correspondence Between Renita Rathinam and Joshua Rothman re: compromise constructions |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of November, 2011.

_____
Renita S. Rathinam