## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB; AKTIEBOLAGET HÄSSLE; ASTRAZENECA LP; KBI INC.; and KBI-E INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB <br><br> Judge Joel A. Pisano <br> Magistrate Judge Tonianne J. Bongiovanni |

### DECLARATION OF PATRICK L. CHEN IN SUPPORT OF PLAINTIFFS' OPENING *MARKMAN* BRIEF

I, Patrick L. Chen, hereby declare as follows,

1.      I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "Plaintiffs"), in connection with the present action.

2.      I make this Declaration on my personal knowledge in support of Plaintiffs' Opening *Markman* Brief.

3.      Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,714,504.

4.      Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 5,877,192.

5.      Attached as Exhibit 3 is a true and correct copy of the January 21, 1997 Examiner Interview Summary from the prosecution file history of U.S. Patent No. 5,714,504.

6.      Attached as Exhibit 4 is a true and correct copy of the February 18, 1997 Response and Amendment from the prosecution file history of U.S. Patent No. 5,714,504.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2011

Patrick L. Chen