UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HANMI USA, INC., et al.,<br><br>Defendants. | Civil Action No. 11-760 (JAP)<br><br><br>ORDER |

This matter having been opened to the Court upon Plaintiffs AstraZeneca AB, Aktiebolaget Hassle, AstraZeneca LP, KBI Inc. and KBI-E Inc.'s (collectively, "AstraZeneca") motion to amend their Disclosure of Asserted Claims; and Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively, "Hanmi") having opposed AstraZeneca's motion; and the Court having reviewed all of the arguments made in support of and in opposition to AstraZeneca's motion; and the Court having considered AstraZeneca's motion without oral argument pursuant to Fed.R.Civ.P. 78; and for the reasons set forth in the Court's Memorandum Opinion accompanying this Order; and for good cause shown,

IT IS on this 14th day of November, 2011,

ORDERED that AstraZeneca's motion to amend their Disclosure of Asserted Claims is GRANTED; and it is further

ORDERED that AstraZeneca shall serve its Amended Disclosure of Asserted Claims no later than **November 21, 2011**; and it is further

ORDERED that the parties shall submit a joint proposed new schedule to govern this matter no later than **November 30, 2011**; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 81] accordingly.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**