John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs/Counterclaim-*
 *Defendants AstraZeneca AB,*
 *Aktiebolaget Hässle, AstraZeneca LP,*
 *KBI Inc. and KBI-E Inc.*

Of Counsel:
Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY
   & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
(212) 530-5000

Henry J. Renk
Bruce C. Haas
Colleen Tracy
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
   & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC. and KBI-E INC.,<br><br>                            Plaintiffs and Counterclaim-Defendants,<br>                v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD. and HANMI HOLDINGS CO., LTD.,<br><br>                            Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**ASTRAZENECA'S BRIEF IN OPPOSITION TO HANMI'S**
**MOTION FOR SUMMARY JUDGMENT NO. 5: NON-INFRINGEMENT**
**OF UNASSERTED CLAIMS OF U.S. PATENT NO. 5,714,504**

ME1 12633143v.1

- 1 -

AstraZeneca[1] submits this brief in opposition to Hanmi's[2] "Motion for Summary Judgment No. 5: Non-Infringement of Unasserted Claims of U.S. Patent No. 5,714,504." D.I. 104, 117 ("Motion 5").

In Motion 5, Hanmi contends that it is entitled to summary judgment of non-infringement of claims 8 and 9 of U.S. Patent No. 5,715,504 ("the '504 patent") because Hanmi does not infringe these claims and AstraZeneca does not contend otherwise. D.I. 117 at 2. AstraZeneca does not oppose Motion 5 with respect to claims 8 and 9.

Hanmi's arguments in Motion 5 with respect to claims 3, 5 and 10 of the '504 patent were "contingent on the Court's denial of AstraZeneca's motion to belatedly assert these claims." D.I. 117 at 2. The Court granted AstraZeneca's motion to amend its Disclosure of Asserted Claims to add claims 3, 5 and 10 on November 14, 2011. D.I. 138, 139. Thus, Hanmi's Motion 5 with respect to claims 3, 5 and 10 is moot.

For the foregoing reasons, AstraZeneca respectfully requests that the Court deny Hanmi's summary judgment Motion 5 with respect to claims 3, 5 and 10 of the '504 patent.

Respectfully submitted,

Dated:  December 2, 2011           By:    s/ John E. Flaherty
                                          John E. Flaherty
                                          Jonathan M.H. Short
                                          McCARTER & ENGLISH, LLP
                                          Four Gateway Center
                                          100 Mulberry Street
                                          Newark, New Jersey 07102
                                          (973) 622-4444

---

[1]  "AstraZeneca" refers collectively to plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc.

[2]  "Hanmi" refers collectively to defendants Hanmi, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd.

ME1 12633143v.1

- 2 -

Attorneys for Plaintiffs
ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE,
ASTRAZENECA LP, KBI INC.
and KBI-E INC.

Of Counsel:
Henry J. Renk
Bruce C. Haas
Colleen Tracy
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
    & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY
    & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2011, I caused a copy of the foregoing ASTRAZENECA'S BRIEF IN OPPOSITION TO HANMI'S MOTION FOR SUMMARY JUDGMENT NO. 5: NON-INFRINGEMENT OF UNASSERTED CLAIMS OF U.S. PATENT NO. 5,714,504 and supporting documents to be served upon the following counsel by operation of the Court's electronic filing system and/or electronic mail:

Allyn Z. Lite (alite@litedepalma.com)
Michael E. Patunas (mpatunas@litedepalma.com)
Mayra V. Tarantino (mtarantino@litedepalma.com)
LITE DEPALMA GREENBERG
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
T: (973) 623-3000

Mark Boland (mboland@sughrue.com)
Michael R. Dzwonczyk (mdzwonczyk@sughrue.com)
Renita Rathinam (rrathinam@sughrue.com)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, D.C. 20037-3213
T: (202) 293-7060

John B. Scherling (jscherling@sughrue.com)
SUGHRUE MION, PLLC
4250 Executive Square, Suite 900
La Jolla, California  92037
T: (858) 795-1180

          By:  s/ John E. Flaherty
               John E. Flaherty

ME1 12633143v.1