| | |
|---|---|
| John E. Flaherty<br>Jonathan M.H. Short<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br><br>*Attorneys for Plaintiffs/Countercliam-<br>    Defendants ASTRAZENECA AB,<br>AKTIEBOAGET HÄSSEL,<br>ASTRAZENECA LP,<br>    KBI INC., and KBI-E INC.* | Of Counsel:<br>Henry J. Renk<br>Bruce C. Haas<br>Colleen Tracy<br>Joshua I. Rothman<br>FITZPATRICK, CELLA, HARPER &<br>    SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>(212) 218-2100<br><br>Einar Stole<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>(202) 662-6000 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC. and KBI-E INC.,<br><br>    Plaintiffs and Counterclaim-Defendants,<br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD. and HANMI HOLDINGS CO., LTD.,<br><br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>FILED UNDER SEAL |

**DECLARATION OF JESSICA L. PAREZO IN SUPPORT OF PLAINTIFFS'
OPPOSITIONS TO DEFENDANTS' MOTIONS FOR
SUMMARY JUDGMENT NOS. 2-4**

I, JESSICA L. PAREZO, hereby declare as follows:

1. I am an associate at the law firm of Covington & Burling LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004, counsel for Plaintiffs, in connection with the present action.

2. I make this Declaration on my personal knowledge in support of Plaintiffs' Oppositions to Defendants' Motions for Summary Judgment Nos. 2-4.

3. Attached as Exhibit A is a true and correct copy of US Patent 5,877,192.

4. Attached as Exhibit B is a true and correct copy of US Patent 5,714,504.

5. Attached as Exhibit C is a true and correct copy of US Patent 5,693,818.

6. Attached as Exhibit D is a true and correct copy of WO 94/279988.

7. Attached as Exhibit E is a true and correct copy of US Patent Application Publication 2007/0093533 A1.

8. Attached as Exhibit F is a true and correct copy of "Patents Involved in S/J 2," an illustration by Lawrence Goffney showing the relationships between the documents in the '192 Patent family.

9. Attached as Exhibit G is a true and correct copy of a Table prepared by Stephen Davies showing a comparison of the disclosures of the '504 Patent, the '818 Patent and the Swedish '830 Application.

10. Attached as Exhibit H is a true and correct copy of Defendants' Initial Non-infringement and Invalidity Contentions Pursuant to L. Pat. R. 3.6, dated May 25, 2011.

11. Attached as Exhibit I is a true and correct copy of Swedish Priority Application 9301830.

12. Attached as Exhibit J is a true and correct copy of the Department of Commerce, Patent and Trademark Office Revision of the Materiality to Patentability Standard for the

Duty to Disclose Information in Patent Applications, Federal Register / Vol. 76, No. 140 / Thursday, July 21, 2011.

13. Attached as Exhibit K is a true and correct copy of *AstraZeneca AB. v. Dr. Reddy's Laboratories, Ltd.*, Civ. A. No. 05-5553 (JAP), 2010 WL 1981790 (D.N.J. May 18, 2010) (Pisano, J.).

14. Attached as Exhibit L is a true and correct copy of DE 4 035 455.

15. Attached as Exhibit M is a true and correct copy of D.I. 121, a letter by Hanmi to the Court, dated October 19, 2011.

16. Attached as Exhibit N is a true and correct copy of D.I. 92, Joint Claim Construction and Prehearing Statement, dated Sept. 14, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jessica L. Parezo

Dated: December 2, 2011