**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., | : : : : : |
| Plaintiffs and Counterclaim Defendants, | : : Civil Action No. 3:11-CV-00760-JAP-TJB : |
| v. | : : : |
| HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., | : : : : : |
| Defendants and Counterclaim Plaintiffs. | : : |

## DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT NO. 5:  NON-INFRINGEMENT OF UNASSERTED CLAIMS OF U.S. PATENT NO. 5,714,504

AstraZeneca's Opposition (D.I. 154) to Hanmi's Motion for Summary Judgment No. 5: Non-infringement of Unasserted Claims of U.S. Patent No. 5,714,504 (D.I. 117) ("Motion 5"), is really not an "opposition" at all.

Hanmi agrees that its request to have claims 3, 5 and 10 included in the judgment has been rendered moot.

However, because AstraZeneca agrees that summary judgment of non-infringement is proper as to claims 8 and 9 of the '504 patent, Hanmi respectfully requests that Motion 5 be granted to that extent.

Dated: December 30, 2011        **LITE DEPALMA GREENBERG, LLC**

                               *s/ Mayra V. Tarantino*
                               Allyn Z. Lite
                               Michael E. Patunas
                               Mayra V. Tarantino
                               Two Gateway Center, 12th Floor
                               Newark, New Jersey 07102
                               Telephone:  (973) 623-3000
                               Facsimile:  (973) 877-3872
                               alite@litedepalma.com
                               mpatunas@litedepalma.com
                               mtarantino@litedepalma.com

                               **SUGHRUE MION, PLLC**
                               Mark Boland
                               Michael R. Dzwonczyk
                               Renita S. Rathinam
                               2100 Pennsylvania Ave., NW
                               Washington, DC 20037-3213
                               Telephone:  (202) 293-7060

Facsimile:  (202) 293-7860
mboland@sughrue.com
mdzwoncyzk@sughrue.com
rrathinam@sughrue.com

**SUGHRUE MION, PLLC**
John B. Scherling
4250 Executive Square
Suite 900
La Jolla, CA 92037
Telephone:  (858) 795-1180
Facsimile:  (858) 795-1199
jscherling@sughrue.com

*Attorneys for Defendants and Counterclaim-
Plaintiffs, Hanmi USA, Inc., Hanmi Pharmaceutical
Co., Ltd., Hanmi Fine Chemical Co., Ltd., and
Hanmi Holdings Co., Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30, 2011, I caused a copy of the foregoing

DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NO. 5:  NON-INFRINGEMENT OF UNASSERTED CLAIMS OF U.S. PATENT NO.

5,714,504  to be served upon the following counsel through the Court's ECF system and via

mail:

John E. Flaherty, Esq.
McCARTER & ENGLISH
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
jflaherty@mccarter.com

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2250
HRenk@fchs.com

Errol B. Taylor
Fredrick M. Zullow
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000
ETaylor@milbank.com
FZullow@milbank.com

By:  _s/ Mayra V. Tarantino_____