**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB |

**DECLARATION OF RENITA S. RATHINAM IN SUPPORT OF DEFENDANTS' REPLY BRIEFS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT NOS. 1-5**

I, Renita S. Rathinam, state and declare as follows:

1. I am an attorney at law in the District of Columbia and an associate of Sughrue Mion, PLLC, attorneys for Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").

2. I submit this declaration in support of Hanmi's Reply Briefs in Support of Motions for Summary Judgment Nos. 1-5 (D.I. 97-119) ("Reply Briefs").

3. True and accurate copies of the exhibits listed in the following table are being filed in support of Hanmi's Reply Briefs.

| Exhibit No. | Description |
|---|---|
| 1 | Correspondence between J. Scherling and R. Rothman re Hanmi request for deposition of AstraZeneca's summary judgment opposition declarants |
| 2 | Excerpts of 12/6/11 Deposition Transcript of Stephen G. Davies, Ph.D |
| 3 | U.S. Patent No. 6,143,771 |
| 4 | U.S. Patent No. 6,225,287 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of December 2011.

_____
Renita S. Rathinam

1