**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and Hanmi*
*Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., | : | |
| Plaintiffs and Counterclaim Defendants, | : | |
| v. | : | Civil Action No. 3:11-CV-00760-JAP-TJB |
| HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., | : | |
| Defendants and Counterclaim Plaintiffs. | : | |

## DECLARATION OF RENITA S. RATHINAM IN SUPPORT OF
## DEFENDANTS' RESPONSIVE *MARKMAN* SUBMISSION

I, Renita S. Rathinam, state and declare as follows:

1.     I am an attorney at law in the District of Columbia and an associate of Sughrue Mion, PLLC, attorneys for Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").

2.     I submit this declaration in support of Hanmi's Responsive *Markman* Submission.

3.     True and accurate copies of the exhibits listed in the following table are being filed in support of Hanmi's Responsive *Markman* Submission.

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of 12/6/11 Deposition Transcript of Stephen G. Davies, Ph.D |
| 2 | Excerpts of 12/16/11 Deposition Transcript of Jerry L. Atwood, Ph.D |
| 3 | GESSNER G. HAWLEY, THE CONDENSED CHEMICAL DICTIONARY 105, 125, 479, 882 (Van Nostrand Reinhold Co.) (10th ed. 1981). |
| 4 | Christoph Y. Yung, *A Synopsis on Metals in Medicine and Psychiatry*, 21:1 PHARM. BIOCHEMISTRY & BEHAV. 41-47 (1984). |
| 5 | Pragya Sharma et al., *Beryllium-induced Toxicity and its Prevention by Treatment with Chelating Agents*, 20 J. APPLIED TOXICOLOGY 313-18 (2000). |
| 6 | Exhibit No. 10 of 12/6/11 Deposition of Stephen G. Davies, Ph.D |
| 7 | Anuj K. Dalal et al., *Acquired Long QT Syndrome and Monomorphic Ventricular Tachycardia After Alternative Treatment With Cesium Chloride for Brain Cancer*, 79:8 MAYO CLINIC PROC. 1065-69 (2004). |
| 8 | U.S. Patent No. 5,744,165 |
| 9 | U.S. Patent No. 4,337,257 |
| 10 | U.S. Patent No. 5,066,652 |
| 11 | U.S. Patent No. 6,255,502 |
| 12 | M. Karthikeyan et al., *Formulation and Comparative Studies of Diclofenac With Ompeprazole* [sic] *and Diclofenac With Pantoprazole*, 1:1 J. PHARM. & BIOMEDICAL SCIS. 1-4 (2010). |
| 13 | Periodic Table of Elements |
| 14 | Correspondence between J. Scherling and R. Rothman re the scope of the "R" group in claims 3 and 10 |
| 15 | Hanmi First Amended Non-Infringement and Invalidity Contentions Pursuant to L. |

| Exhibit No. | Description |
|:---:|:---|
|  | Pat. R. 3.6 |
| 16 | *Ex parte Diamond,* 123 USPQ 167 (Pat. Off. Bd. App. 1959) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of January 2012.

_____

Renita S. Rathinam