UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON OFFICE

DATE OF PROCEEDING: 05/16/2012
CIVIL DOCKET N0.: 11-760 (JAP)

JUDGE JOEL A. PISANO
COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY: Dana Sledge

TITLE OF CASE:
Astrazeneca Pharmaceuticals, AB, et al.,
vs.
Hanmi USA, Inc., et al.,

APPEARANCES:
John Flaherty, Esq., for Astrazeneca
Henry J. Renk, Bruce C. Haas, & Michael E. Furrow, Esqs., for Plaintiffs
Michael Dzwanczyk, & Renita Rathinam, Esqs., for Defendants
Sukwoo Oh, Esq., for Defendants
Mayra V. Tarantino, Esq., for Defendants

NATURE OF PROCEEDING:
Markman Hearing re claims construction issues held.
    Henry Renk - Opened for Plaintiffs
    Michael Dzwanczyk - Opened for Defendants
Parties summed.
Bench ruling - Decision reserved.

TIME COMMENCED 9:30 a.m. TIME ADJOURNED 12:00 p.m.

s/Dana Sledge, Courtroom Deputy