UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

DATE OF PROCEEDING: 06/20/2012

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: J. CARUSO

CIVIL DOCKET #: 11-760(JAP)

TITLE OF CASE:
ASTRAZENECA AB, ET AL.,
    vs.
HANMI USA, INC., ET AL.,

APPEARANCES:
John Flaherty, Esquire for Plaintiffs
Henry Renk, Bruce Haas & Joshua Rothman, Esquires for Plaintiffs
Marcus D. Heifetz, Esquire for Plaintiffs
Einar Stole, Esquire for Plaintiffs
Raynard Yuro, Esquire for Plaintiffs
Mayra Tarantino, Esquire for Hanmi
Mark Boland, Esquire for Hanmi
Mike Dzwonczyk, Esquire for Hanmi
Renha Rathinam, Esquire for Hanmi
Sughrue Mion, Esquire for Hanmi
Ilyoung Jung, Esquire for Hanmi

NATURE OF PROCEEDING:
Hearing on motion for summary judgment [#99] by Hanmi Fine Chemical Co., LTD, Hanmi Holdings Co., Hanmi Pharmaceutical Co., LTD, & Hanmi USA, Inc.

Hearing on motion for summary judgment [#102] by Hanmi Fine Chemical Co., LTD, Hanmi Holdings Co., Hanmi Pharmaceutical Co., LTD, & Hamni USA, Inc.

Hearing on motion for summary judgment [#104] by Hanmi Fine Chemical Co., LTD, Hanmi Holdings Co., Hanmi Pharmaceutical Co., LTD, & Hamni USA, Inc.

Ordered decision reserved.

Time commenced: 10:00 a.m.
Time Adjourned: 12:00 p.m.
Total Time: 2 hours

s/Dana Sledge
Courtroom Deputy