UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
                                    :
                                    :
ASTRAZENECA AB, et al.              :
                                    :
                                    :
                                    :
          Plaintiffs,               :   Civil Action No. 11-760 (JAP)
                                    :
                                    :
     v.                             :
                                    :   **ORDER**
                                    :
HANMI USA, INC., et al.             :
                                    :
                                    :
                                    :
          Defendants.               :
_____:

     Presently before the Court are motions by Hanmi seeking (1) summary judgment of non-infringement of claims 1-11, 13-18 and 20-23 of the '192 patent, and (2) summary judgment of non-infringement on claims 3, 5 and 8-10 of the '504 patent.  For the reasons in the accompanying Opinion,

     IT IS on this 29th day of June 2012

     ORDERED that Hanmi's motion (designated by the parties as Motion No. 1) **[#97]** seeking summary judgment of non-infringement of claims 1-11, 13-18 and 20-23 of the '192 patent is DENIED; and it is further

     ORDERED that the part of Hanmi's motion (designated by the parties as Motion No. 5) **[#104]** seeking summary judgment of non-infringement on claims 8 and 9 of the '504 patent is DENIED without prejudice, and that part of Hanmi's Motion No. 5 for summary judgment of non-infringement of claims 3, 5 and 10 of the '504 patent is DENIED as moot.

                                                  /s/ Joel A. Pisano_____
                                                  JOEL A. PISANO, U.S.D.J.