

July 3, 2012

VIA ECF

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *AstraZeneca AB, et al. v. Hanmi USA, Inc. et al.*
             Civ. Action No. 11-0760 (JAP)(TJB)

Dear Magistrate Judge Bongiovanni:

We, along with Fitzpatrick, Cella, Harper & Scinto and Covington & Burling LLP represent the Plaintiffs in this action. As discussed during yesterday's telephone conference with Your Honor, we write on behalf of all parties requesting the Court to order the following schedule:

| Event | Proposed Schedule |
|---|---|
| Parties' Disclosure of Reliance on Advice of Counsel (L.Pat.R. 3.8) | 10/15/2012 |
| Close of Fact Discovery | 11/20/2012 |
| Opening Expert Reports | 12/7/2012 |
| Responsive Expert Reports | 1/11/2013 |
| Rebuttal Expert Reports | 2/1/2013 |
| Expert Depositions Commence | 2/4/2013 |
| Expert Depositions End | 3/4/2013 |
| Rule 26(a)(3) Disclosures | Subject to the Court's preferences |
| Rule 26(a)(3) Objections | Subject to the Court's preferences |
| Deadline for Pretrial Motions | Subject to the Court's preferences |
| Response to Pretrial Motions | Subject to the Court's preferences |
| Pretrial Conference/Pretrial Motions Hearing | Subject to the Court's preferences |
| Trial | April 2013 (Dates to be determined) |

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Page 2

All parties in this action agree to this schedule and it also reflects the same dates proposed in *AstraZeneca et al. v. Mylan et al.*, Civil Action No. 12-01378 through the end of expert discovery (March 4, 2013).

If the proposed dates are agreeable to the Court, the parties request that Your Honor so order this letter and have it entered on the docket.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc (via ECF):
      mdzwonczyk@sughrue.com
      mboland@sughrue.com
      jscherling@sughrue.com
      rrathinam@sughrue.com
      keetos@skgf.com
      ryoo@sughrue.com

                              **SO ORDERED** this _____ day of July 2012

                              _____
                              Tonianne J. Bongiovanni, U.S.M.J.