UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
JUL 2 4 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC. and KBI-E INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD. and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

## STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS

Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc. (collectively, "AstraZeneca") and Defendants Hanmi, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively, "Hanmi"), hereby stipulate and agree as follows:

1. Certain depositions, as identified below, were taken in the following prior actions brought by AstraZeneca against other defendants: *AstraZeneca, et al. v. Ranbaxy, et al.*, Civil Action No. 05-cv-5553-JAP-TJB; *AstraZeneca, et al. v. Dr. Reddy's Laboratories, et al.*, Civil Action No. 08-cv-0328-JAP-TJB; *AstraZeneca, et al. v. Teva, et al.*, 08-cv-2014-JAP-TJB.

2. The depositions taken in these prior actions include:

    • Deposition of Sverker von Unge taken on September 23, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328 and 08-cv-2014;

    • Deposition of Sverker von Unge taken on September 24, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328 and 08-cv-2014;

1

- Deposition of Sverker von Unge taken on September 24, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328 and 08-cv-2014;

- Deposition of Sverker von Unge taken on September 25, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328 and 08-cv-2014;

- Deposition of Sverker von Unge taken on May 19, 2009 in Civil Action No. 05-cv-5553;

- Deposition of Sverker von Unge taken on May 20, 2009 in Civil Action No. 05-cv-5553;

- Deposition of Sverker von Unge taken on May 21, 2009 in Civil Action No. 05-cv-5553;

- Deposition of Tommy Andersson taken on October 2, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328 and 08-cv-2014;

- Deposition of Tommy Andersson taken on October 3, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328, 08-cv-2014;

- Deposition of Tommy Andersson taken on October 3, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328, 08-cv-2014;

- Deposition of Per Lindberg taken on October 21, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328, 08-cv-2014;

- Deposition of Per Lindberg taken on October 22, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328, 08-cv-2014;

- Deposition of Per Lindberg taken on October 22, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328, 08-cv-2014;

- Deposition of Per Lindberg taken on October 23, 2008 in Civil Action Nos. 05-cv-5553, 08-cv-0328, 08-cv-2014;

- Deposition of Johann Senn Bilfinger taken on April 30, 2009 in Civil Action No. 05-cv-5553; and

- Deposition of Bernhard Kohl taken on May 7, 2009 in Civil Action No. 05-cv-5553.

3. AstraZeneca has produced to Hanmi in the present action transcripts of the depositions identified in paragraph 2 ("the Depositions").

4. At any hearing or trial in the present action all or part of the Depositions may be used by any party in the present action against any other party in the present action to the extent they would be admissible under the Federal Rules of Evidence if the deponents were present and testifying.

Dated: July 19, 2012

s/John E. Flaherty
John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Of Counsel:
Henry J. Renk
Bruce C. Haas
Colleen Tracy
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

Attorneys for *Plaintiffs*

s/Allyn Z. Lite
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 877-3872
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

Mark Boland
Michael R. Dzwonczyk
Renita S. Rathinam
SUGHRUE MION, PLLC
2100 Pennsylvania Ave., NW
Washington, DC 20037-3213
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
mboland@sughrue.com
mdzwoncyzk@sughrue.com
rrathinam@sughrue.com

John B. Scherling
SUGHRUE MION, PLLC
4250 Executive Square
Suite 900
La Jolla, CA 92037
Telephone: (858) 795-1180

Facsimile: (858) 795-1199
jscherling@sughrue.com

Attorneys for *Defendants*

So Ordered:

_____  7/23/12
Tonianne J. Bongiovanni
United States Magistrate Judge

4