UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

————————————————————  :
                                                          :
ASTRAZENECA AB, et al.                :
                                                          :
                                                          :
            Plaintiffs,                          :            Civil Action No. 11-760 (JAP)
                                                          :
      v.                                                :
                                                          :            **ORDER**
HANMI USA, INC., et al.                 :
                                                          :
                                                          :
                                                          :
            Defendants.                       :
————————————————————:

     This is a Hatch-Waxman patent infringement action brought by Plaintiffs AstraZeneca

AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc. (collectively,

"AstraZeneca") against defendants Hanmi, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine

Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively, "Hanmi").  Presently before the

Court are three summary judgment motions filed by Hamni, designated by the parties as Motion

No. 2, Motion No. 3 and Motion No. 4.  The Court heard oral argument on Motion Nos. 2 and 4,

and it decides the remaining motion without oral argument pursuant to Federal Rule of Civil

Procedure 78.  For the reasons set forth in the accompanying Opinion,

     IT IS on this 30th day of August

     ORDERED that Hanmi's motions [#99, 101, 102] are DENIED.


/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.