**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and*
*Hanmi Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>**NOTICE OF MOTION TO AMEND CONTENTIONS**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that on November 19, 2012, at 9:00 a.m., or as soon

thereafter as counsel may be heard, the undersigned attorneys for Defendants Hanmi USA, Inc.,

Hanmi Fine Chemical Co., Ltd., and Hanmi Holdings Co., Ltd. (collectively "Hanmi") will move

before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court, Clarkson S. Fisher Federal Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey, for an order granting Hanmi leave to amend its contentions pursuant to Local Patent Rules 3.6 and 3.7.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon the Memorandum in Support of Hanmi's Motion to Amend Its Contentions, the Declaration of Mayra V. Tarantino, and the files and records of this case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1(b) oral argument is requested in the event opposition to this motion is submitted.

Dated:  October 15, 2012 **LITE DEPALMA GREENBERG, LLC**

*s/Mayra V. Tarantino*
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

        Mark Boland
Michael R. Dzwonczyk
Renita S. Rathinam
**SUGHRUE MION, PLLC**
2100 Pennsylvania Ave. NW
Washington, DC 20037
(202) 293-7060
mboland@sughrue.com
mdzwonczyk@sughrue.com
rrathinam@sughrue.com

John B. Scherling
**SUGHRUE MION, PLLC**
4250 Executive Square, Suite 900
La Jolla, California 92037
(858) 795.1180
jscherling@sughrue.com

*Attorneys for Defendants Hanmi USA, Inc.,
Hanmi Pharmaceutical Co., Ltd.,
Hanmi Fine Chemical Co., Ltd., and
Hanmi Holdings Co., Ltd.*