**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtaratino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and*
*Hanmi Holdings Co., Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB <br><br> **DECLARATION OF MAYRA V. TARANTINO IN SUPPORT OF HANMI'S MOTION TO AMEND ITS CONTENTIONS** |

I, Mayra V. Tarantino, state and declare as follows:

1.  I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and counsel with the firm Lite DePalma Greenberg, LLC, located at Two

289305 v1

Gateway Center, Suite 1201, Newark, New Jersey 07102, co-counsel for Defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").  As such, I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Hanmi's Motion to Amend Its Contentions.

3. Attached hereto as Exhibit A is a true and accurate copy of Hanmi's proposed amendment to its First Amended Non-Infringement and Invalidity Contentions Pursuant to Local Patent Rule 3.6, in track changes. **(FILED UNDER SEAL)**

I declare under penalty of perjury that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  October 15, 2012              *s/Mayra V. Tarantino*
                                      Mayra V. Tarantino

# EXHIBIT A

# FILED UNDER SEAL

289305 v1