UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTRAZENECA AB, et al.<br><br>                Plaintiffs,<br><br>        v.<br><br>HANMI USA, INC., et al.<br><br>                Defendants. | Civil Action No. 11-760 (JAP)<br><br>**ORDER** |

Presently before the Court is the parties' request for claim construction in this patent infringement action. For the reasons in the accompanying Opinion,

IT IS on this 10th day of December 2012,

ORDERED that the disputed claim terms in the '504 patent the '192 patent shall be construed as set forth in the accompanying Opinion.


/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.