John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

*Attorneys for Plaintiffs Counterclaim-Defendants*
*AstraZeneca AB Aktiebologet Hässle,*
*AstraZeneca LP, KBI Inc. and KBI-E Inc.*

Of Counsel:
Henry J. Renk
Bruce C. Haas
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
    & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB; AKTIEBOLAGET HÄSSLE; ASTRAZENECA LP; KBI INC.; and KBI-E INC.,<br><br>　　　　Plaintiffs and<br>　　　　Counterclaim Defendants<br><br>　　　　v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>　　　　Defendants and<br>　　　　Counterclaim-Plaintiffs. | Civil Action No. 3:11-cv-00760-JAP-TJB<br><br>Hon. Joel A. Pisano, USDJ<br>Hon. Tonianne J. Bongiovanni, USMJ<br><br>**NOTICE OF MOTION**<br><br>**Motion Date: January 22, 2013** |

TO HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD. AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs-Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "Plaintiffs"), will move before this Court in the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on January 22, 2013 at 10 A.M., before the Honorable Joel A. Pisano, U.S.D.J., for entry of an Order, pursuant to Local Civil Rule 7.1(i), for partial reconsideration of the Court's December 12, 2012 claim construction.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of Joshua I. Rothman, Esq., and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiffs' motion is attached.

Respectfully submitted,

Dated:  December 21, 2012         By:    *s/John E. Flaherty*
                                         John E. Flaherty
                                         Jonathan M.H. Short
                                         McCARTER & ENGLISH, LLP
                                         Four Gateway Center
                                         100 Mulberry Street
                                         Newark, New Jersey  07102
                                         (973) 622-4444

                                         *Of Counsel:*
                                         Henry J. Renk
                                         Bruce C. Haas
                                         Joshua I. Rothman
                                         FITZPATRICK, CELLA, HARPER
                                             & SCINTO
                                         1290 Avenue of the Americas
                                         New York, New York  10104-3800

FCHS_WS 8461521v1.doc

(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

*Attorneys for Plaintiffs*
*ASTRAZENECA AB,*
*AKTIEBOLAGET HÄSSLE,*
*ASTRAZENECA LP, KBI INC.*
*and KBI-E INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of the foregoing Notice of Motion for Partial Reconsideration and supporting documents were caused to be served on December 21, 2012 via email and/or the ECF system upon all counsel of record.

By:   <u>s/John E. Flaherty</u><br>John E. Flaherty