

January 9, 2013

VIA ECF

Hon. Tonianne J. Bongiovanni, U.S.M.J
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:    AstraZeneca AB *et al*. v. Hanmi USA, Inc. *et al.*,**
          **Civ. Action No. 11-cv-00760 (JAP)(TJB)**

Dear Judge Bongiovanni,

We, along with Fitzpatrick, Cella, Harper & Scinto, represent the AstraZeneca Plaintiffs in this case. We are in receipt of yesterday's letter to the Court on behalf of Hanmi. We are available, at the Court's convenience, to discuss the scheduling issues raised in that letter.

Respectfully submitted,

*s/John E. Flaherty*

John E. Flaherty

cc:  Counsel of record (via email)

---

John E. Flaherty
Partner
T. 973.639.7903
F. 973.297.3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON