

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

Mayra V. Tarantino
mtarantino@litedepalma.com

January 10, 2013

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *AstraZeneca AB, et al. v. Hanmi USA, Inc., et al.*
               **Civil Action No. 11-760 (JAP)(TJB)**

Dear Judge Bongiovanni:

    We, along with Sughrue Mion, PLLC, represent the Hanmi Defendants in this matter. We were advised by email from AstraZeneca's local counsel that Your Honor has invited Hanmi to participate in the telephone conference scheduled for January 23, 2013 in the *AstraZeneca v. Mylan* matter (Civil Action No. 12-1378). While Hanmi appreciates the invitation, Hanmi respectfully declines and requests that the Court schedule a call to discuss the scheduling issues in Hanmi's January 8, 2013 letter to the Court and as contemplated by Your Honor during the November 28, 2012 teleconference.

    In view of the impending expiration of the 30 month stay, Hanmi respectfully requests the Court's direction as soon as practical, and in advance of the call in the *Mylan* case, which stands in an entirely different posture.

                                        Respectfully,

                                        *s/Mayra V. Tarantino*

                                        Mayra V. Tarantino

MVT:emp

cc:    Counsel of Record (via ECF & email)

344874.1