|  |  |
|---|---|
| ASTRAZENECA AB, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>HANMI USA, INC., et al.<br><br>            Defendants. | Civil Action No. 11-760 (JAP)<br><br>**ORDER** |

On December 12, 2012, this Court entered its *Markman* decision construing a number of disputed claim terms from patents-in-suit. Presently before the Court is a motion by Plaintiffs for reconsideration of the Court's construction of the term "alkaline salt" in claim 1 of U.S. Patent No. 5,714,504 ("the '504 patent"), which the Court construed to be limited to the six specific salt species recited in the specification. For the reason in the accompanying Opinion,

IT IS on this 25th day of March 2013

Plaintiff's motion for reconsideration is DENIED.

/s/ Joel A. Pisano
Joel A. Pisano, U.S.D.J.