John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

*Attorneys for Plaintiffs/Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc.*

*Of Counsel:*
Henry J. Renk
Bruce C. Haas
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
  & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., <br><br> Plaintiffs and Counterclaim Defendants <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-cv-00760-JAP-TJB <br><br> Hon. Joel A. Pisano, USDJ <br> Hon. Tonianne J. Bongiovanni, USMJ <br><br> **NOTICE OF MOTION *IN LIMINE*** <br><br> **Motion Date: May 13, 2013** |

TO HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD. AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs-Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "Plaintiffs"), will move before this Court in the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on May 13, 2013 at 10 A.M., before the Honorable Joel A. Pisano, U.S.D.J., for entry of an Order, to preclude defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd., and Hanmi Holdings Co., Ltd. ("Hanmi") from offering evidence at trial of experiments performed by one of Hanmi's experts, Mr. Marcus E. Brackeen.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of Patrick L. Chen, Esq., supporting exhibits, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiffs' motion is attached.

Respectfully submitted,

Dated:  April 29, 2013

By:  s/John E. Flaherty
John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

*Of Counsel:*
Henry J. Renk
Bruce C. Haas
Joshua I. Rothman

FITZPATRICK, CELLA, HARPER
   & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

*Attorneys for Plaintiffs*
*ASTRAZENECA AB,*
*AKTIEBOLAGET HÄSSLE,*
*ASTRAZENECA LP, KBI INC.*
*and KBI-E INC.*

3

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that true copies of the foregoing Notice of Motion and supporting documents were caused to be served on April 29, 2013 via email and/or the ECF system upon all counsel of record.

                          By:    <u>s/John E. Flaherty    </u>
                                 John E. Flaherty

4