UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>　　　　　　Plaintiffs and Counterclaim-Defendants,<br><br>　　　　v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>　　　　　　Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF PATRICK L. CHEN IN SUPPORT
OF PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO PRECLUDE
DEFENDANTS' EXPERT DR. ATWOOD FROM TESTIFYING
<u>ON MATTERS AS TO WHICH HE IS NOT A QUALIFIED EXPERT</u>**

I, Patrick L. Chen, hereby declare as follows,

　　　1.　　I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. in connection with the present action.

　　　2.　　I make this Declaration on my personal knowledge in support of Plaintiffs' Motion *in Limine* to Preclude Defendants' Expert Dr. Atwood from Testifying on Matters as to Which He is Not a Qualified Expert.

　　　3.　　Attached as Exhibit 1 is a true and correct copy of excerpts from reports and/or declarations from other litigations in which Dr. Atwood has been an expert.

　　　4.　　Attached as Exhibit 2 is a true and correct copy of the February 19, 2013 Expert

-1-

Report of Jerry L. Atwood, Ph.D.

     5.     Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the April 26, 2013 deposition of Jerry L Atwood, Ph.D.

     6.     Attached as Exhibit 4 is a true and correct copy of the March 25, 2013 Second Expert Report of Jerry L. Atwood, Ph.D.

     7.     Attached as Exhibit 5 is a true and correct copy of the April 8, 2013 Reply Expert Report of Jerry L. Atwood, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2013

                                                  _____
                                                  Patrick L. Chen