UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF PATRICK L. CHEN IN SUPPORT
OF PLAINTIFFS' BRIEF IN SUPPORT OF THEIR MOTION TO PRECLUDE
DEFENDANTS' EXPERT DR. GENCK FROM RELYING
ON NON-INFRINGEMENT OPINIONS AND EVIDENCE CONCERNING
"HYDRATES" FIRST IDENTIFIED IN HIS SECOND EXPERT REPORT**

I, Patrick L. Chen, hereby declare as follows,

1. I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. in connection with the present action.

2. I make this Declaration on my personal knowledge in support of Plaintiffs' Motion *in Limine* to Preclude Defendants' Expert Dr. Genck from Relying on Non-Infringement Opinions and Evidence Concerning "Hydrates" First Identified in His Second Expert Report.

3. Attached as Exhibit 1 is a true and correct copy of the March 25, 2013 Second Expert Report of Wayne J. Genck, Ph.D.

4. Attached as Exhibit 2 is a true and correct copy of the April 8, 2013 Reply Expert

Report of Stephen R. Byrn, Ph.D. Concerning Infringement.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the April 25, 2013 deposition of Wayne J. Genck, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2013

Patrick L. Chen