| | |
|---|---|
| John E. Flaherty<br>Jonathan M.H. Short<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>(973) 622-4444<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc.* | *Of Counsel:*<br>Henry J. Renk<br>Bruce C. Haas<br>Joshua I. Rothman<br>FITZPATRICK, CELLA, HARPER<br>   & SCINTO<br>1290 Avenue of the Americas<br>New York, New York  10104-3800<br>(212) 218-2100<br><br>Einar Stole<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401<br>(202) 662-6000 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>    Plaintiffs and<br>    Counterclaim Defendants<br><br>    v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | Civil Action No. 3:11-cv-00760-JAP-TJB<br><br>Hon. Joel A. Pisano, USDJ<br>Hon. Tonianne J. Bongiovanni, USMJ<br><br>**NOTICE OF MOTION *IN LIMINE***<br><br>**Motion Date: May 13, 2013** |

TO HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD. AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs-Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "Plaintiffs"), will move before this Court in the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on May 13, 2013 at 10 A.M., before the Honorable Joel A. Pisano, U.S.D.J., for entry of an Order, to preclude defendants Hanmi USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd., and Hanmi Holdings Co., Ltd. ("Hanmi") from offering evidence at trial of test reports and opinions relied upon by one of Hanmi's experts, Dr. Jerry L. Atwood.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum submitted with this Notice of Motion, the Declaration of Patrick L. Chen, Esq., supporting exhibits, and upon all pleadings and proceedings on file herein.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiffs' motion is attached.

Respectfully submitted,

Dated:  April 29, 2013                    By:    s/John E. Flaherty
                                                 John E. Flaherty
                                                 Jonathan M.H. Short
                                                 McCARTER & ENGLISH, LLP
                                                 Four Gateway Center
                                                 100 Mulberry Street
                                                 Newark, New Jersey  07102
                                                 (973) 622-4444

                                                 *Of Counsel:*
                                                 Henry J. Renk
                                                 Bruce C. Haas
                                                 Joshua I. Rothman

              FITZPATRICK, CELLA, HARPER
                & SCINTO
1290 Avenue of the Americas
New York, New York  10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000

*Attorneys for Plaintiffs*
*ASTRAZENECA AB,*
*AKTIEBOLAGET HÄSSLE,*
*ASTRAZENECA LP, KBI INC.*
*and KBI-E INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true copies of the foregoing Notice of Motion and supporting documents were caused to be served on April 29, 2013 via email and/or the ECF system upon all counsel of record.

By: s/John E. Flaherty
John E. Flaherty