**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Defendants Hanmi USA, Inc.,*
*Hanmi Pharmaceutical Co., Ltd.,*
*Hanmi Fine Chemical Co., Ltd., and*
*Hanmi Holdings Co., Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD., <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No. 11-760 (JAP) (TJB) <br><br> **DECLARATION OF MAYRA V. TARANTINO IN SUPPORT OF HANMI'S OPPOSITIONS TO ASTRAZENECA'S MOTIONS *IN LIMINE*** |

I, Mayra V. Tarantino, state and declare as follows:

1. I am an attorney at law of the State of New Jersey, a member in good standing of the bar of this Court, and a member with the firm Lite DePalma Greenberg, LLC, located at Two Gateway Center, Suite 1201, Newark, New Jersey 07102, co-counsel for Defendants Hanmi

USA, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively "Hanmi").  As such, I have personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Hanmi's Oppositions to AstraZeneca's Motions *in Limine*.

3. Attached hereto as Exhibit 1 is a true and accurate copy of a true and accurate copy of the Rebuttal Report of Stephen G. Davies, D.Phil. on Validity, executed on March 25, 2013 (filed under seal).

4. Attached hereto as Exhibit 2 is a true and accurate copy of the Reply Expert Report of Jerry L. Atwood, Ph.D., dated April 8, 2013 (filed under seal).

5. Attached hereto as Exhibit 3 is a true and accurate copy of Declaration of Stephen G. Davies, dated April 4, 2011.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the excerpts of April 18, 2013 Deposition Transcript of René H. Levy (filed under seal).

7. Attached hereto as Exhibit 5 is a true and accurate copy of the excerpts of April 25, 2013 Deposition Transcript of Wayne Genck, Ph.D. (filed under seal).

8. Attached hereto as Exhibit 6 is a true and accurate copy of the excerpts of April 26, 2013 Deposition Transcript of Jerry L. Atwood, Ph.D. (filed under seal).

9. Attached hereto as Exhibit 7 is a true and accurate copy of Final Report of Dr. Ulrich Hörnchen, April 2010, submitted in the European Opposition proceeding.

10. Attached hereto as Exhibit 8 is a true and accurate copy of Test Reports into the Preparation of (R)-Omeprazole and (S)-Omeprazole according to DE 40 35 455 A1, written by Dr. Andreas Kirschning, April 2010.

11. Attached hereto as Exhibit 9 is a true and accurate copy of Test Reports into the Preparation of (R)-Omeprazole and (S)-Omeprazole according to DE 40 35 455 A1, written by Dr. Andreas Kirschning, August 2010.

12. Attached hereto as Exhibit 10 is a true and accurate copy of Hanmi's Preliminary Claim Construction and Evidence in Support Pursuant to L. Pat. R. 4.2(a) and (b) - U.S. Patent 5,714,504 and U.S. Patent 5,877,192.

13. Attached hereto as Exhibit 11 is a true and accurate copy of August 15, 2011 Letter from R. Rathinam to J. Rothman re production of materials cited in Hanmi's Preliminary Claim Constructions and Evidence in Support Pursuant to L. Pat. R. 4.2(a) and (b).

14. Attached hereto as Exhibit 12 is a true and accurate copy of Decision of the European Patent Office ("EPO") revoking the European Patent 1 020 461, July 29, 2011.

15. Attached hereto as Exhibit 13 is a true and accurate copy of Rebuttal Report of René H. Levy, dated March 25, 2013 (under seal).

16. Attached hereto as Exhibit 14 is a true and accurate copy of the excerpts of April 17, 2013 Deposition Transcript of Paul A. Bartlett, Ph.D. (under seal).

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 6, 2013
*s/Mayra V. Tarantino*
Mayra V. Tarantino

289305 v1
356700.1

3