UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF PATRICK L. CHEN IN SUPPORT OF PLAINTIFFS' BRIEF IN IN OPPOSITION TO HANMI'S MOTION *IN LIMINE* NO. 3 (TO PRECLUDE ASTRAZENECA FROM ATTEMPTING TO ESTABLISH A FILING DATE FOR THE '192 PATENT EARLIER THAN APRIL 11, 1997)**

I, Patrick L. Chen, hereby declare as follows,

1. I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. in connection with the present action.

2. I make this Declaration on my personal knowledge in support of Plaintiffs' Brief in Opposition to Hanmi's Motion *in limine* No. 3 (To Preclude AstraZeneca from Attempting to Establish a Filing Date for the '192 Patent Earlier than April 11, 1997).

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,977,192.

4. Attached as Exhibit 2 is a true and correct copy of U.S. Patent Application No. 08/376,512.

5. Attached as Exhibit 3 is a true and correct copy of U.S. Patent Application No. 08/256,174.

6. Attached as Exhibit 4 is a true and correct copy of Swedish Patent Application No. 9301830-7.

7. Attached as Exhibit 5 is a true and correct copy of the February 19, 2013 Expert Report of Jerry L. Atwood, Ph.D.

8. Attached as Exhibit 6 is a true and correct copy of the March 25, 2013 Rebuttal Report of Stephen G. Davies, D.Phil. on Validity.

9. Attached as Exhibit 7 is a true and correct copy of the March 24, 2013 Expert Rebuttal Report of René H. Levy, Ph.D.

10. Attached as Exhibit 8 is a true and correct copy of the March 25, 2013 Rebuttal Report of David A. Johnson on Validity.

11. Attached as Exhibit 9 is a true and correct copy of U.S. Patent No. 5,714,504.

12. Attached as Exhibit 10 is a true and correct copy of Lindberg (1986) J. Med. Chem. 29(8):1327-29.

13. Attached as Exhibit 11 is a true and correct copy of the April 18, 2013 deposition transcript of Dr. David Allan Johnson.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2013

Patrick L. Chen