UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF PATRICK L. CHEN IN SUPPORT OF PLAINTIFFS' BRIEF IN IN OPPOSITION TO HANMI'S MOTION *IN LIMINE* NO. 4 (TO PRECLUDE ASTRAZENECA FROM ATTEMPTING TO INTRODUCE EVIDENCE ALLEGING INVALIDITY OR UNENFORCEABILITY OF HANMI'S PATENTS)**

I, Patrick L. Chen, hereby declare as follows,

1. I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. in connection with the present action.

2. I make this Declaration on my personal knowledge in support of Plaintiffs' Brief in Opposition to Hanmi's Motion *in limine* No. 4 (To Preclude AstraZeneca from Attempting to Introduce Evidence Alleging Invalidity or Unenforceability of Hanmi's Patents).

3. Attached as Exhibit 1 is a true and correct copy of the June 25, 2008 Office Action in the prosecution of Hanmi Patent No. 7,576,219.

4. Attached as Exhibit 2 is a true and correct copy of WO 2007/049914.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2013

Patrick L. Chen