UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>      Plaintiffs and Counterclaim-Defendants,<br>    v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>      Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF PATRICK L. CHEN IN SUPPORT OF PLAINTIFFS' BRIEF IN IN OPPOSITION TO HANMI'S MOTION *IN LIMINE* NO. 5 (TO PRECLUDE TESTIMONY OF DR. PAUL BARTLETT AS TO THE STATE OF THE ART REGARDING GASTRIC ACID RELATED DISEASES)**

I, Patrick L. Chen, hereby declare as follows,

  1.  I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. in connection with the present action.

  2.  I make this Declaration on my personal knowledge in support of Plaintiffs' Brief in Opposition to Hanmi's Motion *in limine* No. 5 (To Preclude Testimony of Dr. Paul Bartlett as to the State of the Art Regarding Gastric Acid Related Diseases).

  3.  Attached as Exhibit 1 is a true and correct copy of the March 25, 2013 Rebuttal Report of Paul A. Bartlett on Validity.

  4.  Attached as Exhibit 2 is a true and correct copy of Dr. Bartlett's CV.

5. Attached as Exhibit 3 is a true and correct copy of the April 17, 2013 deposition of Dr. Paul A. Bartlett.

6. Attached as Exhibit 4 is a true and correct copy of the March 25, 2013 Rebuttal Report of Dr. David A. Johnson on Validity.

7. Attached as Exhibit 5 is a true and correct copy of the March 25, 2013 Expert Rebuttal Report of René H. Levy, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2013

Patrick L. Chen