UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>     Plaintiffs and Counterclaim-Defendants,<br>     v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>     Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760-JAP-TJB<br><br>Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF PATRICK L. CHEN IN SUPPORT OF PLAINTIFFS' BRIEF IN IN OPPOSITION TO HANMI'S MOTION *IN LIMINE* NO. 6 (TO PRECLUDE ASTRAZENECA FROM ATTEMPTING TO INTRODUCE EVIDENCE ON ISSUES AND THEORIES NOT IN THE CASE)**

I, Patrick L. Chen, hereby declare as follows,

  1.  I am an associate at the law firm of Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York 10104-3800, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. in connection with the present action.

  2.  I make this Declaration on my personal knowledge in support of Plaintiffs' Brief in Opposition to Hanmi's Motion *in limine* No. 6 (To Preclude AstraZeneca from Attempting to Introduce Evidence on Issues and Theories Not in the Case).

  3.  Attached as Exhibit 1 is a true and correct copy of the transcript from the parties February 1, 2013 telephone conference before the Honorable Tonianne J. Bongiovanni, U.S.M.J.

-1-

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2013

_____
Patrick L. Chen