UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
:
:
ASTRAZENECA AB, et al.                    :
:
:
:
           Plaintiffs,           :     Civil Action No. 11-760 (JAP)
:
     v.                               :
:
:     **ORDER**
HANMI USA, INC., et al.               :
:
:
:
           Defendants.           :
_____:

    Presently before the Court is a motion *in limine* filed by Defendants seeking to preclude Plaintiffs from advancing certain theories and contentions at trial which Defendants allege were not properly disclosed under applicable Local Patent Rules.  The Court heard oral argument on May 13, 2013, and for the reasons on the record of the proceeding

    IT IS on this 13th day of May 2013

    ORDERED that Defendants' motion (designated as Motion No. 2 at docket entry no. 290) is DENIED, and it is further

    ORDERED that, the parties having advised the Court that they have resolved the remaining motions *in limine*, those motions (docket entry nos. 287, 289, 290 (motions 1, 3-6), 292, and 295) are deemed WITHDRAWN.


/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.

Case 3:11-cv-00760-JAP-TJB   Document 322   Filed 05/14/13   Page 2 of 2 PageID: 14640