John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

*Attorneys for Plaintiffs Counterclaim-Defendants*
*AstraZeneca AB Aktiebologet Hässle,*
*AstraZeneca LP, KBI Inc. and KBI-E Inc.*

Of Counsel:
Henry J. Renk
Bruce C. Haas
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
    & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD., and HANMI HOLDINGS CO., LTD.<br><br>Defendants and Counterclaim-Plaintiffs. | Civil Action No. 3:11-CV-00760 (JAP)(TJB)<br><br>Hon. Joel A. Pisano, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J. |

## **NOTICE OF APPEAL**

The plaintiffs in this action, AstraZeneca AB, Aktiebolaget Hässle, Astrazeneca LP, KBI Inc., and KBI-E Inc., hereby appeal to the United States Court of Appeals for the Federal Circuit from the Consent Order and Final Judgment entered June 3, 2013 (D.I. 338) and all orders underlying and antecedent thereto, including the Claim Construction Order entered on December 12, 2012 (D.I. 257, 258).

Dated:  July 1, 2013

s/John E. Flaherty
John E. Flaherty
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs Counterclaim-Defendants
AstraZeneca AB Aktiebologet Hässle,
AstraZeneca LP, KBI Inc. and KBI-E Inc.*

Of Counsel:
Henry J. Renk
Bruce C. Haas
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER
    & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2013, I caused a copy of the foregoing NOTICE OF APPEAL to be served via ECF and/or email upon counsel of record.

s/John E. Flaherty
John E. Flaherty
