John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs*
　　*AstraZeneca AB, Aktiebolaget Hässle,*
　　*AstraZeneca LP, KBI-E Inc., and KBI, Inc.*

Of Counsel:

| | |
|---|---|
| Einar Stole | Henry J. Renk |
| COVINGTON & BURLING LLP | Bruce Haas |
| 1201 Pennsylvania Avenue, N.W. | Joshua Rothman |
| Washington, D.C. 20004-2401 | FITZPATRICK, CELLA, HARPER |
| (202) 662-6000 | & SCINTO |
| | 1290 Avenue of the Americas |
| | New York, New York 10104-3800 |
| | (212) 218-2100 |

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>　　　　　　　　Plaintiffs and<br>　　　Counterclaim Defendants,<br><br>　　　　　v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>　　　　　　　Defendants and<br>　　　　Counterclaim Plaintiffs | Civil Action No. 3: 11-cv-00760-JAP-TJB<br><br>District Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR INJUNCTION PENDING APPEAL**<br><br>**Expedited Motion Day Requested**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, Plaintiffs-Counterclaim-Defendants AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "AstraZeneca" or "Plaintiffs") will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, before the Honorable Joel A. Pisano, United States District Judge, for entry of a preliminary injunction against Defendants Hanmi, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. (collectively, "Hanmi"), preliminarily enjoining Hanmi from the impeding marketing and sale of its esomperazole strontium product, while an appeal in this case remains pending before the United States Court of Appeals for the Federal Circuit (Case No. 13-1490).

**PLEASE TAKE FURTHER NOTICE** that in conjunction with Plaintiffs' Motion for an Injunction Pending Appeal, Plaintiffs will seek a temporary restraining order against Hanmi effective immediately, temporarily restraining Hanmi from marketing and sale of its esomperazole strontium product until the Court's resolution of the preliminary injunction motion;

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Injunction Pending Appeal, the Declaration of Maureen M. Japha, the Declaration of Nimish Vakil, M.D., the Declaration of Porbert P. Navarro, Pharm. D., the Declaration of Robert Maresca, the supporting exhibits to these Declarations, and oral argument of counsel;

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiffs' Motion for Injunction Pending Appeal is attached;

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting Plaintiffs'

Motion for a Temporary Restraining Order is attached.

Respectfully submitted,

Dated: August 20, 2013

By: *s/John E. Flaherty*
John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs*
ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE,
ASTRAZENECA LP, KBI INC.
*and KBI-E INC.*

Of Counsel:

Einar Stole
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000

Henry J. Renk
Bruce C. Haas
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2013, I caused a copy of the foregoing NOTICE OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL and supporting documents to be served upon the following counsel by operation of the Court's electronic filing system and/or electronic mail:

Allyn Z. Lite (alite@litedepalma.com)
Michael E. Patunas (mpatunas@litedepalma.com)
Mayra V. Tarantino (mtarantino@litedepalma.com)
LITE DEPALMA GREENBERG
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
T: (973) 623-3000

Mark Boland (mboland@sughrue.com)
Michael R. Dzwonczyk (mdzwonczyk@sughrue.com)
Renita Rathinam (rrathinam@sughrue.com)
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW Suite 800
Washington, D.C. 20037-3213
T: (202) 293-7060

John B. Scherling (jscherling@sughrue.com)
SUGHRUE MION, PLLC
4250 Executive Square, Suite 900
La Jolla, California 92037
T: (858) 795-1180

By: *s/John E. Flaherty*
John E. Flaherty