UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC., and KBI-E INC.,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD., HANMI FINE CHEMICAL CO., LTD, and HANMI HOLDINGS CO., LTD.,<br><br>Defendants and Counterclaim Plaintiffs. | Civil Action No. 3: 11-cv-00760-JAP-TJB<br><br>District Judge Joel A. Pisano<br>Magistrate Judge Tonianne J. Bongiovanni |

**DECLARATION OF JOHN E. FLAHERTY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**

I, John E. Flaherty, declare as follows:

1. I am a member of the law firm of McCarter & English, LLP, 100 Mulberry Street, Newark, New Jersey 07102, counsel for Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc., in connection with the present action.

2. I make this Declaration on my personal knowledge in support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Injunction Pending Appeal.

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' September 3, 2013 Brief to the United States Court of Appeals for the Federal Circuit (2013-1490).

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2013                                    s/John E. Flaherty
                                                                                John E. Flaherty