UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
: 
: 
: 
ASTRAZENECA AB, et al.                  : 
: 
: 
: 
            Plaintiffs,                 :       Civil Action No. 11-760 (JAP)
: 
     v.                                 : 
:       **ORDER**
HANMI USA, INC., et al.                 : 
: 
: 
: 
            Defendants.                 : 
_____:

Presently before the Court in this action is a motion by plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc. (collectively, "Plaintiff") for an injunction pending Astra's appeal of this Court's December 12, 2012 claim construction ruling to the United States Circuit Court of Appeals for the Federal Circuit. Astra seeks to enjoin defendants Hanmi, Inc., Hanmi Pharmaceutical Co., Ltd., Hanmi Fine Chemical Co., Ltd. and Hanmi Holdings Co., Ltd. from marketing and selling their esomeprazole strontium product pending a ruling on the appeal by the Circuit Court. The Court decides the motion without oral argument pursuant to Federal Rule of Civil Procedure 78. For the reasons in the accompanying Opinion

IT IS on this 13th day of September 2013

ORDERED that the motion is DENIED.

/s/ Joel A. Pisano_____
JOEL A. PISANO, U.S.D.J.