# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1490

**ASTRAZENECA AB, AKTIEBOLAGET HASSLE,
ASTRAZENECA LP, KBI INC., and KBI-E INC.,**

*Plaintiffs-Appellants,*

v.

**HANMI USA, INC., HANMI PHARMACEUTICAL CO., LTD.,
HANMI FINE CHEMICAL CO., LTD.,
and HANMI HOLDINGS CO., LTD.,**

*Defendants-Appellees.*

Appeal from the United States District Court for the District of New Jersey in No. 11-CV-0760, United States District Judge Joel A. Pisano.

## MANDATE

In accordance with the judgment of this Court, entered December 19, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Jay I. Alexander
Mark Boland
Clerk of Court, District of New Jersey (Trenton)
Michael R. Dzwonczyk
Bruce C. Haas
Blair Martin Jacobs
Christopher Paulraj
Renita Rathinam
Henry John Renk
Joshua I. Rothman
Eric Ritland Sonnenschein
Patrick Stafford
Einar Stole